B 250B

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

**In re**
    Vicki E. Esralew,  **Debtor**

Rollin J. Soskin, Eugene Terry,  **Plaintiffs**
Nicole Terry and Terry's Company, Inc.

    Robert Aren,  **Defendant**

Bankruptcy Case No. 04-B-24393

Chapter __7__

Adversary Proceeding No.

**04A03774**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| United States Bankruptcy Court<br>219 S. Dearborn Street, 7th Floor<br>Chicago, Illinois 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Thomas C. Crooks<br>Three First National Plaza, Suite 1950<br>Chicago, Illinois 60602 |

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| HONORABLE JUDGE A BENJAMIN GOLDGAR<br>FRIDAY, NOVEMBER 19TH, 2004 AT 1:30 P.M.<br>LAKE COUNTY COURTHOUSE, 18 NORTH COUNTY STREET<br>ANNEX BUILDING, COURTROOM 206<br>WAUKEGAN, ILLINOIS 60085 | Room |
| --- | --- |
| | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner
Clerk of the Bankruptcy Court

OCT 12 2004
*Date*

By: _Cynthia Keith_
*Deputy Clerk*

**SEAL COPY**

3

B 250B

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

In re

    Vicki E. Esralew,      **Debtor**

Rollin J. Soskin, Eugene Terry,   **Plaintiffs**
Nicole Terry and Terry's Company, Inc.

    Robert Aren,      **Defendant**

Bankruptcy Case No. 04-B-24393

Chapter __7__

Adversary Proceeding No.

**04A03774**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court<br>219 S. Dearborn Street, 7th Floor<br>Chicago, Illinois 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Thomas C. Crooks<br>Three First National Plaza, Suite 1950<br>Chicago, Illinois 60602 |

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| | Room |
|---|---|
| HONORABLE JUDGE A BENJAMIN GOLDGAR<br>FRIDAY, NOVEMBER 19TH, 2004 AT 1:30 P.M.<br>LAKE COUNTY COURTHOUSE, 18 NORTH COUNTY STREET<br>ANNEX BUILDING, COURTROOM 206<br>WAUKEGAN, ILLINOIS 60085 | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

OCT 12 2004

*Date*

Kenneth S. Gardner
*Clerk of the Bankruptcy Court*

By: _____
*Deputy Clerk*

**SEAL COPY**

B 250B

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

In re

    Vicki E. Esralew,     **Debtor**

Rollin J. Soskin, Eugene Terry,   **Plaintiffs**
Nicole Terry and Terry's Company, Inc.

    Robert Aren,     **Defendant**

Bankruptcy Case No. 04-B-24393

Chapter __7__

Adversary Proceeding No.

**04A03774**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court<br>219 S. Dearborn Street, 7th Floor<br>Chicago, Illinois 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Thomas C. Crooks<br>Three First National Plaza, Suite 1950<br>Chicago, Illinois 60602 |

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| HONORABLE JUDGE A BENJAMIN GOLDGAR<br>FRIDAY, NOVEMBER 19TH, 2004 AT 1:30 P.M.<br>LAKE COUNTY COURTHOUSE, 18 NORTH COUNTY STREET<br>ANNEX BUILDING, COURTROOM 206<br>WAUKEGAN, ILLINOIS 60085 | Room |
|---|---|
| | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Kenneth S. Gardner
Clerk of the Bankruptcy Court

OCT 12 2004
Date

By: _Cynthia Keith_
Deputy Clerk

SEAL COPY