B 250B

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

In re

    Vicki E. Esralew,    Debtor

Rollin J. Soskin, Eugene Terry,    Plaintiffs
Nicole Terry and Terry's Company, Inc.

    Robert Aren    Defendant

Bankruptcy Case No. 04-B-24393

Chapter __7__

Adversary Proceeding No.

**04A03774**

## SUMMONS IN AN ADVERSARY PROCEEDING

FILED OCT 25 2004 KENNETH S. GARDNER UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS PS REP - SJ

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court<br>219 S. Dearborn Street, 7th Floor<br>Chicago, Illinois 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Thomas C. Crooks<br>Three First National Plaza, Suite 1950<br>Chicago, Illinois 60602 |

If you make a motion, your time to answer is governed by Fed.R. Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| A | | Room | |
|---|---|---|---|
| HONORABLE JUDGE A BENJAMIN GOLDGAR<br>FRIDAY, NOVEMBER 19TH, 2004 AT 1:30 P.M.<br>LAKE COUNTY COURTHOUSE, 18 NORTH COUNTY STREET<br>ANNEX BUILDING, COURTROOM 206<br>WAUKEGAN, ILLINOIS 60085 | | Date and Time | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

OCT 12 2004

_Date_

Kenneth S. Gardner
Clerk of the Bankruptcy Court

By: _____
    _Deputy Clerk_

## CERTIFICATE OF SERVICE

I, __Thomas C. Crooks__, certify that I am, and at all times during the
            (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.    I further certify that the service of this summons and a copy of the complaint was delivered __Oct. 14, 2004__ by:
         (date)

[x]  Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> Robert Aren
> 1735 RFD Country Club Drive
> Long Grove, IL   60047

[ ]  Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:


[ ]  Residence Service: By leaving the process with the following adult at:


[ ]  Publication: The defendant was served as follows: [Describe briefly]


[ ]  State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: [Describe briefly]                                                              (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

__October 14, 2004__                           __[signature]__
         Date                                         Signature

| Print Name | | |
|---|---|---|
| Thomas C. Crooks | | |
| **Business Address** | | |
| Three First National Plaza, Suite 1950 | | |
| City | State | Zip |
| Chicago | IL | 60602 |