B 250B

# UNITED STATES BANKRUPTCY COURT

__NORTHERN__ DISTRICT OF __ILLINOIS__

In re  
    Vicki E. Esralew, **Debtor**

Rollin J. Soskin, Eugene Terry, **Plaintiffs**  
Nicole Terry and Terry's Company, Inc.

    Neil A. Reisman, **Defendant**

Bankruptcy Case No. 04-B-24393

Chapter 7

Adversary Proceeding No. **04A03774**

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| United States Bankruptcy Court<br>219 S. Dearborn Street, 7th Floor<br>Chicago, Illinois 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Thomas C. Crooks<br>Three First National Plaza, Suite 1950<br>Chicago, Illinois 60602 |

If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| | Room |
|---|---|
| HONORABLE JUDGE A BENJAMIN GOLDGAR<br>FRIDAY, NOVEMBER 19TH, 2004 AT 1:30 P.M.<br>LAKE COUNTY COURTHOUSE, 18 NORTH COUNTY STREET<br>ANNEX BUILDING, COURTROOM 206<br>WAUKEGAN, ILLINOIS 60085 | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

OCT 12 2004

Kenneth S. Gardner  
*Clerk of the Bankruptcy Court*

By: _Cynthia Keith_  
*Deputy Clerk*

_____ Date

## CERTIFICATE OF SERVICE

I, __Thomas C. Crooks__, certify that I am, and at all times during the
       (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was delivered __Oct. 14, 2004__ by:
        (date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Neil A. Reisman
    1038 Belleforte
    Oak Park, IL  60302

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                    (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

October 14, 2004                                    _[signature]_
       Date                                              Signature

| Print Name | | |
|---|---|---|
| Thomas C. Crooks | | |
| **Business Address** | | |
| Three First National Plaza, Suite 1950 | | |
| **City** | **State** | **Zip** |
| Chicago | IL | 60602 |