APPEARANCE

# United States Bankruptcy Court

For the  Northern            District of  Illinois

In re
VICKI E. ESRALEW,
    Debtor*

ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE
TERRY AND TERRY'S COMPANY, INC.,
    Plaintiffs,
        v.
NEIL A. REISMAN,
    Defendant.

Case No. 04 B 24393

Chapter 7

Hon. A. Benjamin Goldgar

04 A 03774

*FILED NOV 12 2004 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS — PS REP. : EG*

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

NEIL A. REISMAN

---

| David B. Goroff | FOLEY & LARDNER LLP |
|---|---|
| Print Name on this Line | Firm Name |
| [Signature] | FIRM ID NUMBER:  17190 |
| Signature | 321 North Clark Street, Suite 2800 |
|  | Street Address |
| ATTORNEY ID NUMBER:  6190039 | Chicago        Illinois        60610 |
|  | City           State          Zip |
|  | Telephone  312-832-4500 |

Trial Attorneys*
    Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

    DATED: _____

---

TYPE OF DEFENSE COUNSEL:

    CJA ___ , RETAINED ___ , SELF ___ , NONEOTHER ___ , PUB DEF ___
FOR OFFICE USE ONLY:

    Party Code:   P _____   D _____   TP _____

011.1229288.1