## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

TO:   Ms. Gina B. Krol
      Cohen & Krol
      105 W. Madison Street, Suite 1100
      Chicago, Illinois 60602

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 16 2004

KENNETH S. GARDNER, CLERK
PS REP. - MJ

### NOTICE OF FILING

Please take notice that on November 16, 2004, we filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, First Amended Adversary Complaint, a copy of which is attached hereto and served upon you.

_____
Thomas C. Crooks, Attorney for Plaintiff

Thomas C. Crooks
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602
Office (312) 641-2260
Facsimile (312) 641-5220

10

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a complete copy of the foregoing to be served upon the person indicated therein by enclosing same in a sealed envelope addressed to her, postage prepaid, and depositing same in the U.S. Mail at Three First National Plaza, Chicago, Illinois, 60602 on November 16, 2004.

_11-16-04_
Date

_Jere Ponce_