# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Honorable    A. Benjamin Goldgar                    Hearing Date  1/21/05

Bankruptcy Case    04 B 24393 (04 A 3774)

Vicki Esralew/Soskin, et al v. Esralew

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Defendant to answer or otherwise plead on or before February 11, 2005.

Discovery cutoff is set for April 29, 2005.

*[signed] A. Benjamin Goldgar*

6/11/99