IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 7 |
| ) | |
| **VICKI E. ESRALEW,** ) | Case No.  04 B 24393 |
| ) | |
| Debtor(s), ) | |
| ) | |
| **ROLLIN J. SOSKIN, EUGENE** ) | |
| **TERRY, NICOLE TERRY and** ) | |
| **TERRY'S COMPANY, INC.,** ) | |
| ) | |
| Plaintiff, ) | Honorable A. Benjamin Goldgar |
| ) | |
| vs. ) | Adversary No. 04 A 03774 |
| ) | |
| **VICKI E. ESRALEW,** ) | Hearing: 4/29/05 - 1:30 p.m. |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:  Thomas C. Crooks
Three First National Plaza
Suite 1950
Chicago, IL 60602

PLEASE TAKE NOTICE that GINA B. KROL and COHEN & KROL, Attorneys for Defendant herein, has caused to be filed the Defendant's Answer to Plaintiffs' First Amended Complaint, in the above-captioned proceeding, this 10th day of February, 2005, with the United States Bankruptcy Court for the Northern District of Illinois.

GINA B. KROL, Attorneys for Defendant

GINA B. KROL
JOSEPH E. COHEN
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60603
312/ 368-0300

## CERTIFICATE OF SERVICE

I, GINA B. KROL, an attorney, certify that I have caused the foregoing Defendant's Answer to Plaintiffs' First Amended Complaint, to be served upon the person shown above by First Class U.S. Mail, this 10th day of February, 2005.

GINA B. KROL