IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | 04 B 24393 |
| Debtor. | ) | |

| | | |
|---|---|---|
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC., | ) ) ) | Adversary No. 04 A 03774 |
| Plaintiffs, | ) | |
| Vs. | ) | |
| VICKI E. ESRALEW, Defendant. | ) ) | |

### AGREED ORDER REOPENING AND EXTENDING DISCOVERY CUTOFF

AT CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE BENJAMIN GOLDGAR, BANKRUPTCY JUDGE
THIS 8TH DAY OF APRIL, 2005

THIS CAUSE COMES ON TO BE HEARD upon the Plaintiff's Motion to Compel Discovery, due notice having been given and the parties having agreed, NOW THEREFORE:

IT IS HEREBY ORDERED AND AGREED that the period of time in which the parties may take discovery is reopened, and; *DEBTOR - DEFENDANT SHALL RESPOND TO OUTSTANDING WRITTEN DISCOVERY BY 5-6-05.*

IT IS FURTHER ORDERED AND AGREED that discovery period is extended through and including June 27, 2005. *Status hearing set for July 8, 2005 at 1:30 p.m.*

AGREED TO:                                                      ENTER:

Plaintiffs:

By: _____                    _____
Their Attorney                                                  BANKRUPTCY JUDGE
Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, IL 60602                                               APR  8 2005

Defendant:

By: _____
Her Attorney
Gina B. Krol
105 W. Madison St., Ste. 1100
Chicago, IL 60602