# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** A. Benjamin Goldgar        **Hearing Date** 4/8/05

**Bankruptcy Case** 04 B 24393 (04 A 3774)

Vicki Esralew/Soskin, et al v. Esralew

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Status hearing on the complaint set for April 29, 2005 at 1:30 p.m. is vacated.

*[signature]*

6/11/99