UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date 4/29/05 |
| Bankruptcy Case | 04 B 24393 (04 A 3774) | |
| | Vicki Esralew/Soskin v. Esralew | |
| Brief Statement of Motion | | |
| Names and Addresses of moving counsel | | |
| Representing | | |

## ORDER

Discovery is extended to and including July 8, 2005.

*[Signed] A. Benjamin Goldgar*

6/11/99