# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: A. BENJAMIN GOLDGAR

Hearing Date: 5-20-05

Bankruptcy Case No.: 04-B-24393

Adversary No.: 04 A 3774

Title of Case: In Re Vicki E. Esralew

**Brief Statement of Motion:** Motion for sanctions for failure to comply with discovery order

**Names and Addresses of moving counsel:** Thomas C. Crooks, Three First National Plaza, #1950, Chicago, Ill.

**Representing:** Rollin Suskin, Eugene Terry, Nicole Terry and Terry's Company, Inc.

## ORDER

The discovery cutoff date in this cause is continued to July 8, 2005.

/s/ A. Benjamin Goldgar