# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: GOLDGAR

Hearing Date: MAY 20, 2005

Bankruptcy Case No.: 04 B 24393

Adversary No.: 04 A 3774

Title of Case: ROLLIN J. SOSKIN, ETAL. V. VICKI E. ESRALEW

Brief Statement of Motion: Motion for sanctions for failure to comply with discovery order

Names and Addresses of moving counsel: Thomas C. Crooks, 70 W Madison, Chicago, Illinois 60602

Representing: Rollin J. Soskin

## ORDER

**MOTION WITHDRAWN**

[Signed]

6/11/99