IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | 04 B 24393 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC., | ) ) ) | Adversary No. 04 A 03774 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| VICKI E. ESRALEW, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. Thomas Crooks, Three First National Plaza, Ste. 1950, Chicago, IL 60602

PLEASE TAKE NOTICE that on the 8th day of July, 2005, at the hour of 1:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR**, Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom C-206, Annex Building, Lake County Courthouse, 18 North County Street, Waukegan, Illinois 60085 and then and there present the attached Application, at which time and place you may appear, if you so see fit.

/s/ Gina B. Krol
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

GINA B. KROL, deposes and states that she personally delivered the foregoing Notice together with a copy of the Application attached thereto in a properly addressed and sealed envelope, directed to the persons shown on the attached Service List, this 27th day of June, 2005.

/s/ Gina B. Krol

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | 04 B 24393 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ROLLIN J. SOSKIN, EUGENE | ) | Adversary No. |
| TERRY, NICOLE TERRY and | ) | |
| TERRY'S COMPANY, INC., | ) | 04 A 03774 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| VICKI E. ESRALEW, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION OF VICKI E. ESRALEW TO EXTEND DISCOVERY CUTOFF</u>**

NOW COMES VICKI E. ESRALEW, by and through her Attorneys, Cohen & Krol, and respectfully requests unto this Honorable Court as follows:

1. That on January 21, 2005 this Honorable Court entered an order cutting off discovery in this matter on April 29, 2005.

2. That on April 29, 2005, this Honorable Court extended the parties' right to discovery through and including July 8, 2005.

3. That the parties have exchanged some written discovery and have requested deposition in this matter.

4. That the Plaintiffs have not yet responded to the written discovery propounded by Defendant, Vicki E. Esralew.

5. That the parties have not been able to complete the scheduled depositions

prior to the July 8, 2005 discovery cutoff.

      6.     That no trial date has been set in this proceeding.

      7.     That a further extension of the discovery period will not unduly delay these proceedings and without said extension both Plaintiffs and Defendants will be prejudiced.

WHEREFORE, VICKI E. ESRALEW, Defendant herein, prays for the entry of an order extending the discovery period for an additional ninety (90) days through and including October 8, 2005, and for such other and further relief as this Court shall deem proper.

                                       VICKI E. ESRALEW, Defendant

                              By:      /s/ GINA B. KROL
                                         Her Attorney

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60606
312/368-0300