# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

**Honorable** _____      **Hearing Date** _____

**Bankruptcy Case No.** _____      **Adversary No.** _____

**Title of Case** _____

**Brief Statement of Motion** _____

**Names and Addresses of moving counsel** _____

**Representing** _____

# ORDER

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_6/11/99_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | 04 B 24393 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | _____ |
| | ) | |
| ROLLIN J. SOSKIN, EUGENE | ) | Adversary No. |
| TERRY, NICOLE TERRY and | ) | |
| TERRY'S COMPANY, INC., | ) | 04 A 03774 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| VICKI E. ESRALEW, | ) | |
| | ) | |
| Defendant. | ) | |

AT CHICAGO, ILLINOIS IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE BENJAMIN A. GOLDGAR, BANKRUPTCY JUDGE
THIS 8TH DAY OF JULY, 2005

**ORDER EXTENDING  DISCOVERY CUTOFF**

THIS CAUSE COMES ON TO BE HEARD upon the Motion of VICKI E. ESRALEW, to

Extend Discovery Cutoff, due notice having been given and the Court being fully advised in the

premies.  NOW THEREFORE:

IT IS HEREBY ORDERED THAT discovery in this adversary proceeding shall continue

through and including October 8, 2005.  Further that a status hearing on this complaint shall

be conducted on                              at                        .

Prepared by:

GINA B. KROL                                        ENTER:
COHEN & KROL
105 W. Madison St., Ste. 1100            _____
Chicago, IL 60606                              Bankruptcy Judge
312/368-0300