IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | 04 B 24393 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC., | ) ) ) | Adversary No. 04 A 03774 |
| Plaintiffs, | ) | |
| Vs. | ) | |
| VICKI E. ESRALEW, | ) | |
| Defendant. | ) | |

AT CHICAGO, ILLINOIS IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE BENJAMIN A. GOLDGAR, BANKRUPTCY JUDGE
THIS 8TH DAY OF JULY, 2005

### ORDER EXTENDING DISCOVERY CUTOFF

THIS CAUSE COMES ON TO BE HEARD upon the Motion of VICKI E. ESRALEW, to Extend Discovery Cutoff, due notice having been given and the Court being fully advised in the premies. NOW THEREFORE:

IT IS HEREBY ORDERED THAT discovery in this adversary proceeding shall ~~continue~~ be completed by October 14, 2005. [This is a final cut-off.] Further that a status hearing on this complaint shall also be conducted on October 14, 2005 at 1:30 p.m.

Prepared by:

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste. 1100
Chicago, IL 60606
312/368-0300

ENTER:

_____
Bankruptcy Judge

JUL - 8 2005