**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **VICKI E. ESRALEW**, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | |
| **ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY AND TERRY'S COMPANY, INC.**, | ) ) ) ) | |
| | ) | Adversary No. 04 A 3774 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **VICKI E. ESRALEW**, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 14th day of October 2005, at the hour of 1:00 p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 206, Annex Building, Lake County Courthouse, 18 North County Street, Waukegan, Illinois 60085 and then and there present the attached motion, at which time and place you may appear, if you so see fit.

/s/ Linda M. Kujaca
Cohen & Krol
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

Linda M. Kujaca, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto via facsimile, directed to the persons shown on the attached Service List, this 10TH day of October 2005.

/s/ Linda M. Kujaca

## SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606
Fax: 312/886-5794

Thomas Crooks
Three First National Plaza
Suite 1950
Chicago, IL 60602
Fax: 312/641-5220

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **VICKI E. ESRALEW**, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | |
| **ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY AND TERRY'S COMPANY, INC.**, | ) ) ) ) | |
| | ) | Adversary No. 04 A 3774 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **VICKI E. ESRALEW**, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY**

TO THE HONORABLE A. BENJAMIN GOLDGAR,
    BANKRUPTCY JUDGE

Vicki E. Esralew, Defendant and Debtor herein, for her Motion to Compel Discovery in this pending adversary action, and in support thereof, states and respectfully represents unto this Honorable Court as follows:

1. The discovery cutoff date in the instant adversary action is currently scheduled for October 14, 2005.

2. The Defendant served her Notice of Deposition, Interrogatories to Plaintiff and Debtor/Defendant's First Request for Production of Documents on or about June 27, 2005.

3. Counsel for the Defendant sent correspondence to counsel for Plaintiffs in late September requesting compliance with her discovery requests, but has not yet received any response to her requests.

4. Accordingly, the Defendant requests an order compelling the Plaintiffs to respond to the Defendant's discovery requests and request for depositions by a date certain.

WHEREFORE, Vicki E. Esralew, Defendant and Debtor herein, prays for the entry of an Order compelling the Plaintiff's responses to discovery requests by a date certain; and for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| Joseph E. Cohen | Vicki E. Esralew, |
| Gina B. Krol | |
| Linda M. Kujaca | |
| Cohen & Krol | |
| 105 W. Madison St., Ste 1100 | BY:  /s/ Linda M. Kujaca |
| Chicago, IL 60602 | One of her Attorneys |
| 312/368-0300 | |