**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 14, 2005 |
| **Bankruptcy Case No.** | 04 B 24393 | **Adversary No.** | 04 A 3774 |

**Title of Case**  In re Vicki E. Esralew; Soskin, et.al. v. Esralew

**Brief Statement of Motion**  Defendant's Motion to Compel Discovery

**Names and Addresses of moving counsel**  Gina B. Krol, Cohen & Krol, 105 W. Madison, Ste. 1100, Chicago, IL 60602

**Representing**  Debtor & Defendant Vicki Esralew

## ORDER

6/11/99

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **VICKI E. ESRALEW**, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | |
| **ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY AND TERRY'S COMPANY, INC.**, | ) ) ) ) | |
| | ) | Adversary No. 04 A 3774 |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **VICKI E. ESRALEW**, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY

AT WAUKEGAN, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **A. BENJAMIN GOLDGAR,** BANKRUPTCY JUDGE
THIS 14TH DAY OF OCTOBER 2005

    This cause coming on to be heard upon the Application of Vicki E. Esralew, Debtor and Defendant herein, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

    IT IS HEREBY ORDERED THAT:

    1.    Plaintiffs are to file and serve their answers to the Defendant's Interrogatories and First Request for Production of Documents on or before _____, 2005; and

    2.    Plaintiffs shall submit to the Defendant's Rule 2004 examinations on or before _____, 2005.

ENTER:

Joseph E. Cohen
Gina B. Krol
Linda M. Kujaca
Cohen & Krol                               BANKRUPTCY JUDGE
105 W. Madison St., Ste. 1100
Chicago, IL 60602
312/368-0300