UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**2 1 NOV 2005**

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | ~~October 14, 2005~~ |
| Bankruptcy Case No. | 04 B 24393 | Adversary No. | 04 A 3774 |

Title of Case: In re Vicki E. Esralew; Soskin, et.al. v. Esralew

Brief Statement of Motion: Defendant's Motion to Compel Discovery

Names and Addresses of moving counsel: Gina B. Krol, Cohen & Krol, 105 W. Madison, Ste. 1100, Chicago, IL 60602

Representing: Debtor & Defendant Vicki Esralew

## ORDER

~~MOTION WITHDRAWN~~

*[signature]*

6/11/99