**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **VICKI E. ESRALEW**, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | |
| **ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY AND TERRY'S COMPANY, INC.**, | ) ) ) ) | |
| | ) | Adversary No. 04 A 3774 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **VICKI E. ESRALEW**, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 23rd day of January 2006, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. BENJAMIN GOLDGAR, Bankruptcy Judge, in the Courtroom usually assigned to him, Courtroom 613, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60604 and then and there present the attached motion, at which time and place you may appear, if you so see fit.

/s/ Linda M. Kujaca
Cohen & Krol
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

Linda M. Kujaca, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto in a properly addressed, stamped and sealed envelope, directed to the persons shown on the attached Service List, and deposited same in the U. S. Mails at Chicago, Illinois, this 10th day of January 2006.

/s/ Linda M. Kujaca

## SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Thomas Crooks
Three First National Plaza
Suite 1950
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | Chapter 7 |
| ) | |
| **VICKI E. ESRALEW**, ) | No. 04 B 24393 |
| ) | |
| Debtor. ) | Judge A. Benjamin Goldgar |
| ) | |
| **ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY AND TERRY'S COMPANY, INC.**, ) ) ) ) | |
| ) | Adversary No. 04 A 3774 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **VICKI E. ESRALEW**, ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE A. BENJAMIN GOLDGAR,
   BANKRUPTCY JUDGE

Vicki E. Esralew, Defendant and Debtor herein, by and through her attorneys, Gina B. Krol and Cohen & Krol, pursuant to Federal Rule of Civil Procedure 56, made applicable to bankruptcy cases by Federal Rule of Bankruptcy Procedure 7056, respectfully requests that this Court grant her Motion for Summary Judgment against Plaintiffs Rollin J. Soskin, Eugene Terry, Nicole Terry and Terry's Company, Inc. In support thereof she states and represents as follows:

1. On June 29, 2004, Vicki E. Esralew filed her voluntary Chapter 7 bankruptcy petition. John Gierum is the duly appointed Chapter 7 Trustee for the Debtor's case.

2. On or about October 12, 2004, Rollin J. Soskin, Eugene Terry, Nicole Terry and Terry's Company, Inc. filed the instant adversary complaint against the

Debtor, seeking judgment and a finding that such judgment be held nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A), (a)(4) and (a)(6).

3. As further delineated in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Plaintiffs cannot show that the written document upon which they base their claims, the Memorandum of Agreement, is a valid document. It is rendered invalid as it was drafted by an attorney operating under a conflict of interest. Further, said document contains a restrictive covenant so broad as to violate public policy.

4. Summary judgment is proper when there is no genuine issue of material fact and the moving party is entitled to judgment as a matter of law. FRCP 56, made applicable by FRBP 7056.

5. There is no genuine issue of material fact and as set forth in her Memorandum in support of her motion, Vicki E. Esralew is able to meet the elements required to prove that the agreement providing the basis for the Plaintiffs' action is void. Accordingly, Vicki E. Esralew is entitled to judgment as a matter of law. *See*, Memorandum of Law in Support of Defendant's Motion for Summary Judgment.

WHEREFORE, Vicki E. Esralew, Defendant and Debtor herein, respectfully requests that this Court enter summary judgment in her favor in the complaint filed by Plaintiffs Rollin J. Soskin, Eugene Terry, Nicole Terry and Terry's Company, Inc.; and grant her for such other and further relief as the Court shall deem proper.

| | |
|---|---|
| Gina B. Krol | Vicki E. Esralew, |
| Joseph E. Cohen | |
| Linda M. Kujaca | |
| Cohen & Krol | |
| 105 W. Madison St., Ste 1100 | BY:   /s/ Linda M. Kujaca |
| Chicago, IL 60602 | One of her Attorneys |
| 312/368-0300 | |