LAW OFFICES OF
# ROLLIN J. SOSKIN & ASSOCIATES
9933 LAWLER AVENUE • SUITE 312

SKOKIE, ILLINOIS 60077-3703

FAX (847) 674-8938

TELEPHONE (847) 329-9991

February 24, 1999

Mr. and Mrs. Eugene Terry  
450 Central Avenue  
Suite 214  
Highland Park, Illinois 60035-2659

Mr. and Mrs. Robert Aren  
1735 Country Club Drive  
Long Grove, Illinois 60047

Re: Waiver of Agreement Terms - Kids Count

Dear Nicole, Gene, Vicki and Bob:

As you are aware, Paragraphs 13 and 14 of our Agreement of November 22, 1998, provided, in pertinent part, that we would enter into more formal documentation of our relationship by February 28, 1999. Based on our recent discussions, and the fact that we are endeavoring to bring in additional equity participants, it is my understanding that we have agreed to put off the expense and time involved in preparing and reviewing such documents, until such time as we are more certain about the structure of Kids Count as it goes forward with other strategic partners. Based thereon, it is my understanding that we all agree to enter into such documents in the future, while waiving any requirement of our existing Agreement that such documents be completed in the short run.

On a related topic, since the direct response TV campaign has not been generating income as quickly as had been hoped, the Terrys have been financing the Company's continued existence by purchasing its receivables. It is my understanding that all parties agree, notwithstanding any specific document assigning each new receivable, that _all_ receivables now belong to the Terrys or Terry's Company as applicable, and as they are collected are to be turned over in partial satisfaction of the Terry's receivable purchases. In the event that, from time to time, the Terrys allow the Company to retain collected receivables, such retention shall not be deemed a waiver of any rights of the Terrys, but, in essence, a purchase by the Terrys of those receivables collected by the Company subsequent to the receivables which have already been purchased by the Terrys and/or assigned to them.

**Exhibit F**

Mr. and Mrs. Gene Terry
Mr. and Mrs. Robert Aren
February 24, 1999 - Page 2.

If the above accurately sets forth our understanding and agreement, please so indicate by signing the acknowledgement at the bottom of this letter and returning the same to me in the self-addressed envelope enclosed herewith for your convenience.

Very truly yours,

Rollin J. Soskin

RJS/ml

### Acknowledgement

The above accurately sets forth our understanding and agreement and represents a valid modification to the Agreement dated November 22, 1998.

Dated: ~~February~~ March 23, 1999

_____
Vicki Esralew

~~February~~ 03, 1999

_Robert Aren_
Robert Aren

February _____, 1999

_____
Nicole Terry

February _____, 1999

_____
Eugene Terry

February _____, 1999

_____
Rollin J. Soskin

February _____, 1999

Kids Count Entertainment, Inc. and
Kids Count Entertainment, L.L.C.

By: _____
Vicki Esralew, as President and
as Manager, respectively

TOTAL P.03

Mr. and Mrs. Gene Terry
Mr. and Mrs. Robert Aren
February 24, 1999 - Page 2.

    If the above accurately sets forth our understanding and agreement, please so indicate by signing the acknowledgement at the bottom of this letter and returning the same to me in the self-addressed envelope enclosed herewith for your convenience.

                Very truly yours,

                Rollin J. Soskin

RJS/ml

## Acknowledgement

    The above accurately sets forth our understanding and agreement and represents a valid modification to the Agreement dated November 22, 1998.

| | |
|---|---|
| Dated: February _____, 1999 | _____<br>Vicki Esralew |
| February _____, 1999 | _____<br>Robert Aren |
| February _____, 1999 | _/s/ Nicole Terry_____<br>Nicole Terry |
| February _____, 1999 | _/s/ Eugene Terry_____<br>Eugene Terry |
| February _____, 1999 | _____<br>Rollin J. Soskin |
| February _____, 1999 | Kids Count Entertainment, Inc. and<br>Kids Count Entertainment, L.L.C.<br><br>By:_____<br>Vicki Esralew, as President and<br>as Manager, respectively |