LAW OFFICES OF
## ROLLIN J. SOSKIN & ASSOCIATES
9933 LAWLER AVENUE • SUITE 312

SKOKIE, ILLINOIS 60077-3703

FAX (847) 674-8938

TELEPHONE (847) 329-9991

May 5, 1999

Vicki Esralew and Bob Aren
1735 Country Club Drive
Long Grove, Illinois 60047

Re:   Kids Count Entertainment, L.L.C.

Dear Vicki and Bob:

In a conversation earlier this week, Bob asked me if I thought if you should have separate counsel with respect to the various matters that are going on between us and the Terry's, respectively, as the owners and interested parties of Kids Count. I told Bob at that time I thought it was a great idea and I am formalizing that suggestion by this letter.

Although all parties involved have waived any conflict of interest on my part, it has always been our understanding that you (or the Terrys) would consult with other advisors from time to time on any business or legal issue, as you deemed appropriate, and you have done so on many occasions.

The way things appear at this time, your interests may now be significantly different from the interests of the Terry's and from my interests, and therefore you should have separate advisors. You have advised me today that I should expect to hear from attorney Peter Weil who will act as your attorney, and that I am free to disclose any and all information to him to bring him up to date. I welcome his involvement and I am sure that Gene and Nicole will feel the same way.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Rollin J. Soskin

RJS:kbs
cc: Mr. & Mrs. Eugene Terry

**Exhibit H**