Exhibit I    Page 1 of 3

1

```
 1           IN THE UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3    IN RE:

 4    VICKI E. ESRALEW,               No. 04 B 24393
              Debtor.
 5    ------------------------------
      ROLLIN J. SOSKIN, EUGENE
 6    TERRY, NICOLE TERRY, and
      TERRY'S COMPANY, INC.,
 7
            Plaintiffs,
 8
         vs.                          No. 04 A 3774
 9
      VICKI E. ESRALEW,
10
            Defendant.
11

12

13

14              2004 Examination of ROLLIN J.

15    SOSKIN taken before CAROL RABER, Certified

16    Shorthand Reporter, pursuant to the Federal Rules

17    of Civil Procedure and the Bankruptcy Code

18    pertaining to the taking of depositions, at Suite

19    1100, 105 West Madison Street, in the City of

20    Chicago, Cook County, Illinois, commencing at

21    approximately 1:00 p.m., on the 10th day of

22    November, A.D., 2005.

23

24
```

CAROL RABER & ASSOCIATES (312) 446-6926

Exhibit I

being a part of a company that she runs, executive. You know, all the things that the founder of a company does personally to promote any business activity whatsoever.

All of her personal services would mean anything she could be compensated for or anything that would be deemed a business activity.

She couldn't go work somewhere else. We hired her full-time to become the face, the figurehead, of this company, the Martha Stuart of children's products. It's right in her business plan that's what she wanted to become.

Q. If Vicki Esralew took a job as a waitress, would serving food constitute personal services?

A. Yes. And it would be a violation of the agreement not so much of personal services but because she wasn't devoting her full-time efforts to this company.

Q. Define appearances.

A. She had appeared on Home Shopping Network. She appeared on television. And...

Q. That agreement restricts appearances, correct?

A. Right.

Q. And what do you mean by appearances?

A. I think the word speaks for itself.

Q. Tell me what you think it means.

A. What I think it means now or what I thought it meant then or what the dictionary says it means?

Q. Well, let me ask you a hypothetical.

A. I'm talking about appearances for business purposes.

If she became all of a sudden the new host of The Apprentice, okay, in my opinion she owes that time to us because that is time she should be working on this company.

Q. If Vicki Esralew took a job as a waitress, would showing up at a work constitute an appearance under that agreement?

A. No, it would constitute personal services.

Q. Oh, so it would be restricted in another way.

Define creative effort.

A. Creation of new products, new ideas, i.e., "I have got to go," a potty training tape

02:39PM
02:39PM
02:39PM
02:39PM