**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| **VICKI E. ESRALEW**, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |
| | ) | |
| **ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY AND TERRY'S COMPANY, INC.**, | ) ) ) ) | |
| | ) | Adversary No. 04 A 3774 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **VICKI E. ESRALEW**, | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 11th day of January 2006, Cohen & Krol filed Amended Exhibits A&B to Defendant Vicki E. Esralew's Local Rule 7056-1 Statement of Facts with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, a copy of which is hereby served upon you.

/s/ Linda M. Kujaca
Cohen & Krol
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

Linda M. Kujaca, being first duly sworn on oath, deposes and states that she placed a copy of the foregoing Notice together with a copy of the Application attached thereto in a properly addressed, stamped and sealed envelope, directed to the persons shown on the attached Service List, and deposited same in the U. S. Mails at Chicago, Illinois, this 11th day of January 2006.

/s/ Linda M. Kujaca

## SERVICE LIST

Office of the U.S. Trustee
227 W. Monroe Street
Suite 3350
Chicago, IL 60606

Thomas Crooks
Three First National Plaza
Suite 1950
Chicago, IL 60602