# KIDS COUNT BUSINESS PLAN







# Business Plan Table of Contents

I.      Executive Summary
                Market Analysis
                The Company
                The Products
                Marketing Plan
                Operating Plan
                Summary Projections


II.     Market Analysis
                Industry Background
                Kids Purchasing Power
                Sales Trends for Kid's Products and Services
                Retailers and Manufacturers Response
                Competition and Competitive Drivers


III.    The Company
                Mission
                Background:  Unique Product Appeal
                Awards and Recognition
                Product Descriptions
                New Products Lines and Characters
                Television Show
                Product Development
                Competitive Advantage
                Profitability, Cash Flow and Product Life Cycle


IV.     Marketing Plan
                Overall Marketing Strategy
                Segmentation and  Positioning
                Existing Programs
                New Programs
                Public Relations and Advertising Strategy
                Strategic Partnerships


V.      Appendix and Exhibits
                Key Personnel
                Analogous Start-ups
                Direct Sales Spreadsheet
                Valuation
                Financial Plan Assumptions

# Executive Summary

This business plan describes Kids Count Entertainment, L.L.C. ("Kids Count" or the "Company") and its strategy for developing, publishing, and marketing interactive "edutainment" products. Edutainment is a computer industry term that describes multimedia *software* that targets children and young adults by blending entertainment with education. Unlike other edutainment companies addressing the consumer market, Kids Count's approach is to build a brand identity with a socially positive product line that blends entertainment with education in multiple platforms. The Company believes that significant investor value will be created through the combination of:

1. *content distinctiveness*, as defined by products that present socially positive ideas and values to children in an appealing way,
2. *the ability to leverage that content through all media* (software, video/TV, music, internet and books) and
3. *the building of Kids Count and Vicki as a brand* on which parents can rely on for receiving wholesome, non-violent products and information

The Company will bring together a team with the competence and experience necessary to establish Kids Count as the premier creator and distributor of products that positively impact the lives of children and families. Vicki Esralew, a former advertising executive and mother of three, is the founder and President of the Company. Vicki has nurtured a business that developed four award-winning products and received special recognition from the President of the United States.

**Kids Count is building-out four unique product platforms capable of leveraging its unique content in each media.**

## Figure 1.1  Product Platforms



11/05/98

## Advisors ✓

- **Irving Harris**    Chairman and Chief Executive Officer, William Harris Investors, Inc.; Founder Public Policy School University of Chicago; noted child advocate

- **David Kleinman**    Adjunct Professor of Strategic Management, Graduate School of Business, University of Chicago; Director for seven companies including Sonic Founder Inc., a maker of software for digital sound files

- **Rudy Lorber**    PH.D., ABPP, Pediatric and Neuro-Psychologist, Behavior Therapist, Diplomate School Psychology and Behavior Psychology

## Market Analysis

Leading toy manufacturers to innovative/have failed to manufacture and market innovative socially responsible product lines. Start up firms captured significant market share due to this void. One such example is Barney, which has sold more than 38 million videos. Increasing shelf space and the availability of children's edutainment across numerous channels indicate that this product category is a vital and growing segment of overall kids' products.

Edutainment products are sold in two distinct markets – the consumer market and the school market. To date, the consumer market has developed more rapidly than the school market. The Company intends to focus its initial efforts predominantly on the consumer market.

The Company believes that the educational market offers exceptional potential both in terms of market growth and market access. In recent years, educational software has consistently been one of the fastest growing segments of the consumer software market. Industry analysts predict product demand to grow exponentially during the next several years.

### Size of the Market

Analysts project that the consumer edutainment market (inclusive of videos, books, and music) will reach annual gross retail revenues of $2.544 billion in 1998. By the year 2002, edutainment gross retail revenues are expected to increase to $11.43 billion, and implied growth rate of more than 30%.

### Product Group

Until recently, multimedia products followed one of two approaches toward education – either using drills mixed with activities to teach children core learning skills or using games to draw children through educational material. The proliferation of CD-ROMs (which allows the computer to store data intensive images, video, and sound) and the growing use of the World Wide Web as a common communication and distribution vehicle has allowed a third type of edutainment product to emerge. These products provide an "interactive" dimension, one that allows the user to interact either with a character (such as Jack in *Jack's House* and *Jack's Attic*) or with other children viewing the same content online.

Kids Count's products are easily distinguished from its competitor's in two ways -- our use of compelling content to model children's physical, intellectual, and social development stages, and our use of multiple learning media to facilitate interaction between children and family members. These two attributes position Kids Count to capitalize on both the growing interest and popularity of interactive products and the need for socially responsible content designed to promote active learning.

## Market Opportunity

Kids Count Entertainment is focusing on two distinct market opportunities. The first opportunity is driven by the growing awareness among parents that electronic media (TV, video, music, computer games and the internet) plays an increasing role in establishing children's values and attitudes. The second opportunity is driven by advances in early childhood development theories that focus on critical milestones along the course of a child's development.

Parents and educators are becoming increasingly aware of the importance of the early childhood years and their impact on our future. How and what we teach our children determines their potential. These concerns are not confined to local Parent-Teachers Associations and educators. In 1997, the President chartered an unprecedented task force dedicated to children's education, nutrition, and social responsibility. Within the United States there is a broad and growing consensus that one of the greatest responsibilities facing society today is the raising of future generations of healthy, productive, well-adjusted individuals. The Company believes there is a strong and rapidly growing demand for high quality, responsibly developed children's products that both teach and entertain without the use of violent images or combative messages.

Ironically, even as parents have become more sensitive to what experiences they provide for their children, the time they can commit to this critical endeavor is diminishing. In our information-based society, the sights and sounds of electronic media, simply by their omnipresence, influence our children. Moreover, as the incidence of violence in public schools has continued to increase, the general public has become less tolerant of violence as a prime-time sales strategy. By contrast, Kids Count Entertainment provides parents and educators content that is positive, models socially responsible behavior, and stimulates learning and discovery.

The second market opportunity results from the passive nature of current edutainment programs. Activity and interactivity are the qualities that children enjoy most and aid their development. In the software category, for example, the typical edutainment title relegates interactivity to little more than the ability to click on a button to see an image or watch a video.

On the one hand, the application of new production methods and emerging technology within the software category (such as DVD) will enable Kids Count Entertainment to provide more "interactivity" in its product lines. On a deeper level, however, the Company believes that the social aspects of learning (physical interactivity) stimulate children to explore, learn, and discover in ways that were never possible with static games or computerized academic drills. Secondly, because Kids Count products are based on children's development needs and the learning that develops from "interacting" with other children and family members, these products encourage positive aspects of social development, such as collaboration, teamwork, genuine respect for self and for others, and a sense of family.

3

## The Company

Vicki Esralew founded Kids Count after becoming keenly aware of violent images and combative messages bombarding children in the guise of children's entertainment. Over time, she realized that her concerns were shared by parents and educators everywhere. Not content with simply shielding her children from games that "entertained" by featuring violence and mass destruction, she established Kids Count, a firm dedicated to the development of positive, socially responsible edutainment. Further, she expanded the scope of edutainment to include interactive videos, books, and music, as well as user-friendly CD-ROM's. Her unique talent for populating imaginative situations with captivating characters, adding creative learning experiences, and envisioning products that appeal to both children and parents is the driving force behind Kids Count. Additionally, Vicki's advertising expertise and ability to express her personal mission is a distinct competency that plays a vital role in gaining business and promoting media attention.

## The Products

The company's two software programs (*Jack's House & Jack's Attic*), children's exercise video (*Kids Count Workout!*), and music CD/cassette (*Home – A Collection of Family Music*) contain lessons and messages that enhance self-esteem, encourage self achievement, stimulate creative thought, and assist children in experiencing the power of positive reinforcement. Innovation, inspiration, and adventure are the hallmarks of Kids Count products. With four award-winning products already on the market, Kids Count is poised to launch their next edutainment title, *Spuzzled?*, in 1st Qtr., 1999. In addition to *Spuzzled?*, Kids Count has a full production schedule slated for '99 that includes three book titles, three interactive videos, two new exciting characters that will star in a variety of mediums, and three new music cassettes/CD's.

## Marketing Plan/Brand Building

The marketing strategy is two-fold and both are grounded in building the Kids Count brand. First, a "scaleable" business platform will be utilized which will encompass underline direct marketing. This will allow Kids Count to continually refine its understanding of segments that it can serve profitably as it achieves scale. The Company will strategically develop the business by initially generating sales and awareness through direct marketing channels and targeted retail outlets. Once strong sales are established and brand awareness is heightened, products will be pulled though at retail and on the internet. Additional product lines will be tested through direct response and introduced similarly.

The second aspect of this strategy is to take advantage of the charisma and on-screen presence of Company founder, Vicki Esralew. This will be accomplished through a three-tier brand-building campaign which includes; Vicki featured as the "spokesmom" for her line of products during on-going direct television and radio campaigns; an extensive pr campaign; and partnering with a TV Network, to develop a half-hour children's television show. Although we expect the show to increase product sales dramatically, the financial forecasts do not reflect any sales from this area. Also, by establishing Vicki Esralew as the 'mom on a mission', a whole new area of wholesome product endorsements should arise which will further enhance the 'bottom line'. A feature of this television strategy will be the incorporation of real time internet connections to the studio during taping. This will allow individuals to view live tapings on the internet and email questions to the studio for Vicki or the guests.

4

Additionally, the company will be pursuing synergistic promotional and marketing opportunities. One such opportunity is currently being finalized between Frankie Avalon's Marketing Company to have Mr. Avalon endorse Kids Count and feature the product line on his new television program, "Let's Do It Again!" (Mr. Avalon has nine children and loves Kids Count products.)

The Company initially plans to sell its products principally in the domestic consumer market. As the Company's product line expands, the Company intends to extend its selling efforts to the school market, which the Company believes will benefit sales in the consumer market as teachers introduce children to the Company's products. Upon establishing a strong domestic base, the Company plans to leverage its brand equity to expand internationally and will seek product licensing arrangements based upon strong Kids Count characters, such as Jack and Spuzzle. At the release of this plan, Kids Count is under negotiations with its international marketing partner, to take the product line international through Eastern and Western Europe via television and radio. Early estimates are the products will be dubbed in at least 8 languages.

### Distribution Strategy
In the consumer market, the Company plans to distribute its products through the following direct channels:

- Direct response telemarketing (national spot advertising);
- Educational and religious markets;
- Catalogs; and
- The Web and online services (AOL, Yahoo).

The Company plans to continue retail distribution through Zany Brainy and Sears and catalog distribution through Discovery Toys. Additional retail channels will be strategically layered in to meet customer demand.

### Target Market
The target market for the Company's products is family and teachers of pre-school through pre-teen children who own television sets, VCRs, cassette players, or multimedia computers. The most recent data indicates that approximately 55 million households in the United States are within the Company's target market at the time of this plan's publication. If the typical household buys 8 edutainment products (software, video, books, and music) per year, a title selling at the Company's assumed rate of 90,000 units per year will need to capture only 1/5 of 1% of the edutainment market in 1998. At 90,000 units per year, the Company's profits will be substantial.

## Operating Plan

By utilizing a direct sales model, the Company plans to eliminate reseller's mark-up, reduce the costs and risks associated with carrying large inventories of finished goods, and establish a personal and ongoing relationship with its customer base.

11/05/98

## Summary Projections

The Company's five-year plan calls for a total of 41 new titles to be published by December 2002, with the first new title to be released in Q1 of 1999.

| Products | 1999 | 2000 | 2001 | 2002 |
|----------|------|------|------|------|
| Software | 3 | 3 | 4 | 4 |
| Video | 3 | 2 | 2 | 2 |
| Music | 3 | 2 | 2 | 2 |
| Books | 3 | 2 | 2 | 2 |
| Total | 12 | 9 | 10 | 10 |

Please refer to the Financial Section of the Business Plan for detail to the financial projection summary.

| Projections | 1998 | 1999 | 2000 | 2001 | 2002 |
|-------------|------|------|------|------|------|
| Sales Revenues | $669,599 | $7,321,471 | $19,199,700 | $31,048,700 | $46,593,826 |
| Gross Op Profit | $179,258 | $3,439,882 | $12,330,758 | $21,061,373 | $33,501,184 |
| Net Income | ($333,542) | $2,990,871 | $11,748,939 | $20,468,071 | $32,898,924 |

11/05/98

# Market Analysis

## Industry Background

Kids Count's expansion is running parallel with a receptive and growing marketplace. As multimedia products are sold in diverse trade channels and as families participate in more at-home activities, retail and economic analysts forecast strong growth among the edutainment segments in which Kids Count competes. The Company plans to focus primarily on the consumer market and begin positioning itself to address the education market.

### Consumer Market

According to Interco Research, consumer spending on interactive technology and content continues to grow exponentially, lead by the Internet and data services. Penetration of TV entertainment continues to edge toward the saturation point – of the 98 million households in the United States, 90% have VCRs, 71% subscribe to cable or satellite TV, and 40% own TV-based videogame systems. By the year 2001, Interco projects the average expenditure per household on interactive technology and content will reach $1,300 per household.

### Consumer spending on interactive technology infrastructure and content
#### Figure 2.1

| | 1996 | 2001 | Growth rate, % pa 1996–2001 |
|---|---|---|---|
| **Internet/data services ($B)** | **4.6** | **12.8** | **22.7** |
| PC access | 3.1 | 8.4 | 22.8 |
| Access via other platforms (eg, TV-based) | — | 2.2 | — |
| Centrally monitored security/alarm systems | 1.6 | 2.2 | 7.0 |
| **Platforms ($B)** | **48.7** | **57.5** | **3.4** |
| PCs | 29.9 | 35.6 | 3.6 |
| TVs | 10.6 | 13.2 | 4.4 |
| VCRs | 5.7 | 6.1 | 1.5 |
| Games consoles | 2.5 | 2.6 | 1.1 |
| **TV entertainment ($B)** | **30.0** | **38.3** | **5.0** |
| Digital cable & satellite TV services | 2.8 | 12.5 | 35.4 |
| Analog cable & satellite TV services | 27.3 | 25.8 | -1.2 |
| **Content: titles rented and bought ($B)** | **24.9** | **28.0** | **2.4** |
| Video rentals | 8.7 | 6.4 | -5.8 |
| Video purchases | 8.2 | 11.2 | 6.5 |
| Floppy disks (for PCs) | 4.5 | 0.2 | -44.5 |
| DVD/CD-ROMs (for PCs) | 3.5 | 10.2 | 24.2 |
| **Total expenditure ($B)** | **108.2** | **136.6** | **4.8** |
| *Average expenditure per household ($)* | *1,090.0* | *1,300.0* | *3.6* |

11/05/98

**Education Market**

In spite of all the growth in the consumer market, the education market is relatively small – worth only $700 million. Most of that is made up of retail sales for home use by students, teachers, and parents – with only a small fraction, $70 million, sold directly to schools (this excludes a several hundred million dollar market for learning systems that are sold on a district-wide basis).

The education market is, however, critical for positioning for the future. Although comparatively small, the market has the potential to be a tremendous multiplier.

## Kids Purchasing Power

Kids are big business in the real world, controlling over $150 billion in purchasing power. According to Jupiter Research, advertising revenues from kids' television are approximately $700 million and publications targeted toward children control another $20 million. The video game cartridge and console industry, dominated by child users, accounts for approximately $5.1 billion per year. Jupiter predicts that the children's online market should begin to capture some of these dollars probably from mid-1997 onward, and by 2002, should result in significant revenues.

## Sales Trends for Kid's Products and Services

US government indices report that total expenditures for children's products and services are increasing although the national birthrate has remained flat for more than a decade. Lifestyle and demographic factors favor strong sales of children's products well beyond the millennium. First, dual income households are starting families at later ages and can therefore allocate a larger proportion of their budget to children's goods. Second, new safety regulations for toys and car seats have heightened consumer awareness regarding the importance of high quality children's items. Third, leading baby care manufacturers report that the average retail price point of their more durable products continues to increase each year, and this trend is anticipated to continue in the near future as these babies grow to become toddlers and preschoolers.

New types of kids products and service introductions occurred more frequently in the 1990's compared to the '70's or '80's. Kid's Cuts beauty salons, early education programs, flexible work hours, and vacation hotel packages for adults traveling with children are successful ways in which children's needs are being served.

In 1997, the Toy Manufacturers of America reported that US retail sales of toys and games were about $22.58 billion. Overall, manufacturers' shipments for the traditional toy and game industry were up 7.8% over last year. Unit sales grew 5.6 % for the industry without video and 6.9% including video.

Licensed toy sales benefited from the Star Wars series second debut and the release of Batman and Robin, Hercules, and The Lost World. About 38% of toy sales in 1996 were derived from licensed product. Standard & Poor's economists suggest that nearly 50% of 1997 toy sales may be derived from licensed products. Vitamins, bedding, pajamas, coloring books, and backpacks are examples of successful licensing ventures for popular children's characters.

New platforms for Sega, Nintendo, and Sony Play Station helped spur sales of video game console hardware by 21% in 1996. These newly formatted 64-bit systems provide dramatic

11/05/98

improvements in color and graphics. Similarly, better technology is permitting dazzling graphics and surround sound for CD-ROM's and DVD's. The NPD Group reports that 45% of the 90 million entertainment software unit sales in the US are attributed to computer entertainment software. The outlook for computer games is exceedingly optimistic because various skill levels, virtual locations, and other innovative enhancements can easily be incorporated into software games, thereby increasing their play time and potentially their product life.

Recent surveys sponsored by economists revealed that parents anticipate spending more than or at least equal to expenditures for children's edutainment and toys in 1998 compared to 1996 and 1997. Further, separate surveys conducted by consumer awareness groups indicated that parents' frustration and complacency toward the violent, thoughtless content of electronic games and software is increasing.

## Retailers and Manufacturers Response

Leading toy and book superstore retailers are seeking alternatives to violence-oriented products to meet customer needs. Zany Brainy, Noodle Kidoodle, and Learning Smith are just a few of the new mini-category killers that feature innovative children's learning products. These retailers have achieved strong market share by carefully merchandising fun edutainment that meets the approval of parents and kids.

Based on the success and awareness generated by these national chains, mega-retailers are contemplating full departments dedicated to children's educational products. Toy stores and mass merchants typically develop an assortment plan based on product availability regardless of product content. These retailers are often in a reactive position when items such as Mortal Kombat are singled out for their irresponsible violence and degradation.

Kids Count three-phased growth strategy places the Kids brand on a track that would enable our products to be sufficiently recognizable to create large-scale consumer demand within two years. Due to our DRTV and DR Radio marketing campaigns this two-year window will be shortened greatly. Our plan is to extend the brand via a direct sales model (direct response TV) and avoid the exorbitant expenses required to build the brand through retail channels alone. This use of direct sales to create pull through demand at retail will allow the Company to "self-fund" our growth by the end of Q2 '99. Frequent cash infusions and the risks associated with retail can thereby be avoided. Distribution through major retail outlets will be predicated upon building large-scale consumer demand via direct sales.

11/05/98

## Competition and Competitive Drivers

At the time of this writing, the educational software category is experiencing incredible consolidation. In March of 1998, the Learning Company agreed to pay $150M acquisition of ChessMaster-maker Mindscape. This acquisition follows the Learning Company's 1997 acquisition spree, which included Skills Bank, Creative Wonders, Learning Services, and Microsystems Software, publishers of the CyberPatrol Internet filtering software.

Also notable in the acquisition arena is the Cendent Corporation, a $22 billion direct-marketing company, who owns Davidson & Associates, maker of the Blaster series of kids learning software and a myriad of other titles. The Learning Company and Cendant together control fully 60 percent of the educational software market, and consequently much of what students use at school and home. That percentage is up from 50 just five months ago.

This consolidation is being driven by attempts to benefit from economies of scale. In theory, the move means lower costs for developing and distributing software, which in turns means lower prices for consumers.

In reality, however, consolidation has a real cost. Lack of innovation. According to Peter Kelman, an industry consultant and former education instructor at Dartmouth College, these companies, due to consolidation, are offering less choice than before. "They are not doing the kind of new development that is good for schools."

A second driver of this activity results from the new government funds targeted at wiring schools. At the federal level, there are a handful of proposals to "encourage" or mandate that service providers – both wireless and wireline – outfit schools with the necessary infrastructure to access the Internet. Certainly, among the most sweeping is contained in the recently passed Telecommunications Act of 1996, specifically the Snowe-Rockefeller provisions of the legislation.

Snowe-Rockefeller mandates that the Federal Communications Commission revise the existing Universal Service System – which guarantees all U.S. citizens access to "reasonably priced" local and long-distance voice telecommunications services, even low-income residents and those living in rural areas that are difficult to serve – to include access to "advanced telecommunications," e.g., the Internet, for schools and libraries. Furthermore, Snowe-Rockefeller requires the FCC to ensure that advanced telecommunications are available to schools, and more specifically, classrooms on an ongoing basis. Lastly it legislates that telecommunications providers must offer such services at "reasonable rates," which are determined using a variety of factors.

At this point, much of the money driven by these initiatives to "wire" the nation's schools and libraries, is going to hardware. However, hardware requires software, and in turn, software requires content. Forty per cent of consumers aged over 15 now use a computer regularly. Young people have the highest rate of computer use both educationally and at home. According to a recent NOP Research study, almost half (46 percent) of all under 25-yearolds use a computer at school or college. They make up two-thirds of all educational users. But their domestic use shows the attraction of the market more strongly, since it is more likely to be voluntary. Half of all young people use a computer regularly at home, nearly twice as many as any other age group.

One final driver fueling the race for educational content is the advent of the sub-$1,000 PC. Retail sales of educational software grew 14% last year. Most notable, was the change in the

11/05/98

consumer profile.  The average annual household income of educational software buyers fell from $100,000 to $35,000 over the same period.  With the advent of sub-$500 PCs (expected within the next six to nine months), this average annual income figure will move even closer to the national average.

11/05/98

# The Company

## Mission

Kids Count's mission is to become the nation's creator and distributor of products that positively impact the lives of children and families. The Company believes that children's interest and attention can be engaged without the use of violent images and combative messages. The Company will attain this through the use of compelling content to model physical, intellectual, and social development stages and the use of multiple learning media to facilitate interaction between children and family members. Kids Count products exercise the mind, celebrate the family, and encourage kids to reach their full potential.

## Background:  Unique Product Appeal

Kids Count's imaginative products and themes encourage children to explore, and challenge themselves. A wondrous sensory immersion of sound, song, and adventure stimulate both children and adults.  Kids Count product lines imaginatively and unobtrusively transfer knowledge through innovative settings and spontaneous adventures. *Jack's Attic*, for example, has received acclaim for its use of spontaneous golf journeys to introduce historic monuments and geographical sites, such as the Egyptian Pyramids, the Coliseum of Rome, and Mt. Rushmore. These compelling experiences promote building problem-solving skills, encourage independent, ongoing learning and inspire children to further pursue astronomy, archeology, and music as well as stimulate interest in science, math, history, geography, and strategic thinking.  Children's inquisitive powers are set into action during and following their game playing.  Kids Count's products and themes are responsibly innovated without violence, brutality, or senseless destruction.

Kids Count's new generation of "thoughtware" (games, toys, music, books, characters and product line extensions) provides an edutainment solution for households, daycare providers, community groups, and educators.  Curiosity, humor, and innovation are dependable features of Kids Count's concepts and product lines.

11/05/98

**Figure 3.1 Kids Count's Product Platforms**



## Awards and Recognition

Kids Count Entertainment received impressive awards from seasoned critics and recognition from leading organizations shortly after its inception.

- *Jack's House* received Parents Choice Approved™ in 1996 and the C/Net Buy It Distinction.

- *Home* received the National Parenting Center's Seal of Approval, The Family Channel's Seal of Quality and the Selected by Parent's Council® Award for the Holiday Season 1997.

- *Kids Count Workout!* was awarded the Family Channel's Seal of Quality, the National Parenting Center Seal of Approval; and the Selected by Parent's Council® Award in 1997.

- *Jack's Attic* was honored with a Family Channel Seal of Quality and The National Parenting Center Seal of Approval in 1997; and in October '98 was honored with FamilyPC FamilyTested Recommended Award.

- Vicki, children from the *Kids Count Workout!* and singers from *Home* were invited to Washington in January 1997 to participate in the 53rd Presidential Inauguration festivities. They performed in President Clinton's Millennium Schoolhouse for 33 minutes with selections from the video and CD. This was a special segment of the Inaugural ceremony

11/05/98

dedicated to celebrating children and the select group of companies and characters that entertain and educate them. Barney, Bill Nye the Science Guy, and Sesame Street were among the honorees.

## Newspaper Coverage, Receptivity and Praise

The 1995/6 release of the *Jack's House* CD-ROM brought nationwide acclaim from multimedia reviewers and columnists. From San Diego to Orlando, Kids Count's unique product was judged to be one of the best CD-ROM releases of its kind.

Kids Count's non-violent, motivating, and compelling CD-ROM was immediately embraced by software critics who tested *Jack's House*. Universal praise for high quality innovation and humor without blood-and-guts tactics emanated from software reviewers and entertainment editors. Chicago Tribune, Los Angeles Times, Computer Retail Weekly, and countless other newspapers informed their audiences of the benefits of *Jack's House*. Kids Count received hundreds of telephone orders from parents and educators who enjoyed the reviews. Word of mouth advertising continues to be one of the most successful ways in which new customers learn about the award-winning attributes of Kids Count products.

The following excerpts highlight the overall reviews of Kids Count's first CD-ROM release, *Jack's House*:

> "This program is a total delight. Expect surprises at every click of the mouse."
> - Jane Clifford, The San Diego Union-Tribune.

> "'Myst' for kids? 'Jack's House' may be the most user-friendly interface since 'Pong'!"
> - Los Angeles Times

> "'Jack's House' is a refreshing breath of air." - Chicago Tribune

Since the release of *Jack's House*, the momentum has steadily grown with the continued support of the press not only around all Kids Count's products but Vicki's mission as well.

## Upcoming National Magazine Coverage

In addition to four-star reviews in computer publications, mainstream periodicals (such as Child, Family Fun and the Washington Post TV Guide) have already begun to feature and promote Kids Count products.

## Television Coverage: News Shows - Feature Stories

Vicki's heartfelt mission is robust and inspiring. Her integrity radiates during news segments and other televised coverage. Kids Count's mission and products are effectively conveyed through this direct medium. Fox News Network, The Jenny Jones Show, The Home and Family Show, WLS-TV (ABC's Chicago affiliate), WBBM-TV (CBS's Chicago affiliate), and WGN-TV interviewed Vicki and reviewed Kids Count product during prime-time news segments. WMAQ-TV (NBC's Chicago affiliate) aired Vicki's interview five times within 24 hours prior to uplinking the story to national syndication. News anchors are quick to point out both the tremendous excitement surrounding Kids Count products and the recognition they have received from leading parenting organizations.

11/05/98

Each time Vicki is featured on television with her Kids Count message and product, consumer response is impressive. When *Kids Count Workout!* and Vicki were featured on The Jenny Jones Show for 8 seconds, over 500 orders were received.  Similar response rates follow other press coverage.

11/05/98

## Product Descriptions

### Jack's House®
### CD-ROM



Kids Count's flagship multimedia success is designed for children ages 2 to 6 and stimulates family and friends of all ages. In *Jack's House*, children learn about colors, counting, the alphabet, reading, and geography all while building self-esteem. The child-friendly design allows children to feel a sense of accomplishment as they quickly master the intuitive navigational interface. Playing in *Jack's House* is a wondrous experience for any child and offers parents a nurturing and encouraging environment in which to explore. This program even reinforces the importance of nature conservation. Players can take a voyage through the solar system courtesy of a click on star-patterned wallpaper or watch the foliage of a tree progress through the four seasons. Interactivity between the elements and high-tech layering allows users to encounter new adventures and increasing complexity.

### Jack's Attic®
### CD-ROM



A wealth of edutainment is derived from *Jack's Attic*. While poking around the Attic, players can show their skill on golf courses located at famous sites around the world from the Taj Mahal to Stonehenge, build one of the great pyramids of Egypt, dig up fossils on their very own archeological dig, solve math equations while making a pizza, or use logic to fix an antique grandfather clock. The "Rhythm of the Rainforest" introduces children to an array of melodious instruments and musical patterns. "It's a Whole New Ballgame" is a challenging and innovative combination of bowling, chess, and checkers that improves strategic thinking skills. This exceptional CD-ROM helps users build math, science, history, geography, logic, and intuitive thinking skills.

### Kids Count™ Workout!
### Interactive Video



With this year's warning from the U.S. Surgeon General that our youth need to become more active, *the Kids Count Workout!* quickly became one of the most widely recommended exercise videos for children. This video accomplishes more than just promoting physical fitness. It models positive encouragement and helps kids build self-esteem.

**Home**
**Music - CD/Cassette**



*Home* is a unique collaboration of musical styles, from blues to reggae and country to pop.  What ties these different styles together is the central theme of family, friendship, sharing, and believing in oneself. Kids Count is privileged to have assembled some of the world's finest lyrical artists whose combined efforts contributed to winning The National Parenting Center's Seal of Approval and being awarded the Selected by Parent's Council® Award for the 1977 Holiday Season. *Home* features prominent vocal talents such as Wendy Wilson from Wilson Phillips and Kelly Moneymaker from Expose.

17

11/05/98

## New Product Line and Characters

### Kids Count's New Series of Intelligence-Based Games

Kids Count is launching a novel series of intelligence-based games that provide challenge and amusement through infinite gaming levels.

The first game in the Spuzzle series, entitled *Spuzzled?*, will be introduced in Q1, 1999.

The main character Spuzzle is a glistening "hardware" (his body is comprised of bolts, nuts, and washers) hero with an adventurous spirit. He's a loyal friend to his metallic mates and a fearless leader in their quest for compelling challenges. The Spuzzle multi-media series is produced with high caliber full-screen animations and dynamic audio enhancements. The global-friendly line of Spuzzle characters will be adapted for foreign language markets. In addition, the intelligence-based CD-ROM games are convertible to the upcoming DVD-ROM format.

Each Spuzzle program will feature two separate games that will encourage specific types of advanced thinking skills. The following are brief descriptions from the first Spuzzle series.

*Picture Mixer* is a challenging visual perception game that allows users to create mirror images of complex puzzles and shapes whose attributes are magnified by brilliant colors and exciting technology.

*Mazopolis* is a high-tech Pacman-like game that positions the user with an overhead view of mazopolis. Amid the soaring skyscrapers and intricate angles of the town's intersections, the user becomes familiar with new terrains and navigates urban streets to paint lines along the roads, conserving fuel prior to the end of the game.

### Spuzzle Will Launch Kids Count's First Web-based Interactive Game

Spuzzle's web-based adventure allows multiple players to interact simultaneously and compete to see who will finish these challenging brainteasers first. This will take place during 1999. In addition to finding these activities on our web site, links will be embedded within the *Spuzzled?* CD-ROM that will easily direct Internet-ready users to additional online content.

11/05/98

### *Darci: Detective School*

Darci sparks a child's imagination as they solve a series of challenging mini-mysteries. Creative problem solving, picking up clues, applying reason, logic and even humor produce countless, enjoyable journeys through this character's curious adventures.

### *Gracie's Amazing Adventures*

Gracie has wit, charm, and endless wonder. In her special journeys she'll transport children to unbelievable worlds to learn significant life lessons. Whether you're in Gracie's garden, her room, at one of her slumber parties, or playing dress-up, she'll awaken your sense of exploration.

## Books

*Maxine*
*Thaddeus*
*Too Much Teddy*
*In Search of Dream #4*
*Why The Elephant Packaged His Trunk*
*The Almost But Not Quite Complete Book of Monster Etiquette*

Books represent worlds waiting to be explored. At Kids Count, the story lines create and provoke the formation of many wondrous places near and far. Books continue the age-old tradition of story telling that is the basis of all cultural literacy.

Kids Count will place increased emphasis on activity books and soft-cover books because consumer demand and purchase frequency is high for these forms of edutainment.

## Television Show: Privilege and Responsibility

Kids Count Entertainment is participating in initial discussions with Warner Bros. and PBS regarding the possibility of television programming. This proposition promises to provide a platform for national exposure and the "trigger" to exponentially increase our current sales goals. Along with overnight awareness, however, comes the responsibility of upholding Kids Count's concepts and characters.

The frequency and presence of the television show skyrockets the potential for licensed product lines. Over the past thirty years television (and more recently movies) has become the launching pad for the toy and home video industries. Films and TV are the best generators of new licensed characters. Barney, Thomas the Tank Engine, Arthur, and Jurassic Park are a few strong examples of films and TV shows that build brand equity prior to the release of a multitude of licensed products.

11/05/98





## Conceptual Plan for Spuzzle Product Line

**MULTIMEDIA CD-ROM's, DVD**

Repurchase Frequency:  6x/yr

Retail Price Point:        $ 35

CD-ROM, DVD products offer the industry's finest innovation and creative use of problem-solving skills.

**NEW MEDIA**

Repurchase Frequency:  12x/yr

Retail Price Point:        $ 8

Web-based multi-user games, Nintendo, PlayStation compatibility Hand-held games

**BRANDING, LICENSED PRODUCT EXTENSIONS**

Repurchase Frequency:  12x/yr

Retail Price Point:        $ 12

Board Games

Erector Sets

Puzzle Books

Lego-like Construction Toys

# Conceptual Plan for Gracie's Product Line

## MULTIMEDIA CD-ROM's, DVD

**Repurchase Frequency:** 6x/yr

**Retail Price Point:**        $ 35

Gracie's Amazing Garden
Gracie's Amazing Surprise!
Gracie's Amazing Birthday Party

## BOOKS, INTERACTIVE VIDEOS, MUSIC

**Repurchase Frequency:**  12x/yr

**Retail Price Point:**        $ 8

Many books,
Seasonal music
adventure videos will delight Gracie fans

## BRANDING, LICENSED PRODUCT EXTENSIONS

**Repurchase Frequency:**  12x/yr

**Retail Price Point:**        $ 12

Gardening Tools
and Supplies

Cook Book,
Apron and
Utensils

Apparel,
Sunglasses

Bubble Bath
and Sponges

# Conceptual Plan for Darci the Detective's Product Line

## MULTIMEDIA CD-ROM's, DVD

Repurchase Frequency:  6x/yr

Retail Price Point:        $ 35

Detective School
Unlimited Adventures

These CD-ROM's capitalize upon logic
and adventure

## BOOKS, INTERACTIVE VIDEOS, MUSIC

Repurchase Frequency:  12x/yr

Retail Price Point:        $8

Videos,
Interactive Books,
Story Book Mysteries

Darci's theme music is especially
appropriate for her mysterious journeys

## BRANDING, LICENSED PRODUCT EXTENSIONS

Repurchase Frequency:  12x/yr

Retail Price Point:        $ 12

Backpacks

Disguises,
Magnifying
Glasses

Talk-Boy/
Walkie-Talkie

School
Supplies

## Product Development

Product development has undergone tremendous re-engineering in the past few years. Consumer product goods giants have shifted their strategies from manufacturing capability to customer focus.   Line extensions, new packaging, and channels of distribution are greatly influenced by customer feedback.  Technology has also increased the speed and accuracy of communication, as bar coding and real-time point-of-sale software allow manufacturers to produce the correct proportion of goods based on recent sales.

Kids Count is prepared to take advantage of and act upon the rich information available from customer requests and sales trends.  Further, Kids Count is planning to form an advisory panel of educators, parents and children who can discuss their needs and preferences to identify emerging needs and anticipate new areas of emphasis.

Kids Count's creative and development teams are poised to execute its product development plans.  Kids Count is ready to transition from an item-focused emphasis to a full-line company that releases a variety of new products each year.   The new management and business team understands the critical components necessary to anticipate changing market demand and needs with quality products that animate our vision.

## Competitive Advantage

Kids Count's products are easily distinguishable from its competitors in two ways – their use of compelling content to model children's physical, intellectual, and social development stages, and their use of multiple learning mediums to facilitate interaction between children and family.

### Edutainment *Solutions*

Kids Count Entertainment is entering a critical path in its development.  As of 1998, the former start-up firm is positioned to become a serious, leading provider of edutainment *solutions*.  By edutainment *solutions,* Vicki and the growing Kids Count team are able to develop and execute a complement of CD-ROMS, books, music, videos and appropriate branded products that meet the diverse needs of their audience.  Vicki's appearances and interviews will also be an important component as the growing brand seeks national distribution.

The needs of Kids Count's customers are complex.  As individuals, children require different and expanding forms of stimulation.  Parents' purchasing habits similarly reflect various needs.  Everyday price points versus special occasion gifts, a balancing of books versus videos, plus a child's preference for a particular character or activity influence the quantity and types of items that are purchased for children.

Kids Count is developing a portfolio that addresses the diversity of children's learning needs and styles.  Families will grow to depend upon and look forward to Kids Count's new product releases as Kids Count continues to expand the edutainment category by

11/05/98

incorporating the underlying value of social responsibility with the desire for discover and mastery.

### 3-Tiered Customer Focus

Kids Count philosophy and capabilities meet the needs of their three-tiers of customers and users: retailer, purchaser, and end user.  There is a responsive loop that links each type of customer.  Primary purchasers, parents, are influenced by children.  Retail and direct channels carry products based on sales and parents' willingness to make a transaction.

Kids Count understands that users require a variety of edutainment to match their learning styles, interest levels, price point tolerances, and surroundings.  Therefore, CD-ROM's, interactive videos, music, books, licensed products, and a TV show serve the diverse needs of numerous customer segments.   As unique opportunities and economics are identified, Kids Count plans to cut the market into finer and finer segments.  This will be accomplished through the use of sophisticated database marketing and data-mining techniques that leverage Kids Count's fast product production-time, just-in-time inventory approach, and direct selling model.

### Direct Sales Model

By utilizing a direct sales model, Kids Count plans to eliminate reseller's mark-up, reduce the costs and risks associated with carrying large inventories of finished goods, and establish a direct and ongoing relationship with its customer base.  Edutainment, by its very nature, should be a highly collaborative effort between parents, children and content providers.  Parents and children are not simply Kids Count's addressable market – they are Kids Count's most important supplier and partner.

## Profitability, Cash Flow, and Product Life Cycle

Kids Count operates in an industry that is not dependent upon costly raw materials.  With the exception of DVD's, the costs for CD-ROM and video production are not expected to decrease dramatically. Retail prices, however, are forecasted to fall from 10 % - 15% over the next three to five years.  A CD-ROM which is sold to national distributors for $17 - $21 has a direct material cost of approximately $2.54.  Shipping, merchandising, and amortized development costs per CD-ROM remain under $5.00 - 6.00 (dependent upon unit sales volumes).

Another favorable factor is Kids Count's liquidity.  Kids Count's production and sales cycles for existing items permit rapid turnover.  For example, the lead-time for Kids Count's product replication is under two weeks. Retailers pay for product within 30 to 60 days while direct customers payment is 1 day.  Kids Count's cost structure and the generous margins are another benefit.   A markup of eight to sixteen times cost (depending upon distribution channel) for each CD-ROM product allows Kids Count to fund its ongoing day-to-day business needs. While a few large orders for key customers will necessitate extended payment terms or larger up-front outlays, Kids Count is in one of the most profitable industries.

11/05/98