Furthermore, Kids Count's business team is experienced in evaluating the cost of holding inventory, supply chain analysis, and activity-based costing. Although the per unit cost of CD production may look attractive if 5,000 units are added to a batch, Kids Count will maintain high liquidity and avoid tying up dollars in unnecessary inventory given that product production time is under two weeks.

11/05/98

# PR and Media Coverage Highlights



Kids Count!
In the Know,
In the News

Vicki shared her unique mission during numerous interviews and as a featured panelist. Unanimous product reviews cite Kids Count as an innovative leader in children's edutainment.



Jenny Jones,
Home & Family Show,
ABC, CBS, NBC - Chicago affiliates
FOX-TV,
WGN - TV,
CLTV



USA Today,
The Washington Post,
San Diego Union Tribune,
Denver Post,
Child Magazine,
Videogame Advisor
Orlando Sentinel



WGN Radio,
NPR - "Living Room"
WLIT- FM,
WVAZ- FM
WFMT - FM
WPNT - FM



# CHICAGO PARENT

Some good has come from the violent TV shows and shoot-'em-up computer games that were all the rage several years ago. These programs were so offensive to Northbrook mother Vicki Esralew that she made it her mission to offer positive alternatives.

"I went to the park one day during the height of Ninja Turtles and I saw how aggressively the kids were playing," Esralew recalls. Then, while shopping for computer software for her son, she noticed a dearth of positive, entertaining programs. These two events sparked her idea for a company specializing in educational, nonviolent children's entertainment.

The result is Kids Count Entertainment, a company she and her husband, Bob Aren, founded in August, 1993. "This was pure passion. I gave up a very lucrative advertising business and put everything on the line," she says. She hasn't been sorry.

The videos and software they have produced have garnered rave reviews. Esralew, 39, conceived Jack's House, a software program for kids ages 2 to 6, when her son Jack, was just starting to become interested in computer games. Recently, Kids Count launched a sequel for older kids, Jack's Attic. Spuzzled!, for ages 8 and up, has just been released.

Kids Count also offers children's music and an exercise video: Esralew wrote lyrics for *Home: A Collection of Family Music*, and produced *Kids Count Workout*, a fitness video for kids ages 3 and up. (These products are available at Sears, Zainy Brainy and direct from the company: 800/KIDS-345.)

## Good, clean fun



Vicki Esralew, and her kid-friendly Jack's Attic

# MICROTIMES

**FRE**

t Our Web Site: www.microtimes.com

## The Eleventh Annual MicroTimes 100

Our yearly mixed bag of CEOs and upstarts, famous and not-so-famous, who in one way or another made a positive contribution to the personal computing industry in 1997. Thanks to all our readers who sent in some great nominations!



**Vicki Esralew**
**President**
**Kids Count Entertainment Inc.**

Esralew's message of family-friendly kids' software has found a receptive audience, as Kids Count's original offering, *Jack's House,* has been joined not only by *Jack's Attic* but by music and video products similarly devoid of violence, gore and bad vibes. While traditional distribution remains a problem among dealers who'd rather stock *Mortal Kombat,* Esralew maintains a toll-free number (1-800-KIDS-345) to reach interested parents. Her efforts in 1997 were met with a good deal of public recognition, including a performance by Kids Count at the Presidential Inauguration and the designation of Kids Count Week in Cook County, in Esralew's home state of Illinois.

# Billboard

NEWSPAPER

## Esralew's Audio, Video, Software Releases Show That Kids Count



*Child's Play™*

*by Moira McCormick*

UP FOR THE COUNT: If there is a more inspirational story in the indie-makes-good vein than that of Vicki Esralew and her Kids Count Entertainment, we'd like to hear it. Esralew's little company that could has placed its debut album, "Home"; the video "Kids Count Workout!"; and interactive software "Jack's House" in Sears, Border Books & Music, Shopko, Noodle Kidoodle, Zany Brainy, and Marshall Field's; other major retail chains continue to pick up the titles. It all comes, says Esralew, from persistence and an overwhelming belief in the product.

Esralew, whose company is based in the Chicago suburb of Northbrook, Ill., started Kids Count in 1993 after enjoying a successful career in the advertising business. She was spurred by shocking stories of teen suicides—and, especially, the 10-year-old British boys who murdered a toddler—to create something that would foster compassion and empathy in children. She wrote and produced 65 radio vignettes designed to "inspire people to build better relationships." The vignettes were syndicated in 68 radio markets around the U.S.

It was while trying out children's software on her home computer system that Esralew was moved to create her own. Repelled by the violent fantasy scenarios so common in that genre, Esralew and her husband, Bob Aren, hired visual artists, animators, and a programming coder to help them actualize their ideas. For music, Esralew naturally turned to Chicago's sizeable talent pool of commercial composers, with whom she'd interacted while in the ad industry. Working in her basement, the team produced "Jack's House," a computer game aimed at 2- to 8-year-olds. Its point-and-click format enables kids to explore the bedroom of the title character, who is based on Esralew's son Jack, as well as his yard and his sister's bedroom.

"People told us we'd never get on shelves," says Esralew. But she proved them wrong, as positive press (The Los Angeles Times declared "Jack's House" as having the "most user-friendly interface since Pong") and word-of-mouth led to retail interest.

When Esralew produced the music album "Home" followed by the video "Kids Count Workout!" (developed with a health-club choreographer), things really began to take off. "I kept hearing songs in my head," says Esralew, who proceeded to contact jingle writers "who could make music for kids that's powerful and uplifting. When they finished, the messages in the songs were powerful and meaningful for adults as well." Commercial composers who worked on "Home" include Gary Fry, Morris "Butch" Stewart, Steve Samler, Sheri Hoffman, Wade Hubbard, and Alan Rubens.

The association with Hubbard, who was writing songs for the solo album by Wilson Phillips' Wendy Wilson, led to that artist contributing vocals on one track. When the 13-cut album (four of its songs are featured on the video) was completed and pressed into CDs and cassettes, Esralew took it to department-store giant Sears Roebuck & Co., which had carried "Jack's House." Sears began carrying all three products and is now stocking them in an Esralew-created floor display.

Now, not only do Sears and the aforementioned retail chains carry Kids Count product, but Esralew has been fielding inquiries from, among others, a giant national video web, a major drugstore chain, two prominent toy retailers, and a pair of sports superstore chains.

Esralew, who notes that a three-song audio sampler cassette is being blister-packed to the video package as a means of promotion (the samplers are also given away to schools, libraries, etc.), says that she made inroads at these major retail outlets through sheer faith and tenacity. "I believe in what we're doing," she says, "and I get ahold of the right people. I call corporate headquarters, ask for the director of merchandising or the buyer, and tell them I have wonderful products for families."

Since July, Kids Count Entertainment product has been distributed by Rounder Kids to mom-and-pop stores and to educational toy chain Zany Brainy. "We sell directly to the rest of our accounts," says Esralew, who notes that the video is undergoing a package redesign to reflect its Claymation element.

Esralew says a key inspiration for her has been the classic children's book "The Carrot Seed" by Ruth Krauss, in which a little boy ignores the naysayers around him and grows a carrot plant against all odds. "I feel that great products will get where they need to get," she says.

Next up for Kids Count Entertainment is the sequel to "Jack's House," called "Jack's Attic." "It's aimed at 6- to 11-year-olds and is more complex," says Esralew. "We'll do another album and video as well—I've got half of the next CD in my head already." As with the first wave of Kids Count products, a portion of the sales of the new releases will benefit kid-related charities. Esralew is working on a full-fledged marketing plan that will involve advertising, special events, promotions, and merchandising.

Esralew has received a number of buyout offers from large corporations but says she has no interest in selling. "No one else could handle this with the heart, sensitivity, and commitment I have," she says. "It sounds corny, but it's the real thing. I've fallen in love with what I do."

THE WHITE HOUSE

WASHINGTON

February 13, 1997


Ms. Vicki Esralew
President and Founder
Kids Count Entertainment, Inc.
Suite 205
3100 Dundee Road
Northbrook, Illinois   60062

Dear Vicki:

Thank you so much for your letter.  I'm glad that you were able to participate in the Inaugural festivities, and I appreciate your ideas on how to make the voices of our nation's children heard.  Although I do not know what my schedule will hold, I've sent a copy of your letter to my schedulers.

Children are our most precious resource and our most profound responsibility.  We have a national interest in their well-being, and my Administration remains committed to the protection and education of all our young people.  Hillary and I commend you for your active involvement in helping to put the needs of our children first.

Sincerely,

Bill Clinton



http://www.usatoday.com

**USA TODAY**

# Life

**FRIDAY,** JUNE 6, 1997

# The Family Channel Entertainment Guide



## VIDEO
### *Kids Count Workout!*

**Your Assurance of Positive Family Entertainment.**
Questions or comments?
Call 1-800-811-5399 or
Visit our Website at
http://www.famfun.com

*Kids Count Entertainment, Inc.
Ages 3 to 10
Suggested retail price $14.99*



Created especially for kids, this 30-minute workout features original music, warm-up exercises, low and high impact aerobics and cool-down stretching. It also helps children build positive body awareness and self-esteem. Performed by a diverse group of children, this video makes exercise something to enjoy. And it helps us feel good about who we are.





**THE NATION'S NEWSPAPER**

# USA TODAY

**NO. 1 IN THE USA . . . FIRST IN DAILY READERS**®

# The Family Channel Entertainment Guide



THE FAMILY CHANNEL · SEAL OF QUALITY

## CD-ROM
### *Jack's Attic*



*Kids Count Entertainment, Inc.*
*Windows and Macintosh*
*Ages 6 and up*
*Suggested retail price $39.95*

Visit a special attic filled with endless treasures, from music and puzzles to games of skill. Click on a golf bag and putt amid the pyramids. Focus your telescope and discover twinkling constellations. Find the key to Grandpa's clock and help fix the broken gears. Bang on bongos and discover the sounds of a rainforest. With constant surprises at every turn, an afternoon in this attic is time well spent.

## BOOK
### *From Grandma With Love*



*Edited by Toni Thomas*
*ALTI Publishing*
*For all ages*
*Suggested retail price $18*

In this collection of 68 real-life stories, grandmothers across the nation offer a wealth of lessons to learn from and live by. In a time when distance often separates grandparents from their grandchildren, the book focuses on true tales that teach love, responsibility and compassion. In short, they share values youngsters used to learn at Grandmother's knee. Perfect for the whole family to read on Mother's Day and all year long.

## Your Assurance of Positive Family Entertainment.
Questions or comments?
Call 1-800-811-5399 or
Visit our Website at
http://www.famfun.com

## VIDEO
### *I Love My Day School*



*EAHO Productions*
*Infant to 7*
*Suggested retail price $12.95 video,*
*$6.95 cassette*

Day care is a fact of life for many American families. Now there's a video developed specifically to send a positive message to children and parents as they prepare for day school. Footage of children playing, singing and just being children makes the case that day school is not something to fear. It's an experience that can be fun, fulfilling and educational.

## TELEVISION
### *My Life As A Dog*



*Saturdays at 7:30 p.m. E/P*
*Ages 8 and up*
*On Showtime*

Here's a TV series as charming and engaging as the Oscar-nominated 1985 foreign film of the same name. Like the movie, Showtime's new live-action series is set in an idyllic Canadian fishing village. Its wonderful coming-of-age stories follow the adventures of 11-year-old Eric, played by Michael Yarmush, who has been sent to live with his aunt and uncle. Filled with excellent sentiments and valuable messages.



**20**

*Take a moment and envision a world where kids can learn...play...grow...*
*With respect and sensitivity to the unique circumstances of their lives.*
*A world where compassion and understanding overshadow teasing and ignorance.*
*A world where friendship and community empower a better life for all.*
*Envision a world where kids count...*
*Imagine this vision...*
*Follow it where it may lead you...*
*And realize the significance that each one of us can take action to help make this wonderful vision a reality.*

## A family company committed to producing violent-free children's products.

### by Vicki Esralew

Sounds simple doesn't it? It is. I wrote this message three years ago at the start of what has become a very long, personal journey for me. Even today, as I read it, the message still rings true. "Taking a moment," as I suggest at the beginning, is what made me start a company called Kids Count. Through this company, I am fulfilling my desire to do my part to make a difference in the lives of our children. Hopefully, as I continue my efforts, I will be able to inspire all of you to do your part as well.

As parents, grandparents, brothers, sisters, aunts, uncles and teachers, we have to realize that we are all vital parts of the search for solutions to today's growing problems of violence, hate, lack of self-respect and overall negativity. It is shocking to realize just how much violence our children are exposed to at an early age. According to the National Committee to Prevent Child Abuse, the typical American child will see more than 8,000 murders and 100,000 acts of violence on television before finishing grade school. And this is only a small indication of the violence our

children are exposed to. These figures don't include what they see on their streets, in their schools and through their entertainment options.

Three years ago, when I was an advertising executive, I "took a moment" to absorb my children's environment— the environment that was helping to develop their very being, and guess what? I really didn't like what I saw. I began to notice that my three children, ages 2, 4 and 6, were acting out what they were seeing on TV. It was shocking to me that so many shows endorsed violence as the solution to problems. Whether it was the "good guy" or the "bad guy," fighting was the tool used to win. According to one published study, there are three to five violent acts per hour on prime time television and between 20 to 25 violent acts per hour during Saturday morning children's programming. Why are guns, knives and weapons so prolific in the shows our children are watching as well as the toys they are playing with? Something is very wrong. Something needs to be done. According to the American Academy of Pediatrics, children under the age of 8 cannot uniformly discriminate between "real life" and "fantasy/entertainment." They quickly learn that violence is an acceptable solution to resolving even complex problems, particularly if the aggressor is the "hero."

Our children learn to accept violent be-

havior when we buy them products that encourage it, when we let them watch violent cartoons and TV shows, and most importantly, when they see violence in their own backyards. This is our responsibility. This is why my husband and I started Kids Count. After viewing some of the software we had purchased for our children and being appalled by the violent fantasy scenarios, we knew that something needed to be done. We didn't have a lot of money but my husband and I emptied our savings and began our venture. He looked after our children while I worked in the basement. With a lot of hard work, love and commitment, our family project has begun to enter into the homes of many other families and educators.

At Kids Count, we offer parents a posi-

tive alternative to mainstream, often violent, children's entertainment. We want parents to feel good about what they're giving their children. At the same time, we want children to feel good about themselves and have lots of fun while they're playing! We also want to keep parents and children connected because they can learn so much from each other.

Now, I know what you're thinking—sure, go start your own company. But that really isn't the point. The point is that each one of us can do something positive. Starting a new children's entertainment company is just the path that I took. All that I'm saying is that you should "take a moment," examine your own set of circumstances, and try to find something positive that you can do to make a difference for your children.

"Taking a moment" could be something very little, but if we all do it, something little could become something very special. Our positive efforts are very meaningful for our kids. Your positive effect on your kids will touch all of our children...one by one. Let's give our children the best positive entertainment choices. After all, our kids count!

*Vicki Esralew, mother of three, is the founder of Kids Count.*

### Kids Count Entertainment Products:

→*Jack's House* (CD-ROM) is the perfect first computer game for kids ages 2-6.

→*Jack's Attic* (CD-ROM) is filled with unique adventures for children ages 6-adult. It's so much fun, it's like getting five games in one!

→*Kids Count Workout!* is a fitness video that helps children ages 3-10 build positive body awareness and self-esteem. (Also great for moms and dads of all ages!)

→*HOME: A Collection of Family Music* (CD/Cassette) features 13 original, inspirational and positively refreshing songs that the whole family will love singing along with.

For more information on Kids Count or to order products, call (800)KIDS-345.

NOVEmbER 4, 1<s>

# CRAIN'S

### CHICAGO BUSINESS®

NEWSPAPER

# Kids' products company pushes 'pro-social' play

**By JEFF BORDEN**



Two years after a non-violent children's computer game called "Jack's House" created a devoted following of parents and educators, a Northbrook-based entertainment company sees a rapidly growing payoff from such "pro-social" products.

Kids Count Entertainment Inc., which was launched in the base-

**Playing for cash:** *Vicki Esralew's Kids Count Entertainment has carved a niche producing videos and CDs for youngsters.*

ment of founder and President Vicki Esralew, expects a 400% increase in revenues to about $1 million this year as it branches into music and videos. And Ms. Esralew's sales projections for 1997 are far more bullish: $8 million to $10 million.

"Everything is ready to explode," says the perpetually excited 37-year-old entrepreneur. "What we're selling are products that truly make and encourage people to feel better about themselves."

In addition to "Jack's House," a CD-ROM game allowing players to do everything from design a doll house to paint a picture à la Georges Seurat, Kids Count is offering a compact disk of family-oriented songs and a children's workout video.

"What we do isn't based on market surveys. It's more like a parent feeling," says Ms. Esralew, a mother of three. "I work from the heart."

Ms. Esralew was an account executive at WGN-AM radio in 1989 when she left with plans to write a children's book. The project languished and she instead started her own advertising agency, but two events caused her to rekindle an interest in products for kids: the killing of a toddler by two 10-year-olds in Great Britain and news of an 11-year-old Iowa boy who'd been so mercilessly teased that he committed suicide.

"I didn't have the resources and I didn't have the money, but I'm a doer," says Ms. Esralew, an Evanston native and University of Illinois graduate. She wrote a short book and later produced a series of radio vignettes on social etiquette for kids before founding Kids Count in 1993.

The company now employs 12. Its products are sold in stores ranging from Zany Brainy and Noodle Kidoodle to Toys 'R' Us Inc. and Sears, Roebuck and Co. Negotiations are under way with others, including Wal-Mart Stores Inc., Target Stores Inc., Best Buy Co., Nordstrom Inc. and J. C. Penney Co., she says.

The products draw raves.

"(Kids Count) blows every other single independent software company I know out of the water," says David Denton, software specialist at Noodle Kidoodle in Wilmette. "There's a very distinct style, a homey style, that sets it apart."

Keeping retailers stocked has been a problem for Kids Count. Says Chris Borre, general manager of Zany Brainy in Northbrook, "We can't keep ('Jack's House') on the shelves. We even get calls from out of state. We could be selling out of it all the time if we had more."

In mid-December, Kids Count will release a follow-up product called "Jack's Attic," while early next year it will unveil another computer learning game—the first in a planned series of five per year.

Additionally, the firm is looking to release another exercise video and more compact disks.

# MacHome

w w w . m a c h o m e . c o m

## S o l u t i o n s   f o r   W o r k ,   P l a y   &   E d u c a t i o n

**February 1998**
**$7.95/$8.95 Canada**

## your **family** [education news]
by Carrie Shepherd



### Reviewed This Issue

**Your Family**

ClarisWorks for Kids

Curious George Learns
Phonics

GeoBee Challenge

Grade Builder Algebra I

Jack's Attic

MathQuest with Aladdin

Spy Fox in "Dry Cereal"

### Jack's Attic
⚫⚫⚫⚫ⁱ
$40 SRP, Kids Count
800-543-7345
ages six and up

There's no fear of getting bored when kids are up in Jack's Attic. Here, there are enough closets, boxes and toys to rummage in and dig through to keep young players coming back again and again.

The interactive adventure opens in a dusty attic where kids can click on an armoire to find football jerseys, cowboy hats and work boots, which they can mix to create wacky outfits. A click on a golf-club bag leads them onto a miniature golf course in the Sahara desert.

The attic is full of activities like these, where a grandfather clock, a chimney or a pair of bongo drums can lead to the next adventure. Often, CDs let you click on an image that merely flies around a bit before settling back into place — pretty boring after the first click or two. In Jack's Attic, a dusty-looking polka-dotted sewing kit, for example, reveals a coordination game once you look inside. And the game gets tougher as you get better, so you don't get bored.

But you'd best be prepared to root around awhile. These games don't come with instructions, so they can be tough to figure out. But it's fun just to look around and see what you can find. One of the best treats is finding a telescope that reveals all the constellations hidden in the stars — proving there's lots to look at from up in the attic.

— *Susan Ashworth*

BALTIMORE'S BEST NEWS FOR FAMILIES • JANUARY 1997

# BALTIMORE'S CHILD

# REVIEWS

## MUSIC
### BY VAL SMALKIN

**W**e need to thank our children for our return to innocence, for turning our minds to the positive, and for helping to create a new age in music. Never in my career do I remember so many joy filled, musically pleasing CDs and audio tapes showing up on my doorstep. And that means not only do you and I have the pleasure of listening to them, but the producers and performers had hours and hours of joy creating these treasures.

### Home
♪♪♪♪ (4 to 10)
Kids Count Entertainment, Inc. (800) kids -345. http://www.kidscount.com

**O**h, yea. Oh yea! This is a good one. Rockin' rollin', shakin', cookin', bluesin' but you and your children will understand the words. It's not abrasive, yet not sickly sweet. It's musicians enjoying themselves, singing positive songs. No preaching; and only accidental teaching.

---

**RATINGS KEY**
♪ Music and vocals are in time and on key
♪♪ And songs are positive and uplifting
♪♪♪ and songs are creative and fresh
♪♪♪♪ Mom & Dad will like it too!
♪♪♪♪♪ The tape stands out from the crowd!

---

The styles roam through folk, light rock, calypso, reggae, blues, and back again. And there are children singing who can really sing! If you get your child to fall in love with this album by the age of seven or so, you will have affected his or her musical taste, positively, for decades to come. Oh yea. Oh yea!

### Family and Friends
♪♪♪♪♪ (4 to 10)
Youngheart Music, 10701 Holder St., Cypress, CA 90630-4809 (800) 541 9904

**J**oanie Bartels just gets better and better. She's been described as bubbly, fun-filled, tuneful, sunny, imaginative, zany, crystal voiced, and magical. She's the best of pure bubble-gum pop.

### Like A Ripple on the Water
♪♪♪♪ (3 to 12)
Kim & Jerry Brodey. The Children's Group, 1400 Bayly St., #7, Pickering Ontario, Canada L1W 3R2
(905) 831-1995).

**T**ell me if I'm getting old and cranky. Here's a perfectly good children's tape, in fact, quoting Sesame Street Parents' Guide, "Rich vocals, seamless harmonies, and a lively variety of music styles make for a rousing recording." But, it appears I'm tired of children's music that intentionally sets out to build self-esteem, celebrate diversity, and expand webs of connection. Part of me cringes. Somehow it reminds me of the sort of governmental art produced in China during the 50's and 60's. I just want music to be music, and politics to be politics. But if you like a mixture, *Like A Ripple* is not a bad way to go. In fact if you teach, get it.◊

Next month: the return of Raffi!

The Orlando Sentinel

The best newspaper in Florida

SATURDAY, June 21, 1997

© 1997 Sentinel Communications Company

## Jack's Attic helps kids learn, have fun

**K**ids Count Software lists a tongue-in-cheek warning on the cover of its new educational software title, Jack's Attic: "This game may result in entirely too much fun."

There will be no argument here.



**BARRY COOPER**
COMPUTERS

Jack's Attic is one of the best pieces of educational software to cross my desk this year. It educates kids by entertaining them.

Math, problem-solving and other skills are taught through interactive games that will keep kids ages 6 and up busy for hours.

You get the feeling you're in for something special when spotting another disclaimer on the front: "No violence, no bad guys."

That's something most parents can appreciate. Give a child math prob-

### Computer Q&A: E-8

lems or reading exercises on a floppy disk and you may generate more frowns than smiles. Working through bland multiplication tables is too much like homework.

Jack's Attic makes learning more pleasant by using the full multimedia capabilities of CD-ROM. Vivid colors, music and sound lure kids into some compelling stories and activities, ranging from managing a small farm to running a pizzeria. Along the way, basic educational skills are taught.

On the Internet and in stores, kids are spending a lot of time looking for games offering gore and violence, because that's what their friends are playing. The shoot-'em-up games may be relatively harmless, but they shouldn't overshadow G-rated educational titles like Jack's Attic.

Unfortunately, computer stores have limited space for software and generally want only the latest, greatest titles that kids are asking for. That usually means plenty of action games with a lot of punching, kicking and shooting.

You won't find any of that in Jack's Attic, but Kids Count founder Vicki Esralew hopes you give her software a chance.

An outstanding title last year by Kids Count, Jack's House, was distributed only to stores in Illinois. By Christmas, Esralew is hoping Jack's Attic will be available everywhere, thanks to some major courting of large chains.

For now, it can be ordered for $39.95 by calling 1-800-543-7345. It's available for Macintosh and IBM. It stands apart from other kids' titles because of Esralew's dogged determination to keep her company's software wholesome. She was shopping for software for her children three years ago and spotted far too many titles with violence and gore as their theme.

She quit her job as an advertising executive and convinced her husband that they should pour their life's savings into Kids Count.

# The San Diego

*Tuesday*

# Union-Tribune.

*December 31, 1996*

## FamilyLink

# Child can visit 'Jack's House' or play with Putt-Putt for hours

**By JANE CLIFFORD**

So, Santa brought you that new computer. Now, it's time to think about software. Yes, there's a ton of it out there, and, no, it's not cheap. If you have preschoolers and don't know what to begin buying, here's a look at a few programs for that age group.

**"Jack's House" (Kids Count Entertainment, 800-KIDS-345, ages 2 to 8, Win/Mac CD-ROM, $40)**

This program is a total delight. Expect surprises at every click of the mouse. Also expect the little ones to learn a lot and have fun at the same time.



The opening screen is the front of Jack's house. Kids can wander around the yard, stopping at the pond, the hedge and the fence. Climb up on the roof, check out that tree and the playground over there. And that field out back is interesting, too.

Stumble over the bag of vegetables and you'll find yourself in the garden where you can plant, water and harvest your own little plot.

Of course, you want to go into the house (try the windows after you try the door). In Jack's room, kids will find an abundance of clickable "hot spots," each with audible rewards. Some will lead the kids to other activities (be sure and try ALL the rocket ships in the wallpaper border to find a "stellar" activity). A radio in the corner plays a nice theme song, the blocks stack up as Jack counts them, the globe is a real "trip" and the sock on the floor hops into the open drawer for a welcome lesson in cleaning up.

Kids who click on the color book go to a new screen for coloring their own pictures. (I had trouble at first changing crayon colors until I realized the tip of the old crayon must touch the new crayon you want to use.)

A visit to baby sister Robin's room is a real treat for the youngest users. The toys all do tricks of one sort or another, the mobile and crib play familiar melodies and the moon will make even mom and dad sleepy. Speaking of Dad, he says something very sweet to the baby and rocks her, too, if you click in the right place.

Kids will find the really wonderful activity in this room by paying attention to those little people on the braided rug. Let's just say that decorating a room has never been so much fun and, by doing it on the computer, maybe they won't bug you to try such wild and wacky combinations outside this virtual world.

One thing kids will do is play for hours in this peaceful world designed by Vicki Esralew, a Chicago mom, who wanted to create an easy-to-navigate, entertaining, educational product for children. She has accomplished her goal, which she named after her own son Jack, now 5 years old.

This product, sold in Sears and through the 800 number above, has been a hit, despite being sold exclusively by word-of-mouth. Esralew was encouraged enough by its success to begin work on a second CD-ROM, coming out early next year, called "Jack's Attic." This one, Esralew says, is for ages 6 and older and uses the same pleasant approach to challenge older computer users.

**"Putt-Putt and Pep's Balloon-O-Rama" and "Putt-Putt and Pep's Dog on a Stick" (Humongous Entertainment, 800-499-8386, ages 3 to 8, Win/Mac CD-ROM, $15)**

These two programs are Humongous' answer to arcade games for the very young. They are two of the programs in the "Junior Arcade" series, featuring Freddi Fish and friends.

The games are fun, challenging enough for the age range and, unlike those in the blast-'em, shoot-em-to-smithereens category, these are harmless. Kids go through accelerating levels, helping Pep (a dog) pop balloons in one and bounce on bones with a pogo stick in the other.

The only thing to keep in mind is that they are relatively mindless diversions — and difficult to tear yourself away from — so if you have trouble limiting your youngsters' time on the computer, these games could only make that more difficult.

■ *Jane Clifford is Family Ties Editor at the Union-Tribune.*

# The Kids Count Story:
# A True Labor of Love

BY STEVEN ANZOVIN

NORTHBROOK, IL — Vicki Esralew says "I only do stuff I'm passionate about." Which explains how this 36-year-old mother of three hardly missed a beat when she went into labor while finishing up her company's first software project. "We were working on it as I timed my contractions."

Esralew started Kids Count Entertainment to counter what she saw as a bombardment of "aggressive, even violent, media voices." She must have struck a nerve. Her first product, a low-budget totware CD-ROM called *Jack's House*, has generated a surprising amount of industry buzz. A sequel, *Jack's Attic*, is due out in March.

"Children today face challenges we never dreamed of," Esralew says. "The essential messages of life — the importance of love and family and how to use them as a base of support during life's difficulties — become lost."

*Jack's House*, aimed at kids 2 and up, is based on Esralew's own house and her son Jack.



*Jack's House, a surprise debut title from Kids Count, is modeled on creator Vicki Esralew's own house and her son Jack.*

to reduce teasing, increase compassion, strengthen the social fabric. In the Kids Count spots, we show that it's OK to be sad and OK to be scared, it's part of being a person."

At the same time, she became aware of kids software and didn't like what she saw. "I wasn't happy with the supposedly kid-positive games available at the time. So my husband and I decided to create a game. We really hoped to change the face of software."



*Inside Jack's House, children find a warm and friendly environment. Esralew believes that kids can feel the love that went into creating the software.*

Apple saw an early version of the program and offered Kids Count a featured booth in the Apple Pavilion at last August's MacWorld Expo Boston. That exposure led in turn to a number of buyout offers, all of which Esralew has refused. "This is my baby," she says. "I just have to do this from my heart."

Having virtually no funding hasn't prevented Kids Count, which now has eight employees, from tapping into a respectable retail network that includes Electronics Boutique, Hills Brothers, Noodle Kadoddle, Zany Brainy, and Sears. A boutique firm, VLM Entertainment Chicago, handles Kids Count's retail distribution. "We went with a small and new distributor because I felt more comfortable with them. They really believe that *Jack's House* is not just another SKU number."

The sequel, *Jack's Attic*, represents a jump in detail and warmth, says Esralew. "The idea is to show the value in older things. For example, in the attic there's an old set of golf clubs. You click on them and get a miniature golf course that features famous landmarks from around the world."

Esralew's ambitions don't stop at software — she's on her way to creating a mini-entertainment empire. A recording of a Kids Count music CD entitled "Home" is just out, and a Kids Count workout video is in production. Shot at the Chicago Children's Museum, the video uses a mix of live action and claymation to, as Esralew says, "help kids get in touch with who they are, in a fun way." Esralew has also designed a Kids Count display rack that will hold all the various media.

But, she emphasizes, Kids Count is all about having a conscience, not about making money. "I only do stuff I'm passionate about. It grows as I grow." ◆



*"We had a lot of heart and no money," says Vicki Esralew, who started Kids Count in her basement.*

The game offers the hot spots and embedded games and activities common in other totware titles, but differs from most in its gentle tone and emphasis on a nurturing, friendly environment without explosions or bizarre aliens.

That's in keeping with the rest of Esralew's career, which has largely been dedicated to promoting positive, uplifting messages. For several years she's been creating "good news" pieces for radio syndication. Moved by media accounts of the teasing and resultant suicide of an 11-year-old boy, she began a series of upbeat vignettes on kid-related social etiquette she called "Kids Count."

"I believe in the copycat effect," Esralew says. "I'd love

> *"I wasn't happy with the supposedly kid-positive games available at the time. So my husband and I decided to create a game. We really hoped to change the face of software."*
> — Vicki Esralew

Esralew started Kids Count in her basement, recruiting a team of programmers, animators, and artists from the Chicago environs and paying for the enterprise with the profits from her advertising business. "We had a lot of heart and no money. People said we'd never get shelf-space, but I didn't think about that — all I pictured was little faces in front of the computer playing *Jack's House*."

When her house flooded, Esralew even made that part of the game. She firmly believes that kids notice the detail and can feel the love that went into the project.

# Chicago Tribune

Chicago Tribune, Friday, August 18, 1995     Section 7     57     Friday

## The 'House' that Mom built

**By Dennis Lynch**
SPECIAL TO THE TRIBUNE

Many parents have complained about overly violent computer games for children, but Vicki Esralew, a 36-year-old Northbrook mother of three, actually did something about it: She started her own educational software company.

The company, Kids Count Entertainment, recently released its first program, Jack's House, a learning game aimed at children ages 2-8. The company's genesis came a couple of years ago when Esralew purchased some equipment for the advertising agency she runs from her finished basement. When Esralew loaded some software for her children to use on the system, she was appalled by the violence, "non-purposeful silliness and loud noises."

"Jack's House was built out of need," Esralew says. "I wanted positive, nurturing software for my kids to use."

Though Esralew lacked any extensive computer experience, she nonetheless decided to design an educational software product. The finished product is a colorful and easy-to-use program centering on a cute little blond-haired boy named Jack.

The program offers three

main settings: the front yard, Jack's bedroom and the room of his baby sister, Robin. In exploring these areas (which is done by simple mouse clicks), children get to experience a variety of activities, such as coloring dinosaurs, singing songs, reading a storybook, and learning about the alphabet and the solar system.

The program lacks some of the flashy features of other children's software, and there are no bad guys to beat up or kill and no evil opponents to outscore. Esralew says all this was a conscious design choice.

"We designed Jack's House to provide children with a positive first experience with computers in a nurturing environment."

As a result, the program has a simple, quiet, peaceful feel.

Esralew plans for Jack's House to be the first of a series of kinder, gender programs that she calls "Softiware"—that is, software that offers positive images and messages for children.

"Children today face enormous challenges," she says. "They are technologically more advanced than previous generations. At the same time they are bombarded with a multitude of media voices that are too often aggressive, if not violent. The essential messages of life—the importance of love and family and how to use



Jack's House, a learning game aimed at children ages 2-8, "was built out of need."

them as a base of support during life's difficulties—become lost."

Though Esralew is relatively new to computers, she's no stranger to the cause of children and of teen suicide. A few ago, disturbed by the accounts of children killing children and of teen suicide, Esralew told her husband, "We have to do something to keep these things from happening to other children."

She then composed a series of vignettes for radio to promote family values. The spots are simple but effective: In one, a boy says, "It makes me feel good when my mom and dad say they love me for no reason at all." In another, families are encouraged to have "good-news-only dinners." Today the spots are syndicated on over 50 radio stations.

Likewise, Esralew sees Kids

Count Entertainment as a vehicle to promote "strong, positive self-images for children" in a software market dominated by programs such as Doom and Mortal Kombat III, where mayhem and graphic violence rule. In that world, a program like Jack's House is a refreshing breath of air.

"It might sound old-fashioned," Esralew says, "but I believe that if kids feel good about themselves and the world they live in, they will respond by making positive choices and show lifelong compassion to

others."

Though Esralew's accomplishments might seem remarkable, she says, "I'm just a mom. Like any mom, I just want to help make the world a better place for children."

Jack's House is available for both PC and Macintosh platforms for $39.95; to order, call 800-KIDS-345. A portion of sales will be contributed to socially responsible programs designed to protect the well-being of children.

*Dennis Lynch's email address is DennyLynch@aol.com*



SNES • NINTENDO 64 • GENESIS • SATURN • PLAYSTATION • 3DO • MAC/PC CD-ROM • ARCADE • INTERNET • M2

# VIDEOGAME ADVISOR

**PLAYERS INC**

*The Newspaper of the Interactive Gaming Industry*

August 1997

Vol. 3, Issue #8

## Jack's Attic





**Format:** Hybrid CD-ROM
**Genre:** Edutainment
**Available:** Now
**MSRP:** N/A
**VGA Rating:** B
**Written By:** Adam Ellsworth

To many kids, the attic is just a down-right dark and scary place, but Jack's Attic provides a wealth of entertainment and learning. Developed by Kids Count Entertainment, publishers of games known for sending a positive message to kids, Jack's Attic is the followup of the Award-winning Jack's House. Jack's Attic is a point-and-click adventure which provides kids with a huge multimedia experience, filled with surprises.

While poking around Jack's Attic, kids will find a number of games and activities that will keep them busy for hours. Almost everything within the attic reacts in some way when clicked on. The games in the attic are very simple and entertaining, so kids can pick them up quickly, but they

teach as well. Children can play golf around the world, learn about geography, or identify constellations with a telescope. In addition, kids can help build a railroad, write music in a rainforest, or even go on their own archeological dig. Kids can also poke around a desk where they're able to rifle through the drawers and use everything they find in some way. There are so many things in Jack's attic to be discovered, with 150 MB worth of games, kids will be busy with this title for hours.

Even when kids find all the surprises, which will take awhile, most of them are so addicting that they can be played over and over again. It's directed at children age 6 and up, but even I couldn't stop playing some of

the games. Kids Count believes that kid's games don't need monsters or gore in order to entertain their audience, and make sure that their games give a positive image to kids, while being fun and educational at the same time. Jack's Attic is packed with fun activities which subtly offer a fantastic learning experience as well, all without a monster in sight. Jack's House has received very well, and Jack's Attic should be no different.

***The Bottom Line:*** Kids Count games have been met with much enthusiasm for their non-violent and educational elements. Be sure to keep at least an average amount of this title in stock, or even more depending on how big your multimedia sales are. **VGA**



**Memorandum**

Marie Ellis,
Instructional Technology Resource Teacher
Kenosha Unified School District No. 1
Instructional Media Center
3500 - 52nd Street
Kenosha, Wisconsin   53144
414 - 657 - 7622

**TO:**      Vicki Esralew,
              KIDS COUNT

**FROM:**   Marie Ellis

**RE:**      Jack's Attic

**DATE:**    10/21/97

Congratulations on creating the most incredible piece of software I've had ever seen. Jack's Attic has everything that fits today's learning and teaching styles.  Today's students are growing up in a multimedia environment and the Attic capitalizes on it. Not only does it appeal visually, but also through sound and object manipulation.  And talk about critical thinking...the Attic is truly constructivist in approach, taking what students know and utilizing it in real problem solving situations with challenge and motivation along the way!

Finally, someone has gone beyond getting "cute" on the screen and put the real "content" of learning in a program at the same time. Every minute is learning time. Study after study on brain compatible learning states that the best results for learning come from "puzzle" or problem type situations.  Kids will stay on task and engaged longer when the task is challenging, but accomplishable.

Coming from a technology rich district, I can honestly say that you have really gotten it right...you've integrated the curriculum areas, given kids the opportunity to use their knowledge, extend it, and refine it in a very comfortable environment.

How good is it?  I couldn't get my college age kids away from the computer on a Saturday night.  Grown kids hanging around the computer instead of heading out...

Hats off to you!!!!!!!

*Marie Ellis*

# LIFE&STYLE

## Los Angeles Times

1/28/96

# Video Fun Without the Monsters and Guns

**By LYNN SIMROSS**
SPECIAL TO THE TIMES



Vicki Esralew is a mom with a mission—to create computer and video products for children that aren't "violent, silly or aggressive."

To that end, in 1993 Esralew and her husband, Bob Aren, started their own educational software company, Kids Count Entertainment. Its first product, "Jack's House," is a kid-friendly computer game in which children 2 through 8 can learn the alphabet, explore the solar system, color dinosaurs, plant a vegetable garden and decorate a dollhouse.

There's not a monster to slay or a bad guy to fear anywhere in "Jack's House," which is based upon the couple's own two-story house in a Chicago suburb and named for their oldest son Jack, 4. They also have two younger children.

"Jack's House" has received raves from software reviewers and, according to Esralew, "wonderful responses from parents."



It made its national debut March 1 in the children's departments of Sears stores, and is also available in many computer stores.

"Children today face challenges we never dreamed of," Esralew said. "This is all about teaching values—the importance of love and family and how to use them as a base of support during life's difficulties—

that are lost today. I believe if you hear good things, see good things, it can inspire you to do good things."

Esralew and Aren have poured their "life savings and hearts," as Esralew puts it, into Kids Count and now have also have produced "Home," a 13-song collection of original music that's available on cassette or CD. Their newest launch is the "Kids Count Workout" exercise video for children 3 through 10.

Esralew hopes the workout tape "offers an active alternative for children who get home from school, grab a snack and plop themselves in front of the television set." Routines were choreographed by a physiologist and are performed by seven children and two adults.

Esralew didn't want to use actors, so she held an audition at Northwestern University for area children who wanted to try out. About 300 showed up, she said. "And we had to cut that whole bunch to nine." The workout video was filmed at the Children's Museum in Chicago and features

seven original songs.

A former advertising executive, Esralew ran Kids Count from home until last year. The company now has an office, eight employees and a World Wide Web site: http://www.kidscount.com.

Next up will be "Jack's Attic," due in October. This game, for kids 6 through 12, will teach children "the value of old things around the house, that things have value and history," Esralew said.

Kids playing "Jack's Attic" will discover a set of old golf clubs. With a click of the mouse, a child gets a nine-hole miniature golf course that features landmarks from around the world—the Great Wall of China, Stonehenge, an Inca temple, the Eiffel Tower, Mount Rushmore. In an old wooden desk is a fountain pen and the child gets to see how it works. The telescope in the desk leads to a trip into space to see stars and learn about constellations.

"What I'm doing here," Esralew said, "is using modern technology to teach about things that have been around for centuries."

## RESOLUTION

Sponsored by

### THE HONORABLE JOSEPH MARIO MORENO,

### COUNTY COMMISSIONER

WHEREAS, children today are exposed all to often to violence and negative imagery portrayed on television programs, popular songs, and computer and video games; and

WHEREAS, parents are constantly searching for positive entertainment that actually educates their children while in front of the television or home computer; and

WHEREAS, Vicki Esralew, the mother of three young children, set out to fulfill this need by founding Kids Count Entertainment, Inc., a forward-thinking company that encourages creative thinking and physical awareness through educational software, music and exercise videos for children; and

WHEREAS, founded in 1993, Northbrook-based Kids Count Entertainment produces merchandise designed to empower and enlighten today's youth, without gratuitous violence to retain their attention, but rather by informing them about the world around them; and

WHEREAS, the success of Kids Count Entertainment is proof that millions share Vicki Esralew's concepts for children and their parents to learn about their world in a way that breeds leadership and understanding instead of aggression and complacency; and

WHEREAS, Kids Count Entertainment's award-winning products have captured the attention of nation-wide retailers; children, parents, and grandparents across the country; children's advocacy groups; and the Clinton Administration, where it performed at the President's Inaugural Celebration this past January; and

WHEREAS, Vicki Esralew and her husband have definitely helped millions of parents across the U.S. find that one gold nugget amongst the proliferation of violent, mind-numbing entertainment products filling store shelves.

NOW THEREFORE BE IT RESOLVED, that the Board of Commissioners of Cook County does hereby congratulate Vicki Esralew and Kids Count Entertainment for her work in developing educational children's products, and that it designate the week of August 24 to 30 as "Kids Count Week" in Cook County; and

BE IT FURTHER RESOLVED, that this text be spread upon the official proceedings of this Honorable Body, and a suitable copy of same be presented Ms. Esralew as a token of the honor bestowed upon her.

Approved and adopted this 5th day of August, 1997.


_____
JOSEPH MARIO MORENO
Commissioner, 7th District

_____
JOHN H. STROGER, JR., President
Cook County Board of Commissioners



**THE SAN DIEGO UNION-TRIBUNE • TUESDAY, SEPTEMBER 9, 1997**

# FamilyLink

# A good, fun family game with hidden surprises everywhere

**By JANE CLIFFORD**

The kids are back to the books, but if you're looking for a worthwhile way for them to kick back and relax, then send them to "Jack's Attic."

Anyone who's been to "Jack's House" will want to explore further by walking into this room filled with the promise of fun.

One word of caution to parents who plan to help their children with this program: Read the book. I wandered around aimlessly in the main screen, trying to find my way to things and, at times, became frustrated.

Naturally, my kids had no problem, and yours won't either; but if you anticipate being called on for help, it's best to be prepared for the journey.

And what a journey it is. Once you're ready to begin, click anywhere. You can't be disappointed. Some items are simple animations for momentary entertainment. Others take you to a broad variety of activities that will challenge and entertain users.

I found out the hard way that, if you want an overview of what is ahead, the first stop should be the brick wall, where Jack will tell you all about his attic. The symbols will help you find your way to specific activities, though there really is no right or wrong way to go.

Then be prepared to spend hours playing games, doing math, learning about fossils, making pizza, playing dress-up games that lead to other games, and learning quite a lot.

This is a richly detailed CD-ROM with level after level of play. For example, click on the desk and it zooms in to fill the whole screen; click on each drawer



**EDUTAINMENT**

**"Jack's Attic"**
*Kids Count, (800) KIDS-345, Windows / Macintosh CD-ROM, ages 6 and up, $39.95*

★★★★

you see, then click again because the team that built "Jack's Attic" has hidden surprises everywhere.

This space isn't big enough to tell you (nor would I want to spoil the fun) about everything this CD promises. But here are a few of my favorites.

## It's a Whole New Ballgame

You can choose the speed at which the ball will roll across the game board, but be careful not to let it roll off. The object here is to size up the figures on the board and use directional arrows to make sure the ba hits each one without rolling off. The more direct a route you take, the fewer arrows you use and the mo points you collect. Get 15 to win the game. Very challenging. Very good for thinking skills. And anyone wh lived through the '70s will get a chuckle at the end.

## The Rhythm of the Rainforest

Another good exercise for brains young and old, wi the added value of some music appreciation. The screen is filled with instruments and the goal is to follow the leader. Sounds play and then you play them back. A new sound is added each time you respond co rectly. Lots of fun and lots of laughs if you play with ar other person.

## Explore the Armoire

It's more than a closet, as the game promises. It's simple enough: dress Jack in the right piece of clothin; to complete an outfit by theme. It may sound a little confusing, but don't worry, you'll know when you've done it right. And, with more than one of the outfits, dressing him correctly will take you on to further adventures.

Many times, there are verbal prompts, making it easier for young children to go on their own. But, in keeping with the spirit of the company that created it, "Jack's Attic" is a good family game. Sit together and enjoy it.

The company *is* Vicki Esralew, a mom looking for nonviolent games for her own children. She's the hear behind Kids Count, which is growing slowly and surely by fulfilling its mandate to provide good clean fun for a children.

"Jack's Attic" is the latest in a line of products with a positive spin. Hats off to her and her team for a wonderfully creative program, full of humor, challenge, learning and meaningful play for children and adults.

■ *Jane Clifford is Family Ties editor at the Union-Tribune.*



September 27, 1996

Leslie Quint
c/o Oak Valley School
1705 Richards St.
Joliet, IL 60435
(815) 727-2359

Dear Ms. Esralew,

My name is Leslie Quint. I am a teacher of elementary-aged children with emotional disorders. I recently purchased the CD, "home: volume one" at Sears. I love all of the songs and I am impressed with the messages that they convey. I started my school year off by teaching the song, "I Feel Good", to my students. It was the PERFECT song to motivate them and encourage a positive attitude! Now, whenever we're having a difficult time getting started in the morning, I put on that song and we're READY TO GO! I have even heard the students singing that song during recess and other unstructured times!

As a teacher, I am always planning ahead. My assistant heard the song, "What Can I Give Away Today?", and thought that it would be an ideal song to sing during the winter holidays. I try to teach my students the value of GIVING, and their focus during the holidays is usually on GETTING! I plan on bringing them to a nursing home to sing holiday songs and create crafts with the residents. I would love to add this song to our program, which is why I am writing to you!

I would really like to have a copy of the song, "What Can I Give Away Today", that does not have lyrics. My students could learn to sing the song along with Brandon Stewart, and then once they've mastered the lyrics, THEY can be the vocalists! I could also use the instrumental version for our holiday performances. Please let me know IF and HOW I can obtain the instrumental version of this song and possibly the other songs on your "home: volume one" CD.

I appreciate the mission your company has undertaken. I am interested in other Kids Count products and in helping promote your company in any way that I can! I look forward to hearing from you soon!

Thank You,

Leslie Quint





Congratulations!

Your product has now been awarded one of the most prestigious awards given in the computing industry. You have demonstrated your ability to develop a product that stands above your competition and is an example of excellence in computing.

The FamilyPC FamilyTested Recommended Award is given based on the results of our FamilyTesting program, which tests and rates computer products for families. Each month, this award is given to the best of breed hardware and software products, as well as web sites and is featured in the magazine.

Products are tested in the most realistic lab setting possible, the homes of real computing families. At FamilyPC, we have more than 4,000 FamilyTesters nationwide. Our testers include parents, children and educators so that we include the broadest and most appropriate input when testing each product. The FamilyTested program is maintained and conducted by Digital Research, Inc., an independent research firm located in Kennebunk, ME.

FamilyTested products are evaluated and rated on several criteria, including fun, ease-of-use, replay, educational benefits and features. The winning products exhibit a rare combination of all of these components, setting them apart from other products in their categories.

*This certifies that*

**Kids Count Entertainment**

*has been recognized as a recipient of
The National Parenting Center's Seal of Approval
for the Fall 1997 testing period.*



David Katzner – President

*August 11, 1997*

Date

## Jack's Attic

Providing an assortment of games and activities in an interactive setting, (namely Jack's upstairs attic) this software is an entertaining bundle of fun. Our child testers were captivated by all the places there were to explore and discover in the attic, which is a treasure trove of sights, sounds and games. Some of the activities pose real challenges that will have you scratching your head, while others are lighter and easier to play. There is an emphasis here to keep the games void of any violence and our parent testers let us know that they appreciated the effort.

*This certifies that*

**Kids Count Entertainment**

*has been recognized as a recipient of*

*The National Parenting Center's Seal of Approval*

*for the Fall 1997 testing period.*



The National
Parenting Center

Seal of Approval
1997

David Katzner - President

*August 11, 1997*

Date

## Kids Count Workout

This fun family exercise video will have the whole family stretching, jumping and working out together. Our testers appreciated the easy-going approach that the Kids Count Workout utilizes. Two lead instructors are backed up by a strong supporting cast of enthusiastic children. Together they lead parents and their kids through warm-ups, stretches, and a variety of aerobic exercises. The music is lively and up beat, making the exercise a rhythmic experience that is easy to move along with.

# Marketing Plan

## Overall Marketing Strategy

In the start-up phase, Kids Count focused on developing a portfolio of quality products, building brand awareness through word of mouth and limited pr activities and selling through a select group of retailers. Having validated the company positioning and having introduced a unique product set, Kids Count has established a scaleable business platform. The marketing strategy is to use the advantages of direct selling to continually refine our understanding of segments we can serve profitably as we drive sales. The Company will strategically develop the business by initially generating strong sales and awareness through direct marketing channels, then pulling the product lines through at retail. In essence, we will be following in the footsteps of one of today's most successful children's entertainment products, Barney.

Kids Count's marketing plan is driven by three overlapping strategies that will allow us to continue to scale the business without sacrificing product quality or our underlying mission.

- Expand brand and scale business via direct sales model

- Strategically expand into selected retail outlets and drive web-based sales using customer information from direct sales to more finely target profitable sub-segments

- Leverage brand equity and domestic base to expand internationally and establish product licensing arrangements

## Direct Business Model

A direct business model carries with it several key advantages. First, it allows Kids Count to bypass the cash and inventory intensive retail channel. Little to no cash will be tied up in cooperative advertising allowances or dedicated to large sales forces. Second, the direct model allows Kids Count to eliminate reseller's markup and the costs and risks associated with carrying large inventories of finished goods.

More strategically, however, the direct model enables Kids Count to establish a direct relationship with the customer. This relationship creates valuable information -- demographics, purchase behavior, consumer preferences -- that will not be filtered through middlemen. Coupled with sophisticated database marketing and data mining techniques, this information will allow the Company to continually refine its customer segmentation schemes, validate the effectiveness of its marketing communications, and focus its product development on addressing emerging customer needs.

## Strategically Expand into Selected Retail and Drive Web-Based Sales

As the Company continues to build brand awareness, Kids Count will strategically target retail channels based on the effectiveness of the channel in reaching our targeted segments. Additionally, a concentrated effort will be directed toward driving web-based sales and service. Sales in this vast growing market provides direct communication with our audience while electronically delivering products, thereby eliminating cost of goods. Building this Direct marketing will continue to ensure a low cost of sale and inventory risk and, most importantly, will allow us to further refine our segmentation as our base grows. Our direct marketing strategies

11/05/98

focus on the *quality* of customer we acquire -- as defined by economic value, propensity to make follow-on purchases, alignment with our company mission and childrens' issues -- as opposed to *quantity*, which will be driven by our retail marketing programs.

## Leverage Brand Equity and Domestic Base to Expand Internationally, license characters

Kids Count plans to begin addressing the international market with the launch of two in-language products during 1999. The learning achieved from these two new product introductions will inform the Company's understanding of the economics associated with international markets and will be the basis for extending its addressable market accordingly.

Concurrently, Kids Count has established a line of compelling characters that can easily be "repackaged" through product licensing arrangements. The potential for licensed product lines is magnified by the exposure provided by television. Kids Count's ability to leverage product licensing will turn once a deal is cut with a television media partner. It is important to note that sales numbers in the plan do not reflect this contingency and will prove to be dramatically understated when television programming is secured.

## Segmentation and Positioning

The Company's segmentation approach is to "de-average" the addressable market, establish the most profitable consumer sub-segments, and develop innovative, quality products that fulfill its mission. By definition, the Company's segmentation is needs-based, evolves from our its' mission, and flows directly from its' positioning:

> To families and educators that are dedicated to meeting the mental, emotional and physical developmental needs of children, Kids Count is the brand that blends education with entertainment to provide discovery and learning experiences that addresses children's needs without the use of violent images or combative messages.

## Existing Programs

The proliferation of children's edutainment across numerous trade channels has allowed Kids Count to hone its customer segmentation schemes and determine the most effective distribution strategy. The company first concentrated on direct distribution, building brand awareness, and selling through a handpicked group of retailers. The successful elements of this strategy form the tactical element of our Marketing Plan. These include:

## Retailers

Kids Count pursued a targeted retail strategy during its start up period and experienced a great deal of success. This was especially satisfying since traditional cooperative advertising allowances and large sales forces were not part of Kids Count's tactics. Children's software buyers at Sears and Zany Brainy were immediately captivated by Vicki's passion. They were equally impressed by the superior Kids Count CD-ROM's, interactive videos, and music, which led to initial and subsequent purchase orders. Additional retail distribution will be strategically layered in once strong sales and brand-building are established on DRTV.

11/05/98

## Toy Distributors

*Discovery Toys*: This company's catalogs are distributed nationwide through more than 35,000 educators and educational consultants to about 500,000 consumers at home workshops, parties and software fairs. *Jack's Attic* CD-ROM is currently being featured in the spring, 1998, edition. In addition, *Jack's Attic* was awarded Discovery Toys' 5 Star Discovery Quest award. Being honored with this award not only means that the product surpasses their standards of excellence, it entitles the products to be featured in a special promotional video, at all educational conferences and in other marketing efforts developed by Discovery Quest. Since two months after introduction, *Jack's Attic* was (and still is) the number one selling title. Competitors include Humongous Entertainment, Learning Company, Davidson, Edmark, and Broderbund. "Jack's Attic" has just been invited to participate in a nationwide program whereby each Discovery Toys educational consultant will purchase "Jack's Attic" to personally showcase at each party. The purchase order for January is 6,000 units.

## Software/Hardware Alliances

*Gateway 2000*: Gateway 2000 is one of the premier PC manufacturers in the world, with $6.5 billion in sales in 1997. Kids Count began a bundling arrangement in October, 1997. Featured in Gateway's most prestigious children's bundle to date, Kids Count is among the industry's best sellers such as Barbie, Elmo and Sesame Street.

*Interactive Kids*: Interactive Kids is a CD-ROM club created by Grolier Direct Marketing, the leading distributor of preschool and elementary level children's book clubs in the U.S. They enroll more than 2 million new customer families each year and maintain an active house file of more than 5 million families. This interactive club was initially tested last year with great enthusiasm and has a current membership of 150,000 with an additional 200,000 expected to join in 1998. Through this club, Grolier distributes the industry's very best including titles from Davidson, Creative Wonders, Edmark, Knowledge Adventure, and Simon & Schuster. Now, they've selected *Jack's Attic* CD-ROM to be featured in their 1998 mailings. In addition, they have expressed interest in carrying the *Spuzzle* line of games.

## Mailer-Inserts

*Edvance Mastercard*: The Advanta Corporation, a leading credit card and financial services company with over 6 million cardholders, is introducing a new credit card marketed toward families with children under 6 years old. Cardholders will receive special inserts that entitle them to purchase unique children's products. *Jack's House* CD-ROM will be included in a mid-year 1999 mailer.

*Triaminic Parents Club*: The manufacturers of Triaminic cough syrup produce a special offer catalog that is distributed to approximately 2 million households. *Kids Count Workout!* was featured in their 1st quarter, 1998 catalog. The company sold out of its initial order during the first month and tripled the order for March. *Kids Count Workout!* sales outsold Sesame Street's ABC video, 2 to 1.

These contracts are just a springboard to a myriad of target-opportunities to reach children and families that will be pursued in 1999.

11/05/98

## New Programs

Since it's launch in 1996, Kids Count has been successful in building brand awareness and product interest through small scale PR. With no advertising expenditure to date, the company has been able to secure two retail partners and a number of strategic alliances over the past few years. The capital raised through this offering will fund a professional, national media campaign designed to dramatically increase sales.

Two national leaders in direct television marketing have submitted proposals to increase awareness and boost sales of Kids Count's products. These firms envision that cost efficient targeting of Kids Count's core customers will take place through Direct TV. One such recommendation, details a direct response investment of $4.1 million in a twelve month period is expected to yield $12.4 million in total revenue, with net profits of more than $5 million by year-end. On a smaller scale, a recommendation of spending $310,000 in one quarter expects to yield $2.4 million in total revenue for that quarter. An illustration of the cost-per-lead, revenues and profits of this plan is included in the appendix. A significant share of the capital requirements for Kids Count is devoted to an aggressive media campaign similar to the one highlighted in the appendix.

Kids Count recently entered into an agreement with NAC Marketing Company to sell our complete family of products on radio informercials. NAC Marketing features a select group of unique products in the area of health, self help, financial and innovative retail products. They place radio informercials on over 350 stations nationwide, distribute over 80,000 direct mail pieces each month and handle everything from order processing to product fullfilment. NAC's volume averages between 5,000 – 40,000 units per product per month. After careful testing of Kids Count products, NAC has asked Vicki to be the "spokesmom" for quality, healthy products for children and families. The show is being taped Tuesday, November 10, 1998 and will begin airing the week of November 16. NAC's goal is to sell 10,000 Kids Count packages per month at a $139.99 price point. NAC's mark-up is 5 times. Kids Count's share will be approximately $28 per package plus 2.75% of gross sales, less shipping and handling. This deal has just been solidified and is not reflected in our projections.

## Public Relations and Advertising Strategy

An important aspect of Kids Count is the heartfelt mission that is embodied in the content of the invigorating products. One of Kids Count's competitive advantages is Vicki as a credible spokesmom. Her radiant personality shines through radio, TV and newspaper stories. (SEE ACCOMPANYING NEWS CLIPS VIDEO TAPE.) Vicki's genuine appeal and verifiable impact on sales shape the proportion of the Company's public relations initiatives versus advertising expenditures. While other toy makers need to spend considerable sums to break through the advertising clutter, Kids Count has already been successful in gaining tremendous exposure through Vicki's good will and sincere message. Kids Count's track record of impressive (and free) PR reduces some of the need for traditional advertising. The QVC segments have proven to be magnificent opportunities to educate customers without costly advertising campaigns.

11/05/98

Kids Count will hire an experienced public relations firm to manage its PR strategy. This strategy will target two main types of coverage:

1. Vicki and the Kids Count story
2. A focus on each product as it is released

Both will include product awards, reviews and endorsements.

Following is an outline of the media outlets we will pursue:

## Vicki

- Write by-line articles for popular parenting publications, i.e. Child, Family Fun, Family PC, Our Kids Magazine, Parent's Digest, Play Magazine, and Working Mother.

- Seek a feature section or "ask Vicki" section in one of the above-mentioned parenting publications or a woman's publication such as Ladies' Home Journal, Redbook, Woman's World and Working Women.

- Secure parenting segment on a nationally televised show, preferably a morning show, e.g. The Today Show or GMA.

- Pursue a deal with one of the top TV and/or radio networks to air Kids Count Vignette series on celebrating kids.

- Place Vicki on speaker's bureaus to publicize her ability to take part in panel discussions.

- Target all appropriate media outlets for profile stories on Vicki, e.g. USA Today, Wall Street Journal, Newsweek, Time, U.S. News & World Report, Parade, New York Times Magazine, Dateline, 20/20, Regis & Kathy Lee, CNBC, MSNBC and NPR.

- Book personal appearances at special events appropriate to the Kids Count mission.

## Product Reviews

Product reviews will be pursued in each of the following categories:

- Key trade and consumer computer publications (e.g. Videogame Advisor, Children's Software Review, PC World, Home PC and Family PC).

- Music trade publications (e.g. Billboard and Cashbox).

- Video publications (e.g. Video, Video Week and Video Store Magazine).

11/05/98

- Online reviewers (e.g. Yahoo's "Cool Pick of the Week," Netscape's "What's New" as well as Internet directories [for site listing] including Yahoo, Excite, Infoseek, and Alta Vista).

- Educational publications (e.g. Library School Journal, Technology and Learning, MultiMedia Schools, The Computing Teacher, CD-ROM Today, THE Journal and Home Education Magazine).

- Product awards (e.g. Newsweek's Editors Choice, Family PC, SPA, Home PC, National Parenting Center's Seal of Approval and Parent's Choice).

- Product endorsements (e.g. Children's Software Review, Dr. Toy, Home PC, teachers and educational organizations and retail buyers).

11/05/98

## Strategic Partnerships

To build brand awareness and develop highly beneficial promotional partnerships, *Kids Count in America! Voices of Our Future* was developed. This unique program ties Kids Count with the nations largest child advocacy group, The Coalition for America's Children. This affiliation supports our cause while making it possible for additional appropriate partnerships.

Jointly, Kids Count and the Coalition are ready to introduce this program to support the voices of our children and remind adults just how much kids do count. To date, Kids Count has confirmed participation from Yahoo! and Yahooligans, who will be creating and manning a customized *Kids Count in America!* web site. They will place between 4 to 5 million ad banners promoting the contest and the site. Aahs World Radio has signed on as a media partner. They have agreed to over $125,000 worth of promotional spots and features. In addition, Discovery Kids has expressed interest in becoming our TV partner.

A panel of prominent parents and educators will be included in the promotion. As of this printing, confirmed participants include Dolores Jordan (Michael's mom), Vernita Lee (Oprah's mom), and Lloyd T. Walton (Executive Director, James Jordan Boys & Girls Club) and child representatives. This exciting contest will remind children across America just how important their dreams and voices are and will reinforce to parents the Kids Count theme that children deserve to be raised in loving, stimulating, and nurturing environments that promote growth, learning and self esteem.

*Kids Count in America! Voices of Our Future* can go into production when timing is appropriate.

Kids Count recently secured a partnership with Blagman Media International. B.M.I. is aligned with A. Eicoff & Company (subsidiary of Ogilvy & Mather and J. Walter Thompson) and Mercury Media. Eicoff is the number one "short form" direct response agency in the United States, while Mercury is the number one billing "long form" agency. B.M.I. recently developed a third alliance with Western International Media Corporation within their Product Placement division. This joint venture brings B.M.I.'s corporate clients together with filmmakers from all around the world for product placement. With a client roster that includes Eastman Kodak, Dodge- Chrysler, Windmere Corporation, Nederlander Entertainment, Sony Wonder, Fox Lauber and many others, Blagman Media International is one of the most progressive advertising agency's in operation today. B.M.I. is handling Kids Count's DRTV nationally as well as internationally.

11/05/98

## Appendix & Exhibits

## Key Personnel

Vicki Esralew
President and CEO

Vicki has 17 years experience in advertising, specifically media placement, product positioning, promotion, and creative. Vicki started Kids Count Entertainment in 1993 with a vision. She became concerned about all the negative messages and violent images bombarding children, and after seeing the affect it was having on her own kids, she knew that she needed to do something positive. Vicki sold her advertising agency, redirected her career, and poured her life savings and heart into creating a new kind of entertainment for children, one that avoided gratuitous violence and silliness and instead empowered and enlightened children.

Before pursuing this dream, she spent many years working for the top rated radio station in the country, WGN. As a senior account executive, Vicki created, executed and managed the media and creative efforts for dozens of national accounts.

After leaving WGN, Vicki opened her own advertising agency, handling all broadcast efforts for Fannie May Candies, Fanny Farmer Candies, and Nevada Bob's Golf as well as special projects for Sunbeam, Ameritech and Kraft Foods. In 1993 Vicki wrote, produced and directed 75 socially responsible vignettes for radio broadcast, entitled Kids Count and syndicated them in 70 markets, nationwide.

Vicki obtained a B.A. in Advertising from the University of Illinois in 1980, with a secondary emphasis in Early Childhood Education.

## Creative Associates

*Gary Fry, Composer, writer* has produced more than 2,500 musical accompaniments for leading consumer products firms, including McDonald's, Kraft/General Foods, Anheuser-Busch and Procter & Gamble. As composer/arranger, Gary Fry has developed a long-term relationship with Warner Kids for their Baby Looney Tunes productions. In addition, Gary's early career in New York City included work for Barbara Streisand, Bette Midler, Paul Simon, Billy Joel, and John Denver.

*Allen Rubens, Vice President, Associate Creative Director, DDB Needham, Chicago,* has written over 100 television radio commercials and won acclaimed awards for Spuds MacKenzie and McDonald's. Allen has also written songs for Richy Havens as well as a screenplay for 20th Century Fox.

*Steven Samler, Composer,* is an innovative creator of music for network television and radio spots. Specializing in the art of digitally created music and sound design, Steven's clients include Nike, Olympus Cameras, National Education Association, McDonald's, and Motorola.

11/05/98

Among his most treasured awards is the International Film Festival, "Gold Lion". He recently began applying his musical talent to an array of CD-ROM's.

*Wade Hubbard, Composer, writer* has received Emmy, Addy and Clio Awards for his dynamic musical accompaniments to films, TV shows, and commercials. Wade is also a co-writer and producer of several songs for David Hasselhoff's newly released album (11/97) on Polydor Records.

*Butch Stewart, Composer* is another celebrated music producer whose radio and television commercials include Coca Cola, Ameritech, Polaroid, and Pizza Hut. Butch's current music image package includes the 1996-98 theme for the Oprah Winfrey Show, "Get With The Program," featuring Patti LaBelle.

**Hirees**

The company plans to hire an Operations Manager upon completion of the private placement and will continue outsourcing from some of the most talented people in the industry.

11/05/98

# Analogous Start-ups

The rapidly growing children's edutainment industry is growing through merger and acquisition activity. A few niche players became prominent leaders within designated edutainment segments following compatible mergers. The following highlights point out the successes of start-up firms that began much like Kids Count.

Humongous Entertainment:

Putt-Putt, Humongous Entertainment's first and its most popular character, was born in 1990 when Shelley Day created the lovable, little purple car as a character for evening bedtime stories for her then 3-year-old son. Day and Ron Gilbert launched Humongous Entertainment in 1992 to create world-class interactive adventures for children. Putt-Putt was a natural choice to be their first star.

Humongous Entertainment pushes the edge in interactive storytelling, an emerging art form that did not exist 10 years ago. In July of 1995 Fortune magazine featured Humongous Entertainment as one of the "25 Cool Companies." By the end of 1995, Humongous achieved sales of $5 million. Following that year of sales, GT Interactive stepped in and acquired the company for $76 million. Since then, Humongous has developed a strategic partnership with The Strategy Licensing Company, a subsidiary of Lancit Media Entertainment, to develop a merchandising program based on its family of original characters. With this, Lancit signed on in 1997 to create television, motion picture, and home video programming based on its family of original characters.

Barney:

Barney was created by Sheryl Leach, a mom with a desire to find quality and educational video entertainment for her young son. Leach started by producing a series of videos entitled "Barney & The Backyard Gang." The series debuted in 1988 and became a best seller by 1991 through the use of direct marketing channels. One of the videos sold ended up in a Prospect, Connecticut, video store and was selected for viewing by 4-year-old Leora Rifkin, daughter of Larry Rifkin, executive vice president of programming for Connecticut Public Television. Rifkin, whose station is an award-winning producer of local and national programs, was intrigued as his daughter watched the Barney video repeatedly, singing and dancing with her newfound dinosaur friend. Knowing that the Corporation for Public Broadcasting and Public Broadcasting Service were searching for new, quality children's programming, Rifkin contacted Leach and the rest is history. Now, Barney is seen by 14 million viewers on PBS each week, has sold 38 million videos, 3 million copies of Barney music and more than 15 million plush toys.

11/05/98