## Direct Sales Spreadsheet

The following page details a direct response plan recommended by one of the top firms in the industry.  Below is a brief description of each term referred to in the plan.

The direct sales channel spreadsheet suggests that a $4.1 million annual investment is capable of generating $5 million in annual profits, with total revenue of $12.4 million.

| | |
|---|---|
| **PRODUCT** | Recommended Kids Count product mix |
| **MEDIA** | Type of media (direct response tv, print, free standing insert, packaging insert) |
| **CPM** | Cost per reaching 1,000 people |
| **CIRC** | Media circulation |
| **RESP %** | Response rate |
| **LEADS** | Leads generated |
| **CPL** | Cost per lead |
| **CONV** | Conversion rate |
| **SALES** | Units sold |
| **MEDIA CPS** | Media cost per sale |
| **TM @ $4.50** | Estimated telemarketing cost |
| **EST FF** | Estimated fulfillment cost |
| **TOTAL FF** | Total fulfillment cost |
| **COG** | Cost of goods |
| **TOTAL COG** | Total cost of goods |
| **TOTAL COST** | Combined costs (telemarketing, fulfillment, COG's) |
| **LOADED CPS** | Loaded cost per sale |
| **PRICE POINT** | Sales price point |
| **PRODUCT REVENUE** | Product revenue generated |

## KidsCount Planning Financials
*Date: Dec-03-97*

### Total 1998

| PRODUCT | MEDIA | COST | CPM | CIRC (000) | % RESP | LEADS | CPL | CONV | SALES | MEDIA CPS | TM @ $4.59 | EST FF | TOTAL FF | COG | TOTAL COG | TOTAL LOADED COST | LOADED CPS | PRICE POINT | PRODUCT REVENUE | S&H | S&H COST | TOTAL REVENUE | PROFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Software + Video | DRTV | $1,800,000 | n/a | n/a | n/a | 150,000 | $12.00 | 90% | 135,000 | $13.33 | $675,000 | $2.50 | $375,000 | $3.20 | $432,000 | $1,282,000 | $24.31 | $39.95 | $5,393,250 | $3.50 | $472,500 | $5,865,750 | $2,583,750 |
| Software + Video | Print | $1,600,000 | $40 | 40,000 | 0.30% | 120,000 | $13.33 | 90% | 108,000 | $14.81 | $540,000 | $2.50 | $300,000 | $3.20 | $345,600 | $2,785,600 | $25.79 | $39.95 | $4,314,600 | $3.50 | $378,000 | $4,692,600 | $1,907,000 |
| Video + Sampler | Print/FSI | $325,000 | $5 | 65,000 | 0.08% | 52,000 | $6.25 | 90% | 46,800 | $6.94 | $234,000 | $2.00 | $104,000 | $1.15 | $53,820 | $716,820 | $15.32 | $39.95 | $933,660 | $3.50 | $163,800 | $1,097,460 | $380,640 |
| All* | Pkg. Ins. | $375,000 | $60 | 6,250 | 0.40% | 25,000 | $15.00 | 90% | 22,500 | $16.67 | $112,500 | $2.50 | $62,500 | $1.60 | $36,000 | $586,000 | $26.04 | $29.97 | $674,325 | $3.50 | $78,750 | $753,075 | $167,075 |
| **TOTAL** | | $4,100,000 | | | | 347,000 | $11.82 | | 312,300 | $13.13 | $1,561,500 | | $841,500 | | $867,420 | $7,270,420 | $23.60 | | $11,315,835 | | $1,093,050 | $12,408,885 | $5,034,465 |

$40 Avg

$16 Avg

* Blended price point consisting of product offerings at: Software ($39.95) 60%, Video ($19.99) 20% and Music ($9.99) 20%.

Kids Count

**Kids Count Planning Financials**   Date: 6/19/98

| OFFER | MEDIA | MEDIA AND PRODUCTION COST* | LEADS** | CPL | CONV | SALES | CPS |
|---|---|---|---|---|---|---|---|
| **Product Test** | | | | | | | |
| Buy the workout video and receive a free CD or Cassette | DRTV | $62,000 | 17,000 | $3.65 | 80% | 13,600 | $4.56 |
| **Offer Test** | | | | | | | |
| Buy Jack's Attic and receive a money back guarantee | DRTV | $62,000 | 8,500 | $7.29 | 80% | 6,800 | $9.12 |
| Buy Jack's Attic and receive a free CD or Cassette plus a money back guarantee | DRTV | $62,000 | 17,000 | $3.65 | 80% | 13,600 | $4.56 |
| Buy Jack's Attic and receive a free workout video plus a money back guarantee | DRTV | $62,000 | 21,250 | $2.92 | 80% | 17,000 | $3.65 |
| Buy Jack's Attic and Jack's House for a discounted price plus a money back guarantee | DRTV | $62,000 | 12,750 | $4.86 | 80% | 10,200 | $6.08 |
| **GROSS TOTAL** | | $310,000 | 76,500 | $4.47 | 80% | 61,200 | $5.59 |

*Leads based on the following response rates:
1% for video as lead
0.5% for software only
0.75% for combination
1% for CD offer
1.25% for video offer
*Media and Production costs do not include labor hours.
Costs are an approximation – final costs developed once strategy is approved.

• invest $310,000 in DRTU
• units @ 61,200
• price @ $39.95
  Post
• sales $2,444,940

Page 1

Page 1

## Valuation

Based upon the realization of the financial projections as detailed in the accompanying financial statement, a fair current market value of the Company is approximately $30 million. The basis for this calculation is outlined below.

An accepted means of valuing a firm is to use a multiple of mature year earnings. A reasonable multiple for a mature firm with annual real growth of 5-8% is 12-15 times earnings. A firm with a higher growth rate of 9-12% may command a multiple of 18-20 times earnings while younger, successful firms in the high growth phase (15-20%+) of their life cycle may be fairly valued at a multiple of 25-30 times earnings. Although the Company appears to be included in this latter group, it has chosen a more conservative approach in basing the valuation on a multiple of 18 times annual earnings.

In this instance, the net income of approximately $32 million in the last year of the projection (2002) is used as a starting point. A multiplier of 18 times earnings produces a fair market value of approximately $522 million in 2002.

The financial projections are based on assumptions and estimates which are consistently conservative and do not factor in any of the varied opportunities to achieve both higher levels of revenues and lower levels of cost. Nonetheless, realization of the projections is subject to significant business, economic, and competitive uncertainties. To reflect these uncertainties, a discount factor may be applied to achieve a current fair market value.

A total risk discount factor of .24 (= 75% each year for five years) applied to the $522 million value in 2002 results in a current fair market value of approximately $124 million. The final discounting to be made results from the need for venture capital to return approximately 25-33% annually. Again, assuming conservatively, a 33% return to investors for five years results in a total return discount factor of about 4.16 (= $1.33 ^ 5$) which brings the value to the capital investor of approximately $30 million (= $124 / 4.2).

### Valuation Development

Kenneth J. Peters, Management Consultant for Lockheed Martin Corporation, developed the valuation of Kids Count Entertainment. Mr. Peters, age 45, is responsible for strategic systems design and development for Lockheed Martin's financial services division.

Previously, Mr. Peters formed Justus, Peters & Associates, L.L.C., a capital management firm, where he had full responsibility for directing and conducting the daily trading operations and other business related activities.

11/05/98

Kids Count Entertainment, L.L.C.
**Business Plan Projections**

**Cost of Goods Sold**

| Software | Unit Cost |
|---|---|
| Spuzzied | 2.54 |
| Spuzzied W/B | 0.35 |
| Jack's House--Direct | 0.76 |
| Jack's House--Retail | 2.79 |
| Jack's Attic | 2.54 |
| Gracie | 2.54 |
| CD-ROM 1999 #1 | 2.54 |
| CD-ROM 1999 #2 | 2.54 |
| CD-ROM 1999 #3 | 2.54 |
| CD-ROM 2000 #1 | 2.54 |
| CD-ROM 2000 #2 | 2.54 |
| CD-ROM 2000 #3 | 2.54 |
| CD-ROM 2001 #1 | 2.54 |
| CD-ROM 2001 #2 | 2.54 |
| CD-ROM 2001 #3 | 2.54 |
| CD-ROM 2001 #4 | 2.54 |
| CD-ROM 2002 #1 | 2.54 |
| CD-ROM 2002 #2 | 2.54 |
| CD-ROM 2002 #3 | 2.54 |
| CD-ROM 2002 #4 | 2.54 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Cost of Goods Sold

| Videos/Music | Unit Cost |
|---|---|
| KC Workout | 1.20 |
| Journal | 0.35 |
| Home-CD | 1.01 |
| Home-cassette | 0.50 |
| | |
| KC Workout 2 | 1.20 |
| KC music--cassette | 0.50 |
| wrist band | 0.73 |
| | |
| Video 1999 #1 | 1.20 |
| Music 1999-CD#1 | 1.01 |
| Music 1999-Cassette#1 | 0.50 |
| Video 1999 #2 | 1.20 |
| Music 1999-CD#2 | 1.01 |
| Music 1999-Cassette#2 | 0.50 |
| | |
| Video 2000 #1 | 1.20 |
| Music 2000-CD#1 | 1.01 |
| Music 2000-Cassette#1 | 0.50 |
| Video 2000 #2 | 1.20 |
| Music 2000-CD#2 | 1.01 |
| Music 2000-Cassette#2 | 0.50 |
| | |
| Video 2001 #1 | 1.20 |
| Music 2001-CD#1 | 1.01 |
| Music 2001-Cassette#1 | 0.50 |
| Video 2001 #2 | 1.20 |
| Music 2001-CD#2 | 1.01 |
| Music 2001-Cassette#2 | 0.50 |
| | |
| Video 2002 #1 | 1.20 |
| Music 2002-CD#1 | 1.01 |
| Music 2002-Cassette#1 | 0.50 |
| Video 2002 #2 | 1.20 |
| Music 2002-CD#2 | 1.01 |
| Music 2002Cassette#2 | 0.50 |

Kids Count Entertainment, L.L.C.
**Business Plan Projections**

**Cost of Goods Sold**

| Books | Unit Cost |
|---|---|
| Too Much Teddy-HC | 2.48 |
| Too Much Teddy-SC | 1.55 |
| Wishing Star | 0.49 |
| Going on a Ride | 0.49 |
| Believe | 0.49 |
| Five song Cassette | 0.33 |
| HC Book 1999 #1 | 2.48 |
| HC Book 1999 #2 | 2.48 |
| HC Book 2000 #1 | 2.48 |
| HC Book 2000 #2 | 2.48 |
| HC Book 2001 #1 | 2.48 |
| HC Book 2001 #2 | 2.48 |
| HC Book 2002 #1 | 2.48 |
| HC Book 2002 #2 | 2.48 |
| Cookbook | 1.95 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Unit Sales--Direct Sales

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|---|
| Spuzzled | 0 | 0 | 0 | 0 | | 6,000 | 4,000 | 10,000 | 12,000 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| Jack's House | 0 | 0 | 0 | 4,000 | | 4,000 | 2,000 | 6,000 | 8,000 |
| Jack's Attic | 0 | 0 | 0 | 6,000 | | 6,000 | 4,000 | 10,000 | 12,000 |
| Gracie | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| CD-ROM 1999 #1 | 0 | 0 | 0 | 0 | | 0 | 0 | 4,000 | 6,000 |
| CD-ROM 1999 #2 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 6,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Unit Sales--Direct Sales

| Software | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | 6,000 | 4,000 | 12,000 | 18,000 | 7,000 | 5,000 | 10,000 | 12,000 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 3,000 | 2,000 | 8,000 | 14,000 | 7,000 | 4,000 | 6,000 | 10,000 |
| Jack's Attic | 6,000 | 4,000 | 12,000 | 18,000 | 7,000 | 4,000 | 6,000 | 10,000 |
| Gracie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 6,000 | 4,000 | 14,000 | 17,000 | 8,000 | 6,000 | 17,000 | 20,000 |
| CD-ROM 1999 #2 | 6,000 | 4,000 | 14,000 | 17,000 | 8,000 | 6,000 | 17,000 | 20,000 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 0 | 0 | 9,000 | 14,000 | 8,000 | 6,000 | 15,000 | 17,000 |
| CD-ROM 2000 #2 | 0 | 0 | 9,000 | 14,000 | 8,000 | 6,000 | 15,000 | 17,000 |
| CD-ROM 2000 #3 | 0 | 0 | 0 | 10,000 | 8,000 | 6,000 | 15,000 | 17,000 |
| CD-ROM 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 | 14,000 |
| CD-ROM 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 10,000 | 14,000 |
| CD-ROM 2001 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,000 |
| CD-ROM 2001 #4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Unit Sales--Direct Sales**

| Software | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| Spuzzled | 8,000 | 4,000 | 8,000 | 14,000 |
| Spuzzled W/B | 0 | 0 | 0 | 0 |
| Jack's House | 6,000 | 3,000 | 6,000 | 15,000 |
| Jack's Attic | 6,000 | 3,000 | 6,000 | 15,000 |
| Gracie | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 15,000 | 6,000 | 15,000 | 19,000 |
| CD-ROM 1999 #2 | 15,000 | 6,000 | 15,000 | 19,000 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 16,000 | 6,000 | 17,000 | 19,000 |
| CD-ROM 2000 #2 | 16,000 | 6,000 | 17,000 | 19,000 |
| CD-ROM 2000 #3 | 16,000 | 6,000 | 17,000 | 19,000 |
| CD-ROM 2001 #1 | 16,000 | 6,000 | 14,000 | 21,000 |
| CD-ROM 2001 #2 | 16,000 | 6,000 | 14,000 | 21,000 |
| CD-ROM 2001 #3 | 16,000 | 6,000 | 14,000 | 21,000 |
| CD-ROM 2001 #4 | 16,000 | 6,000 | 14,000 | 21,000 |
| CD-ROM 2002 #1 | 0 | 0 | 12,000 | 17,000 |
| CD-ROM 2002 #2 | 0 | 0 | 12,000 | 17,000 |
| CD-ROM 2002 #3 | 0 | 0 | 0 | 17,000 |
| CD-ROM 2002 #4 | 0 | 0 | 0 | 17,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Unit Sales--Direct Sales

| Video/Music | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| KC Workout | 0 | 0 | 0 | 5,000 | 6,000 | 5,500 | 12,000 | 14,000 |
| Journal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home-CD | 0 | 0 | 0 | 3,500 | 3,000 | 2,500 | 5,000 | 6,000 |
| Home-cassette | 0 | 0 | 0 | 3,500 | 3,000 | 2,500 | 5,000 | 7,000 |
| KC Workout 2 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| KC music-cassette | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| wrist band | 0 | 0 | 0 | 0 | | 0 | 0 | 0 |
| Video 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 12,000 | 16,000 |
| Music 1999-CD#1 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 8,000 |
| Music 1999-Cassette#1 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 8,000 |
| Video 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14,000 |
| Music 1999-CD#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,000 |
| Music 1999-Cassette#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Unit Sales--Direct Sales**

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| KC Workout | 8,000 | 7,000 | 14,000 | 16,000 | 6,000 | 3,000 | 12,000 | 16,000 |
| Journal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home-CD | 4,000 | 3,500 | 7,000 | 8,000 | 3,000 | 1,500 | 6,000 | 8,000 |
| Home-cassette | 4,000 | 3,500 | 7,000 | 8,000 | 3,000 | 1,500 | 6,000 | 8,000 |
| | | | | | | | | |
| KC Workout 2 | 10,000 | 6,000 | 15,000 | 18,000 | 10,000 | 4,000 | 14,000 | 17,000 |
| KC music--cassette | 10,000 | 6,000 | 15,000 | 18,000 | 10,000 | 4,000 | 14,000 | 17,000 |
| wrist band | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Video 1999 #1 | 12,000 | 7,000 | 15,000 | 20,000 | 14,000 | 6,000 | 16,000 | 20,000 |
| Music 1999-CD#1 | 6,000 | 3,500 | 7,500 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| Music 1999-Cassette#1 | 6,000 | 3,500 | 7,500 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| Video 1999 #2 | 12,000 | 7,000 | 16,000 | 20,000 | 14,000 | 6,000 | 16,000 | 20,000 |
| Music 1999-CD#2 | 6,000 | 3,500 | 8,000 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| Music 1999-Cassette#2 | 6,000 | 3,500 | 8,000 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| | | | | | | | | |
| Video 2000 #1 | 0 | 0 | 14,000 | 20,000 | 14,000 | 6,000 | 16,000 | 20,000 |
| Music 2000-CD#1 | 0 | 0 | 7,000 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| Music 2000-Cassette#1 | 0 | 0 | 7,000 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| Video 2000 #2 | 0 | 0 | 0 | 20,000 | 14,000 | 6,000 | 16,000 | 20,000 |
| Music 2000-CD#2 | 0 | 0 | 0 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| Music 2000-Cassette#2 | 0 | 0 | 0 | 10,000 | 7,000 | 3,000 | 8,000 | 10,000 |
| | | | | | | | | |
| Video 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 15,000 | 19,000 |
| Music 2001-CD#1 | 0 | 0 | 0 | 0 | 0 | 0 | 7,500 | 9,500 |
| Music 2001-Cassette#1 | 0 | 0 | 0 | 0 | 0 | 0 | 7,500 | 9,500 |
| Video 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,000 |
| Music 2001-CD#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,500 |
| Music 2001-Cassette#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9,500 |

djr 11/5/98
file: Vicki-financialsN2

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Unit Sales--Direct Sales

| | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| KC Workout | 4,000 | 2,000 | 8,000 | 10,000 |
| Journal | 0 | 0 | 0 | 0 |
| Home-CD | 2,000 | 1,000 | 4,000 | 5,000 |
| Home-cassette | 2,000 | 1,000 | 4,000 | 5,000 |
| KC Workout 2 | 6,000 | 3,000 | 10,000 | 12,000 |
| KC music-cassette | 6,000 | 3,000 | 10,000 | 12,000 |
| wrist band | 0 | 0 | 0 | 0 |
| Video 1999 #1 | 10,000 | 3,000 | 12,000 | 14,000 |
| Music 1999-CD#1 | 5,000 | 1,500 | 6,000 | 7,000 |
| Music 1999-Cassette#1 | 5,000 | 1,500 | 6,000 | 7,000 |
| Video 1999 #2 | 10,000 | 3,000 | 12,000 | 14,000 |
| Music 1999-CD#2 | 5,000 | 1,500 | 6,000 | 7,000 |
| Music 1999-Cassette#2 | 5,000 | 1,500 | 6,000 | 7,000 |
| Video 2000 #1 | 12,000 | 6,000 | 16,000 | 20,000 |
| Music 2000-CD#1 | 6,000 | 3,000 | 8,000 | 10,000 |
| Music 2000-Cassette#1 | 6,000 | 3,000 | 8,000 | 10,000 |
| Video 2000 #2 | 12,000 | 6,000 | 16,000 | 20,000 |
| Music 2000-CD#2 | 6,000 | 3,000 | 8,000 | 10,000 |
| Music 2000-Cassette#2 | 6,000 | 3,000 | 8,000 | 10,000 |
| Video 2001 #1 | 16,000 | 7,000 | 18,000 | 22,000 |
| Music 2001-CD#1 | 8,000 | 3,500 | 9,000 | 11,000 |
| Music 2001-Cassette#1 | 8,000 | 3,500 | 9,000 | 11,000 |
| Video 2001 #2 | 15,000 | 7,000 | 18,000 | 22,000 |
| Music 2001-CD#2 | 7,500 | 3,500 | 9,000 | 11,000 |
| Music 2001-Cassette#2 | 7,500 | 3,500 | 9,000 | 11,000 |
| Video 2002 #1 | 0 | 0 | 15,000 | 19,000 |
| Music 2002-CD#1 | 0 | 0 | 7,500 | 9,500 |
| Music 2002-Cassette#1 | 0 | 0 | 7,500 | 9,500 |
| Video 2002 #2 | 0 | 0 | 0 | 19,000 |
| Music 2002-CD#2 | 0 | 0 | 0 | 9,500 |
| Music 2002Cassette#2 | 0 | 0 | 0 | 9,500 |

djr 11/5/98
file: Vicki-financialsN2

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Unit Sales--Direct Sales

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| **Books** | | | | | | | | |
| Too Much Teddy-HC | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| Too Much Teddy-SC | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| Wishing Star | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| Going on a Ride | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| Believe | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| Five song Cassette | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 | 10,000 |
| | | | | | | | | |
| HC Book 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 |
| HC Book 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 |
| HC Book 2000 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2000 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Cookbook | 0 | 0 | 0 | 0 | 0 | 0 | 8,000 | 12,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Unit Sales--Direct Sales

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| **Books** | | | | | | | | |
| Too Much Teddy-HC | 7,000 | 3,000 | 9,000 | 12,000 | 6,000 | 2,000 | 8,000 | 10,000 |
| Too Much Teddy-SC | 7,000 | 3,000 | 9,000 | 12,000 | 6,000 | 2,000 | 8,000 | 10,000 |
| Wishing Star | 7,000 | 3,000 | 9,000 | 12,000 | 6,000 | 2,000 | 8,000 | 10,000 |
| Going on a Ride | 7,000 | 3,000 | 9,000 | 12,000 | 6,000 | 2,000 | 8,000 | 10,000 |
| Believe | 7,000 | 3,000 | 9,000 | 12,000 | 6,000 | 2,000 | 8,000 | 10,000 |
| Five song Cassette | 7,000 | 3,000 | 9,000 | 12,000 | 6,000 | 2,000 | 8,000 | 10,000 |
| | | | | | | | | |
| HC Book 1999 #1 | 6,000 | 3,000 | 5,000 | 6,000 | 7,000 | 4,000 | 6,000 | 8,000 |
| HC Book 1999 #2 | 5,000 | 2,000 | 4,000 | 5,000 | 7,000 | 4,000 | 6,000 | 8,000 |
| HC Book 2000 #1 | 0 | 0 | 4,000 | 6,000 | 6,000 | 3,000 | 5,000 | 6,000 |
| HC Book 2000 #2 | 0 | 0 | 0 | 4,000 | 5,000 | 2,000 | 4,000 | 5,000 |
| HC Book 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,000 |
| HC Book 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 |
| HC Book 2002 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Cookbook | 7,000 | 3,000 | 6,000 | 7,000 | 7,000 | 4,000 | 6,000 | 9,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Unit Sales--Direct Sales**

| | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| **Books** | | | | |
| Too Much Teddy-HC | 5,000 | 1,500 | 7,000 | 8,000 |
| Too Much Teddy-SC | 5,000 | 1,500 | 7,000 | 8,000 |
| Wishing Star | 5,000 | 1,500 | 7,000 | 8,000 |
| Going on a Ride | 5,000 | 1,500 | 7,000 | 8,000 |
| Believe | 5,000 | 1,500 | 7,000 | 8,000 |
| Five song Cassette | 5,000 | 1,500 | 7,000 | 8,000 |
| HC Book 1999 #1 | 6,000 | 3,000 | 5,000 | 6,000 |
| HC Book 1999 #2 | 6,000 | 3,000 | 5,000 | 6,000 |
| HC Book 2000 #1 | 7,000 | 4,000 | 6,000 | 8,000 |
| HC Book 2000 #2 | 7,000 | 4,000 | 6,000 | 8,000 |
| HC Book 2001 #1 | 6,000 | 3,000 | 5,000 | 6,000 |
| HC Book 2001 #2 | 5,000 | 2,000 | 4,000 | 5,000 |
| HC Book 2002 #1 | 0 | 0 | 4,000 | 6,000 |
| HC Book 2002 #2 | 0 | 0 | 0 | 4,000 |
| Cookbook | 6,000 | 3,000 | 5,000 | 6,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units–Retail

| Software | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | 0 | 0 | 0 | 0 | 0 | 500 | 800 | 1,500 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 620 | 400 | 100 | 0 | 500 | 500 | 700 | 900 |
| Jack's Attic | 620 | 500 | 100 | 1,000 | 500 | 500 | 800 | 1,500 |
| Gracie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 800 | 1,500 |
| CD-ROM 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 600 | 1,200 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Retail

**Software**

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | 2,000 | 2,000 | 4,000 | 4,500 | 2,000 | 2,000 | 4,000 | 4,500 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 800 | 600 | 1,000 | 1,200 | 800 | 600 | 1,000 | 1,200 |
| Jack's Attic | 1,500 | 1,000 | 2,000 | 3,000 | 2,000 | 2,000 | 4,000 | 4,500 |
| Gracie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 1,500 | 1,000 | 2,000 | 3,000 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 1999 #2 | 1,200 | 800 | 1,500 | 2,500 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 0 | 0 | 2,500 | 3,500 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2000 #2 | 0 | 0 | 2,000 | 3,000 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2000 #3 | 0 | 0 | 0 | 2,500 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 4,000 | 4,500 |
| CD-ROM 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 4,000 |
| CD-ROM 2001 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,500 |
| CD-ROM 2001 #4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,500 |

Kids Count Entertainment, L.L.C.
**Business Plan Projections**

Units--Retail

| Software | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| Spuzzled | 2,000 | 2,000 | 4,000 | 4,500 |
| Spuzzled W/B | 0 | 0 | 0 | 0 |
| Jack's House | 800 | 600 | 1,000 | 1,200 |
| Jack's Attic | 2,000 | 2,000 | 4,000 | 4,500 |
| Gracie | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 1999 #2 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2000 #2 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2000 #3 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2001 #1 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2001 #2 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2001 #3 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2001 #4 | 2,000 | 2,000 | 4,000 | 4,500 |
| CD-ROM 2002 #1 | 0 | 0 | 4,000 | 4,500 |
| CD-ROM 2002 #2 | 0 | 0 | 3,000 | 4,000 |
| CD-ROM 2002 #3 | 0 | 0 | 0 | 3,500 |
| CD-ROM 2002 #4 | 0 | 0 | 0 | 3,500 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units–Retail

### Video/Music

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| KC Workout | 0 | 0 | 0 | 0 | 300 | 300 | 300 | 1,000 |
| Journal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home–CD | 0 | 0 | 0 | 0 | 100 | 100 | 200 | 300 |
| Home–cassette | 0 | 0 | 0 | 0 | 150 | 150 | 250 | 350 |
| KC Workout 2 | 0 | 0 | 0 | 0 | 300 | 300 | 300 | 1,000 |
| KC music–cassette | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| wrist band | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Video 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 500 |
| Music 1999-CD#1 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 200 |
| Music 1999-Cassette#1 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 300 |
| Video 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 |
| Music 1999-CD#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 |
| Music 1999-Cassette#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units—Retail

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| **Video/Music** | | | | | | | | |
| KC Workout | 1,000 | 1,000 | 2,500 | 3,000 | 3,000 | 2,500 | 4,500 | 5,000 |
| Journal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home-CD | 500 | 500 | 1,200 | 1,500 | 1,000 | 1,000 | 2,000 | 2,500 |
| Home-cassette | 700 | 700 | 1,800 | 2,000 | 2,000 | 1,500 | 3,000 | 3,500 |
| | | | | | | | | |
| KC Workout 2 | 1,000 | 1,000 | 2,500 | 3,000 | 3,000 | 2,500 | 4,500 | 5,000 |
| KC music-cassette | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| wrist band | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Video 1999 #1 | 1,000 | 1,000 | 2,500 | 3,000 | 3,000 | 2,500 | 4,500 | 5,000 |
| Music 1999-CD#1 | 500 | 500 | 1,200 | 1,500 | 1,000 | 1,000 | 2,000 | 2,500 |
| Music 1999-Cassette#1 | 700 | 700 | 1,800 | 2,000 | 2,000 | 1,500 | 3,000 | 3,500 |
| Video 1999 #2 | 1,000 | 1,000 | 2,500 | 3,000 | 3,000 | 2,500 | 4,500 | 5,000 |
| Music 1999-CD#2 | 500 | 500 | 1,200 | 1,500 | 1,000 | 1,000 | 2,000 | 2,500 |
| Music 1999-Cassette#2 | 700 | 700 | 1,800 | 2,000 | 2,000 | 1,500 | 3,000 | 3,500 |
| | | | | | | | | |
| Video 2000 #1 | 0 | 0 | 1,500 | 2,500 | 3,000 | 2,500 | 4,500 | 5,000 |
| Music 2000-CD#1 | 0 | 0 | 500 | 1,000 | 1,000 | 1,000 | 2,000 | 2,500 |
| Music 2000-Cassette#1 | 0 | 0 | 1,000 | 1,500 | 2,000 | 1,500 | 3,000 | 3,500 |
| Video 2000 #2 | 0 | 0 | 0 | 2,000 | 3,000 | 2,500 | 4,500 | 5,000 |
| Music 2000-CD#2 | 0 | 0 | 0 | 700 | 1,000 | 1,000 | 2,000 | 2,500 |
| Music 2000-Cassette#2 | 0 | 0 | 0 | 1,300 | 2,000 | 1,500 | 3,000 | 3,500 |
| | | | | | | | | |
| Video 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 4,000 |
| Music 2001-CD#1 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 | 1,500 |
| Music 2001-Cassette#1 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 2,500 |
| Video 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,500 |
| Music 2001-CD#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,200 |
| Music 2001-Cassette#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,300 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Retail

### Video/Music

| | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| KC Workout | 3,500 | 3,000 | 5,000 | 6,000 |
| Journal | 0 | 0 | 0 | 0 |
| Home-CD | 1,500 | 1,200 | 2,500 | 3,000 |
| Home-cassette | 2,500 | 1,800 | 3,500 | 4,000 |
| | | | | |
| KC Workout 2 | 3,500 | 3,000 | 5,000 | 6,000 |
| KC music--cassette | 0 | 0 | 0 | 0 |
| wrist band | 0 | 0 | 0 | 0 |
| | | | | |
| Video 1999 #1 | 3,500 | 3,000 | 5,000 | 6,000 |
| Music 1999-CD#1 | 1,500 | 1,200 | 2,500 | 3,000 |
| Music 1999-Cassette#1 | 2,500 | 1,800 | 3,500 | 4,000 |
| Video 1999 #2 | 3,500 | 3,000 | 5,000 | 6,000 |
| Music 1999-CD#2 | 1,500 | 1,200 | 2,500 | 3,000 |
| Music 1999-Cassette#2 | 2,500 | 1,800 | 3,500 | 4,000 |
| | | | | |
| Video 2000 #1 | 3,500 | 3,000 | 5,000 | 6,000 |
| Music 2000-CD#1 | 1,500 | 1,200 | 2,500 | 3,000 |
| Music 2000-Cassette#1 | 2,500 | 1,800 | 3,500 | 4,000 |
| Video 2000 #2 | 3,500 | 3,000 | 5,000 | 6,000 |
| Music 2000-CD#2 | 1,500 | 1,200 | 2,500 | 3,000 |
| Music 2000-Cassette#2 | 2,500 | 1,800 | 3,500 | 4,000 |
| | | | | |
| Video 2001 #1 | 3,000 | 2,500 | 4,000 | 5,000 |
| Music 2001-CD#1 | 1,000 | 1,000 | 1,600 | 2,500 |
| Music 2001-Cassette#1 | 2,000 | 2,000 | 3,200 | 3,500 |
| Video 2001 #2 | 3,000 | 2,500 | 4,000 | 5,000 |
| Music 2001-CD#2 | 1,000 | 1,000 | 1,600 | 2,500 |
| Music 2001-Cassette#2 | 2,000 | 2,000 | 3,200 | 3,500 |
| | | | | |
| Video 2002 #1 | 0 | 0 | 4,000 | 4,500 |
| Music 2002-CD#1 | 0 | 0 | 1,500 | 1,800 |
| Music 2002-Cassette#1 | 0 | 0 | 2,500 | 2,700 |
| Video 2002 #2 | 0 | 0 | 0 | 4,000 |
| Music 2002-CD#2 | 0 | 0 | 0 | 1,500 |
| Music 2002-Cassette#2 | 0 | 0 | 0 | 2,500 |

Kids Count Entertainment, L.L.C.
**Business Plan Projections**

Units--Retail

**Books**

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| Too Much Teddy-HC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 |
| Too Much Teddy-SC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 |
| Wishing Star | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Going on a Ride | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Believe | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Five song Cassette | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300 |
| HC Book 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200 |
| HC Book 2000 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2000 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cookbook | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |

Kids Count Entertainment, L.L.C.
**Business Plan Projections**

Units—Retail

**Books**

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| Too Much Teddy-HC | 300 | 300 | 600 | 800 | 400 | 400 | 750 | 1,000 |
| Too Much Teddy-SC | 300 | 300 | 600 | 800 | 400 | 400 | 750 | 1,000 |
| Wishing Star | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Going on a Ride | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Believe | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Five song Cassette | | | | | | | | |
| HC Book 1999 #1 | 300 | 300 | 600 | 800 | 500 | 500 | 900 | 1,200 |
| HC Book 1999 #2 | 300 | 300 | 600 | 800 | 500 | 500 | 900 | 1,200 |
| HC Book 2000 #1 | 0 | 0 | 400 | 600 | 500 | 500 | 900 | 1,200 |
| HC Book 2000 #2 | 0 | 0 | 0 | 500 | 500 | 500 | 900 | 1,200 |
| HC Book 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 400 | 600 |
| HC Book 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| HC Book 2002 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cookbook | 3,000 | 2,500 | 4,500 | 5,000 | 6,000 | 4,000 | 8,000 | 10,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Units--Retail**

| | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| **Books** | | | | |
| Too Much Teddy-HC | 300 | 300 | 600 | 800 |
| Too Much Teddy-SC | 300 | 300 | 600 | 800 |
| Wishing Star | 0 | 0 | 0 | 0 |
| Going on a Ride | 0 | 0 | 0 | 0 |
| Believe | 0 | 0 | 0 | 0 |
| Five song Cassette | 0 | 0 | 0 | 0 |
| | | | | |
| HC Book 1999 #1 | 500 | 500 | 900 | 1,200 |
| HC Book 1999 #2 | 500 | 500 | 900 | 1,200 |
| HC Book 2000 #1 | 750 | 750 | 1,200 | 1,500 |
| HC Book 2000 #2 | 750 | 750 | 1,200 | 1,500 |
| HC Book 2001 #1 | 500 | 500 | 900 | 1,200 |
| HC Book 2001 #2 | 500 | 500 | 900 | 1,200 |
| HC Book 2002 #1 | 0 | 0 | 400 | 600 |
| HC Book 2002 #2 | 0 | 0 | 0 | 500 |
| | | | | |
| Cookbook | 8,000 | 6,000 | 10,000 | 12,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units—Catalog

**Software**

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | 0 | 0 | 0 | 0 | 0 | 1,000 | 3,000 | 4,000 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 0 | 0 | 0 | 0 | 0 | 1,000 | 3,000 | 4,000 |
| Jack's Attic | 1,500 | 1,500 | 2,000 | 4,500 | 1,800 | 0 | 0 | 0 |
| Gracie | 0 | 0 | 0 | 0 | | | | |
| CD-ROM 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 3,500 |
| CD-ROM 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 3,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Catalog

| Software | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | 3,000 | 1,500 | 4,000 | 5,000 | 3,000 | 1,500 | 4,000 | 5,000 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's Attic | 3,000 | 1,500 | 4,000 | 5,000 | 3,000 | 1,500 | 4,000 | 5,000 |
| Gracie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 3,000 | 1,500 | 4,000 | 5,000 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 1999 #2 | 3,000 | 1,500 | 4,000 | 5,000 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 0 | 0 | 3,000 | 4,000 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2000 #2 | 0 | 0 | 2,500 | 3,500 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2000 #3 | 0 | 0 | 0 | 3,000 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 | 4,000 |
| CD-ROM 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500 | 3,500 |
| CD-ROM 2001 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 |
| CD-ROM 2001 #4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Catalog

| Software | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| Spuzzled | 2,500 | 1,200 | 3,500 | 4,000 |
| Spuzzled W/B | 0 | 0 | 0 | 0 |
| Jack's House | 0 | 0 | 0 | 0 |
| Jack's Attic | 2,500 | 1,200 | 3,500 | 4,000 |
| Gracie | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 2,500 | 1,200 | 3,500 | 4,000 |
| CD-ROM 1999 #2 | 2,500 | 1,200 | 3,500 | 4,000 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2000 #2 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2000 #3 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2001 #1 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2001 #2 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2001 #3 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2001 #4 | 3,000 | 1,500 | 4,000 | 5,000 |
| CD-ROM 2002 #1 | 0 | 0 | 3,000 | 4,000 |
| CD-ROM 2002 #2 | 0 | 0 | 2,500 | 3,500 |
| CD-ROM 2002 #3 | 0 | 0 | 0 | 3,000 |
| CD-ROM 2002 #4 | 0 | 0 | 0 | 3,000 |