**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Catalog

| Videos/Music | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| KC Workout | 500 | 0 | 25 | 0 | 0 | 0 | 700 | 800 |
| Journal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home--CD | 0 | 0 | 0 | 0 | 0 | 0 | 200 | 400 |
| Home-cassette | 0 | 0 | 0 | 0 | 0 | 0 | 250 | 450 |
| | | | | | | | | |
| KC Workout 2 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 700 |
| KC music--cassette | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| wrist band | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Video 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 600 |
| Music 1999-CD#1 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 |
| Music 1999-Cassette#1 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 150 |
| Video 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Music 1999-CD#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Music 1999-Cassette#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Catalog

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| **Videos/Music** | | | | | | | | |
| KC Workout | 700 | 700 | 800 | 1,000 | 800 | 800 | 900 | 1,000 |
| Journal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home-CD | 350 | 350 | 400 | 500 | 400 | 400 | 450 | 500 |
| Home-cassette | 450 | 450 | 500 | 600 | 500 | 500 | 550 | 650 |
| KC Workout 2 | 700 | 700 | 800 | 1,000 | 800 | 800 | 900 | 1,000 |
| KC music--cassette | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| wrist band | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Video 1999 #1 | 700 | 700 | 800 | 1,000 | 800 | 800 | 900 | 1,000 |
| Music 1999-CD#1 | 200 | 300 | 400 | 500 | 400 | 400 | 450 | 500 |
| Music 1999-Cassette#1 | 250 | 350 | 500 | 600 | 500 | 500 | 550 | 650 |
| Video 1999 #2 | 700 | 700 | 800 | 1,000 | 800 | 800 | 900 | 1,000 |
| Music 1999-CD#2 | 200 | 300 | 400 | 500 | 400 | 400 | 450 | 500 |
| Music 1999-Cassette#2 | 250 | 350 | 500 | 600 | 500 | 500 | 550 | 650 |
| Video 2000 #1 | 0 | 500 | 500 | 600 | 700 | 700 | 800 | 1,000 |
| Music 2000-CD#1 | 0 | 100 | 100 | 100 | 200 | 300 | 400 | 500 |
| Music 2000-Cassette#1 | 0 | 150 | 150 | 150 | 250 | 350 | 500 | 600 |
| Video 2000 #2 | 0 | 0 | 0 | 500 | 700 | 700 | 800 | 1,000 |
| Music 2000-CD#2 | 0 | 0 | 0 | 100 | 200 | 300 | 400 | 500 |
| Music 2000-Cassette#2 | 0 | 0 | 0 | 150 | 250 | 350 | 500 | 600 |
| Video 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 600 |
| Music 2001-CD#1 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 100 |
| Music 2001-Cassette#1 | 0 | 0 | 0 | 0 | 0 | 0 | 150 | 150 |
| Video 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Music 2001-CD#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Music 2001-Cassette#2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 150 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Catalog

| Videos/Music | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| KC Workout | 700 | 700 | 800 | 1,000 |
| Journal | 0 | 0 | 0 | 0 |
| Home-CD | 350 | 350 | 400 | 500 |
| Home-cassette | 450 | 450 | 500 | 600 |
| KC Workout 2 | 700 | 700 | 800 | 1,000 |
| KC music--cassette wrist band | 0 | 0 | 0 | 0 |
| Video 1999 #1 | 700 | 700 | 800 | 1,000 |
| Music 1999-CD#1 | 350 | 350 | 400 | 500 |
| Music 1999-Cassette#1 | 450 | 450 | 500 | 600 |
| Video 1999 #2 | 700 | 700 | 800 | 1,000 |
| Music 1999-CD#2 | 350 | 350 | 400 | 500 |
| Music 1999-Cassette#2 | 450 | 450 | 500 | 600 |
| Video 2000 #1 | 800 | 800 | 900 | 1,000 |
| Music 2000-CD#1 | 400 | 400 | 450 | 500 |
| Music 2000-Cassette#1 | 500 | 500 | 550 | 650 |
| Video 2000 #2 | 800 | 800 | 900 | 1,000 |
| Music 2000-CD#2 | 400 | 400 | 450 | 500 |
| Music 2000-Cassette#2 | 500 | 500 | 550 | 650 |
| Video 2001 #1 | 700 | 700 | 800 | 1,000 |
| Music 2001-CD#1 | 200 | 300 | 400 | 500 |
| Music 2001-Cassette#1 | 250 | 350 | 500 | 600 |
| Video 2001 #2 | 700 | 700 | 800 | 1,000 |
| Music 2001-CD#2 | 200 | 300 | 400 | 500 |
| Music 2001-Cassette#2 | 250 | 350 | 500 | 600 |
| Video 2002 #1 | 0 | 0 | 500 | 600 |
| Music 2002-CD#1 | 0 | 0 | 100 | 100 |
| Music 2002-Cassette#1 | 0 | 0 | 150 | 150 |
| Video 2002 #2 | 0 | 0 | 0 | 500 |
| Music 2002-CD#2 | 0 | 0 | 0 | 100 |
| Music 2002Cassette#2 | 0 | 0 | 0 | 150 |

**Kids Count Entertainment, L.L.C.**
<u>**Business Plan Projections**</u>

**Units—Catalog**

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| **Books** | | | | | | | | |
| Too Much Teddy-HC | o | o | o | o | o | o | o | o |
| Too Much Teddy-SC | o | o | o | o | o | o | o | o |
| Wishing Star | o | o | o | o | o | o | o | o |
| Going on a Ride | o | o | o | o | o | o | o | o |
| Believe | o | o | o | o | o | o | o | o |
| Five song Cassette | o | o | o | o | o | o | o | o |
| | | | | | | | | |
| HC Book 1999 #1 | o | o | o | o | o | o | o | o |
| HC Book 1999 #2 | o | o | o | o | o | o | o | o |
| HC Book 2000 #1 | o | o | o | o | o | o | o | o |
| HC Book 2000 #2 | o | o | o | o | o | o | o | o |
| HC Book 2001 #1 | o | o | o | o | o | o | o | o |
| HC Book 2001 #2 | o | o | o | o | o | o | o | o |
| HC Book 2002 #1 | o | o | o | o | o | o | o | o |
| HC Book 2002 #2 | o | o | o | o | o | o | o | o |
| | | | | | | | | |
| Cookbook | o | o | o | o | o | o | o | 900 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--Catalog

| | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 |
|---|---|---|---|---|---|---|---|---|
| **Books** | | | | | | | | |
| Too Much Teddy-HC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Too Much Teddy-SC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wishing Star | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Going on a Ride | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Believe | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Five song Cassette | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 1999 #1 | 750 | 750 | 850 | 850 | 850 | 850 | 900 | 900 |
| HC Book 1999 #2 | 750 | 750 | 850 | 850 | 850 | 850 | 900 | 900 |
| HC Book 2000 #1 | 0 | 0 | 700 | 750 | 750 | 750 | 850 | 850 |
| HC Book 2000 #2 | 0 | 0 | 0 | 700 | 750 | 750 | 850 | 850 |
| HC Book 2001 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 700 | 750 |
| HC Book 2001 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 700 |
| HC Book 2002 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| HC Book 2002 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cookbook | 900 | 1,000 | 1,200 | 1,200 | 1,000 | 1,100 | 1,400 | 1,400 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Units--Catalog**

| | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|
| **Books** | | | | |
| Too Much Teddy-HC | 0 | 0 | 0 | 0 |
| Too Much Teddy-SC | 0 | 0 | 0 | 0 |
| Wishing Star | 0 | 0 | 0 | 0 |
| Going on a Ride | 0 | 0 | 0 | 0 |
| Believe | 0 | 0 | 0 | 0 |
| Five song Cassette | 0 | 0 | 0 | 0 |
| | | | | |
| HC Book 1999 #1 | 900 | 900 | 1,000 | 1,000 |
| HC Book 1999 #2 | 900 | 900 | 1,000 | 1,000 |
| HC Book 2000 #1 | 850 | 850 | 900 | 900 |
| HC Book 2000 #2 | 850 | 850 | 900 | 900 |
| HC Book 2001 #1 | 750 | 750 | 850 | 850 |
| HC Book 2001 #2 | 750 | 750 | 850 | 850 |
| HC Book 2002 #1 | 0 | 0 | 700 | 750 |
| HC Book 2002 #2 | 0 | 0 | 0 | 700 |
| | | | | |
| Cookbook | 1,200 | 1,300 | 1,500 | 1,600 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units--QVC/HSN

| | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 |
|---|---|---|---|---|
| **Video/Music** | | | | |
| KC Workout | 2,010 | 0 | 0 | 0 |
| Journal | 0 | 0 | 0 | 0 |
| Home-CD | 810 | 0 | 0 | 0 |
| Home-cassette | 1,200 | 0 | 0 | 0 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Units--Retail**

| Software | QTR 1 1998 | QTR 2 1998 | QTR 3 1998 | QTR 4 1998 | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | 0 | 0 | 0 | 0 | 0 | 500 | 800 | 1,500 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 620 | 400 | 100 | 0 | 500 | 500 | 700 | 900 |
| Jack's Attic | 620 | 500 | 100 | 1,000 | 500 | 500 | 800 | 1,500 |
| Gracie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| CD-ROM 1999 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 800 | 1,500 |
| CD-ROM 1999 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 600 | 1,200 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Units--QVC/HSN**

| | QTR 1 1999 | QTR 2 1999 | QTR 3 1999 | QTR 4 1999 | QTR 1 2000 | QTR 2 2000 | QTR 3 2000 | QTR 4 2000 | TOTAL 2000 |
|---|---|---|---|---|---|---|---|---|---|
| Spuzzled | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jack's Attic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gracie | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | | 0 |
| CD-ROM 1999 #2 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | | 0 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| CD-ROM 2000 #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 2,000 |
| CD-ROM 2000 #2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 2,000 |
| CD-ROM 2000 #3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,000 | 2,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Units–QVC/HSN

| | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 | QTR 1 2002 | QTR 2 2002 | QTR 3 2002 | QTR 4 2002 |
|---|---|---|---|---|---|---|---|---|
| Spuzzled | o | o | o | o | o | o | o | o |
| Spuzzled W/B | o | o | o | o | o | o | o | o |
| Jack's House | o | o | o | o | o | o | o | o |
| Gracie | o | | | | o | o | o | o |
| CD-ROM 1999 #1 | o | | | | o | o | o | o |
| CD-ROM 1999 #2 | o | | | | o | o | o | o |
| CD-ROM 1999 #3 | o | | | | o | o | o | o |
| CD-ROM 2000 #1 | o | | | | o | o | o | o |
| CD-ROM 2000 #2 | o | | | | o | o | o | o |
| CD-ROM 2000 #3 | o | | | | o | o | o | o |
| CD-ROM 2001 #1 | o | | | | o | o | o | o |
| CD-ROM 2001 #2 | o | | | | o | o | o | o |
| CD-ROM 2001 #3 | o | | | | o | o | o | o |
| CD-ROM 2001 #4 | o | | | | o | o | o | o |
| CD-ROM 2002 #1 | o | | | | o | o | o | 2,500 |
| CD-ROM 2002 #2 | o | | | | o | o | o | 2,500 |
| CD-ROM 2002 #3 | o | | | | o | o | o | 2,500 |
| CD-ROM 2002 #4 | o | | | | o | o | o | 2,500 |

Ex A (3)

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Development Expenses**

| | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| **Total Development Expense** | 27,500 | 635,000 | 690,000 | 840,000 | 840,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Development Expenses**

| Software | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Spuzzled | 27,500 | 0 | 0 | 0 | 0 |
| Spuzzled W/B | 0 | 0 | 0 | 0 | 0 |
| Jack's House | 0 | 0 | 0 | 0 | 0 |
| Jack's Attic | 0 | 0 | 0 | 0 | 0 |
| Gracie | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 1999 #1 | 0 | 150,000 | 0 | 0 | 0 |
| CD-ROM 1999 #2 | 0 | 150,000 | 0 | 0 | 0 |
| CD-ROM 1999 #3 | 0 | 0 | 0 | 0 | 0 |
| CD-ROM 2000 #1 | 0 | 0 | 150,000 | 0 | 0 |
| CD-ROM 2000 #2 | 0 | 0 | 150,000 | 0 | 0 |
| CD-ROM 2000 #3 | 0 | 0 | 150,000 | 0 | 0 |
| CD-ROM 2001 #1 | 0 | 0 | 0 | 150,000 | 0 |
| CD-ROM 2001 #2 | 0 | 0 | 0 | 150,000 | 0 |
| CD-ROM 2001 #3 | 0 | 0 | 0 | 150,000 | 0 |
| CD-ROM 2001 #4 | 0 | 0 | 0 | 150,000 | 0 |
| CD-ROM 2002 #1 | 0 | 0 | 0 | 0 | 150,000 |
| CD-ROM 2002 #2 | 0 | 0 | 0 | 0 | 150,000 |
| CD-ROM 2002 #3 | 0 | 0 | 0 | 0 | 150,000 |
| CD-ROM 2002 #4 | 0 | 0 | 0 | 0 | 150,000 |
| **Total Software** | 27,500 | 300,000 | 450,000 | 600,000 | 600,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Development Expenses

| Videos/Music | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| KC Workout | 0 | 0 | 0 | 0 | 0 |
| Journal | 0 | 0 | 0 | 0 | 0 |
| Home-CD | 0 | 0 | 0 | 0 | 0 |
| Home-cassette | 0 | 0 | 0 | 0 | 0 |
| KC Workout 2 | 0 | 50,000 | 0 | 0 | 0 |
| KC music-cassette | 0 | 25,000 | 0 | 0 | 0 |
| wrist band | 0 | 0 | 0 | 0 | 0 |
| Video 1999 #1 | 0 | 50,000 | 0 | 0 | 0 |
| Music 1999-CD#1 | 0 | 25,000 | 0 | 0 | 0 |
| Music 1999-Cassette#1 | 0 | 25,000 | 0 | 0 | 0 |
| Video 1999 #2 | 0 | 50,000 | 0 | 0 | 0 |
| Music 1999-CD#2 | 0 | 25,000 | 0 | 0 | 0 |
| Music 1999-Cassette#2 | 0 | 25,000 | 0 | 0 | 0 |
| Video 2000 #1 | 0 | 0 | 50,000 | 0 | 0 |
| Music 2000-CD#1 | 0 | 0 | 25,000 | 0 | 0 |
| Music 2000-Cassette#1 | 0 | 0 | 25,000 | 0 | 0 |
| Video 2000 #2 | 0 | 0 | 50,000 | 0 | 0 |
| Music 2000-CD#2 | 0 | 0 | 25,000 | 0 | 0 |
| Music 2000-Cassette#2 | 0 | 0 | 25,000 | 0 | 0 |
| Video 2001 #1 | 0 | 0 | 0 | 50,000 | 0 |
| Music 2001-CD#1 | 0 | 0 | 0 | 25,000 | 0 |
| Music 2001-Cassette#1 | 0 | 0 | 0 | 25,000 | 0 |
| Video 2001 #2 | 0 | 0 | 0 | 50,000 | 0 |
| Music 2001-CD#2 | 0 | 0 | 0 | 25,000 | 0 |
| Music 2001-Cassette#2 | 0 | 0 | 0 | 25,000 | 0 |
| Video 2002 #1 | 0 | 0 | 0 | 0 | 50,000 |
| Music 2002-CD#1 | 0 | 0 | 0 | 0 | 25,000 |
| Music 2002-Cassette#1 | 0 | 0 | 0 | 0 | 25,000 |
| Video 2002 #2 | 0 | 0 | 0 | 0 | 50,000 |
| Music 2002-CD#2 | 0 | 0 | 0 | 0 | 25,000 |
| Music 2002Cassette#2 | 0 | 0 | 0 | 0 | 25,000 |
| Total Videos | 0 | 150,000 | 100,000 | 100,000 | 100,000 |
| Total CDs | 0 | 50,000 | 50,000 | 50,000 | 50,000 |
| Total Cassettes | 0 | 75,000 | 50,000 | 50,000 | 50,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

**Development Expenses**

| | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| **Books** | | | | | |
| Too Much Teddy-HC | | | | | |
| Too Much Teddy-SC | | | | | |
| Wishing Star | | | | | |
| Going on a Ride | | | | | |
| Believe | | | | | |
| Five song Cassette | | | | | |
| HC Book 1999 #1 | | 20,000 | | | |
| HC Book 1999 #2 | | 20,000 | | | |
| HC Book 2000 #1 | | | 20,000 | | |
| HC Book 2000 #2 | | | 20,000 | | |
| HC Book 2001 #1 | | | | 20,000 | |
| HC Book 2001 #2 | | | | 20,000 | |
| HC Book 2002 #1 | | | | | 20,000 |
| HC Book 2002 #2 | | | | | 20,000 |
| Cookbook | | 20,000 | | | |
| **Total Books** | 0 | 60,000 | 40,000 | 40,000 | 40,000 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

| | | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| Sales Revenues | | 669,599 | 7,321,471 | 19,199,700 | 31,048,700 | 46,593,826 |
| | | | | | | |
| Operating Expenses: | | | | | | |
| Cost of Goods Sold | | 66,919 | 691,611 | 1,908,048 | 3,094,972 | 4,418,556 |
| Sales Rep Commissions | | 5,463 | 22,241 | 97,922 | 219,610 | 308,170 |
| Royalties | | 1,300 | 21,350 | 54,100 | 74,020 | 85,240 |
| New packaging - Spuzzled? | | 0 | | | | |
| Credit Card Expense @2.25% | 0.0225 | 12,766 | 164,733 | 431,993 | 698,596 | 1,048,361 |
| Debt Service | | 34,000 | | | | |
| Accounts Payable-Prior bills | | 24,500 | | | | |
| Warehousing | | 1,800 | 3,260 | 3,721 | 4,220 | 4,759 |
| Freight | | 9,356 | 40,425 | 174,720 | 368,410 | 529,900 |
| Development Expenses | | 25,000 | 635,000 | 690,000 | 840,000 | 840,000 |
| TV Pilot | | | | | | |
| Adv. Production Expenses | | 75,000 | 180,000 | 180,000 | 240,000 | 240,000 |
| Telemarketing | | 30,938 | 622,969 | 1,628,438 | 2,497,500 | 3,567,656 |
| Advertising/Eicoff Retainer | | 203,300 | 1,500,000 | 1,700,000 | 1,950,000 | 2,050,000 |
| | | | | | | |
| Total Operating Expenses | | 490,341 | 3,881,589 | 6,868,942 | 9,987,327 | 13,092,642 |
| | | | | | | |
| Operating Profit | | 179,258 | 3,439,882 | 12,330,758 | 21,061,373 | 33,501,184 |
| | | | | | | |
| General & Administrative: | | | | | | |
| Payroll | | 334,720 | 312,000 | 395,000 | 397,000 | 402,080 |
| Payroll Taxes | | 20,017 | 13,744 | 20,559 | 20,848 | 21,373 |
| Benefits | | 7,343 | 6,741 | 7,078 | 7,432 | 7,804 |
| COO Relocation | | 25,000 | 0 | 0 | 0 | 0 |
| Phone | | 14,400 | 15,120 | 15,876 | 16,670 | 17,503 |
| Utilities | | 4,800 | 5,040 | 5,292 | 5,557 | 5,834 |
| Rent | | 15,750 | 0 | 0 | 0 | 0 |
| Insurance | | 5,020 | 6,766 | 9,155 | 9,613 | 10,093 |
| Travel | | 22,500 | 12,000 | 20,000 | 24,000 | 24,000 |
| Public Relations | | 0 | 30,000 | 60,000 | 60,000 | 60,000 |
| Computer | | 8,750 | 0 | 0 | 2,000 | 2,000 |
| Supplies | | 4,500 | 2,400 | 2,400 | 2,400 | 2,400 |
| Web/Internet Presence Expansion | | 0 | 8,000 | 8,000 | 8,000 | 8,000 |
| Technical Support | | 14,000 | 25,200 | 26,460 | 27,783 | 29,172 |
| Professional Fees | | 36,000 | 12,000 | 12,000 | 12,000 | 12,000 |
| Total G&A | | 512,800 | 449,011 | 581,820 | 593,302 | 602,260 |
| | | | | | | |
| Net Income | | (333,542) | 2,990,871 | 11,748,939 | 20,468,071 | 32,898,924 |
| | | | | | | |
| Increase/(Decrease) Loans/Investment | | | | | | |
| beginning bank balance 1/1/98 | | | | | | |
| cashflow | | (333,542) | 2,657,329 | 14,406,268 | 34,874,338 | 67,773,262 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

*Monthly Operating* (handwritten)

| | | NOV 1998 | DEC 1998 | TOTAL 1998 |
|---|---|---|---|---|
| **Sales Revenues** | | 23,355 | 522,605 | 669,599 |
| | | | | |
| **Operating Expenses:** | | | | |
| Cost of Goods Sold | | 5,080 | 34,645 | 66,919 |
| Sales Rep Commissions | | 525 | 525 | 5,463 |
| Royalties | | 0 | 1,300 | 1,300 |
| New packaging - Spuzzled? | | 0 | 0 | 0 |
| Credit Card Expense @2.25% | 0.0225 | 525 | 11,759 | 12,766 |
| Debt Service | | 1,600 | 1,600 | 34,000 |
| Accounts Payable-Prior bills | | 10,000 | 10,000 | 24,500 |
| Warehousing | | 0 | 0 | 1,800 |
| Freight | | 1,400 | 1,400 | 9,356 |
| Development Expenses | | 5,000 | 0 | 25,000 |
| TV Pilot | | 0 | 0 | 0 |
| Adv. Production Expenses | | 75,000 | 0 | 75,000 |
| Telemarketing | | 0 | 30,938 | 30,938 |
| Advertising/Eicoff Retainer | | 0 | 200,000 | 203,300 |
| | | | | |
| **Total Operating Expenses** | | 99,130 | 292,166 | 490,341 |
| | | | | |
| **Operating Profit** | | (75,775) | 230,439 | 179,258 |
| | | | | |
| **General & Administrative:** | | | | |
| Payroll | | 23,333 | 23,333 | 334,720 |
| Payroll Taxes | | 591 | 591 | 20,017 |
| Benefits | | 535 | 535 | 7,343 |
| COO Relocation | | 0 | 0 | 25,000 |
| Phone | | 1,200 | 1,200 | 14,400 |
| Utilities | | 400 | 400 | 4,800 |
| Rent | | 0 | 0 | 15,750 |
| Insurance | | 535 | 535 | 5,020 |
| Travel | | 1,500 | 1,500 | 22,500 |
| Public Relations | | 0 | 0 | 0 |
| Computer | | 0 | 0 | 8,750 |
| Supplies | | 200 | 200 | 4,500 |
| Web/Internet Presence Expansion | | 0 | | 0 |
| Technical Support | | 2,000 | 2,000 | 14,000 |
| Professional Fees | | 3,000 | 3,000 | 36,000 |
| Total G&A | | 33,294 | 33,294 | 512,800 |
| | | | | |
| **Net Income** | | (109,070) | 197,145 | (333,542) |
| | | | | |
| Increase/(Decrease) Loans/Investment | | 375,000 | | |
| beginning bank balance 1/1/98 | | | | |
| cashflow | | 291,928 | 489,073 | |

*(handwritten annotations:)* 600/month (interest only) — Commercial

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

| | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | TOTAL |
|---|---|---|---|---|---|---|
| | | 1998 | 1998 | 1998 | 1998 | 1998 |
| | | | | | | |
| Sales Revenues | | 61,039 | 28,955 | 20,790 | 558,815 | 669,599 |
| | | | | | | |
| Operating Expenses: | | | | | | |
| Cost of Goods Sold | | 11,545 | 6,196 | 5,643 | 43,535 | 66,919 |
| Sales Rep Commissions | | 3,433 | 805 | 175 | 1,050 | 5,463 |
| Royalties | | 0 | 0 | 0 | 1,300 | 1,300 |
| New packaging - Spuzzled? | | 0 | 0 | 0 | 0 | 0 |
| Credit Card Expense @2.25% | 0.0225 | 0 | 0 | 193 | 12,573 | 12,766 |
| Debt Service | | | | 29,200 | 4,800 | 34,000 |
| Accounts Payable-Prior bills | | 0 | 0 | 4,500 | 20,000 | 24,500 |
| Warehousing | | 675 | 675 | 450 | 0 | 1,800 |
| Freight | | 2,268 | 1,680 | 1,558 | 3,850 | 9,356 |
| Development Expenses | | 0 | 20,000 | 0 | 5,000 | 25,000 |
| TV Pilot | | | | | | |
| Adv. Production Expenses | | 0 | 0 | 0 | 75,000 | 75,000 |
| Telemarketing | | 0 | 0 | 0 | 30,938 | 30,938 |
| Advertising/Eicoff Retainer | | 0 | 0 | 0 | 203,300 | 203,300 |
| | | | | | | |
| Total Operating Expenses | | 17,921 | 29,356 | 41,718 | 401,346 | 490,341 |
| | | | | | | |
| Operating Profit | | 43,118 | (401) | (20,928) | 157,469 | 179,258 |
| | | | | | | |
| General & Administrative: | | | | | | |
| Payroll | | 80,598 | 120,135 | 66,487 | 67,500 | 334,720 |
| Payroll Taxes | | 7,865 | 8,733 | 1,935 | 1,484 | 20,017 |
| Benefits | | 2,000 | 2,130 | 1,609 | 1,605 | 7,343 |
| COO Relocation | | 0 | 10,000 | 15,000 | 0 | 25,000 |
| Phone | | 3,600 | 3,600 | 3,600 | 3,600 | 14,400 |
| Utilities | | 1,200 | 1,200 | 1,200 | 1,200 | 4,800 |
| Rent | | 6,750 | 6,750 | 2,250 | 0 | 15,750 |
| Insurance | | 960 | 960 | 1,495 | 1,605 | 5,020 |
| Travel | | 3,000 | 9,000 | 6,000 | 4,500 | 22,500 |
| Public Relations | | 0 | 0 | 0 | 0 | 0 |
| Computer | | 750 | 6,000 | 2,000 | 0 | 8,750 |
| Supplies | | 1,500 | 1,500 | 900 | 600 | 4,500 |
| Web/Internet Presence Expansion | | | | | 0 | 0 |
| Technical Support | | 0 | 2,000 | 6,000 | 6,000 | 14,000 |
| Professional Fees | | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| Total G&A | | 117,223 | 181,008 | 117,475 | 97,094 | 512,800 |
| | | | | | | |
| Net Income | | (74,105) | (181,409) | (138,403) | 60,375 | (333,542) |
| | | | | | | |
| Increase/(Decrease) Loans/Investment | | | | | | |
| beginning bank balance 1/1/98 | | 433,715 | | | | |
| cashflow | | 359,610 | 178,201 | 39,797 | 100,173 | |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

| | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | TOTAL |
|---|---|---|---|---|---|---|
| | | 1999 | 1999 | 1999 | 1999 | 1999 |
| | | | | | | |
| Sales Revenues | | 798,906 | 561,445 | 2,223,805 | 3,737,315 | 7,321,471 |
| | | | | | | |
| Operating Expenses: | | | | | | |
| Cost of Goods Sold | | 53,383 | 42,126 | 211,824 | 384,279 | 691,611 |
| Sales Rep Commissions | | 1,229 | 1,754 | 4,180 | 15,078 | 22,241 |
| Royalties | | 1,560 | 1,430 | 6,720 | 11,640 | 21,350 |
| New packaging - Spuzzled? | | 6000 | | | | |
| Credit Card Expense @2.25% | 0.0225 | 17,975 | 12,633 | 50,036 | 84,090 | 164,733 |
| Debt Service | | | | | | |
| Accounts Payable-Prior bills | | | | | | |
| Warehousing | | 709 | 851 | 851 | 851 | 3,260 |
| Freight | | 2,555 | 3,045 | 12,565 | 22,260 | 40,425 |
| Development Expenses | | 0 | 325,000 | 310,000 | 0 | 635,000 |
| TV Pilot | | | | | | |
| Adv. Production Expenses | | 30,000 | 30,000 | 60,000 | 60,000 | 180,000 |
| Telemarketing | | 50,625 | 37,969 | 191,250 | 343,125 | 622,969 |
| Advertising/Eicoff Retainer | | 300,000 | 200,000 | 400,000 | 600,000 | 1,500,000 |
| | | | | | | |
| Total Operating Expenses | | 464,036 | 654,807 | 1,247,425 | 1,521,321 | 3,881,589 |
| | | | | | | |
| Operating Profit | | 334,870 | (93,362) | 976,380 | 2,215,994 | 3,439,882 |
| | | | | | | |
| General & Administrative: | | | | | | |
| Payroll | | 70,500 | 70,500 | 85,500 | 85,500 | 312,000 |
| Payroll Taxes | | 5,540 | 2,537 | 3,001 | 2,666 | 13,744 |
| Benefits | | 1,685 | 1,685 | 1,685 | 1,685 | 6,741 |
| COO Relocation | | 0 | 0 | 0 | 0 | 0 |
| Phone | | 3,780 | 3,780 | 3,780 | 3,780 | 15,120 |
| Utilities | | 1,260 | 1,260 | 1,260 | 1,260 | 5,040 |
| Rent | | 0 | 0 | 0 | 0 | 0 |
| Insurance | | 1,605 | 1,606 | 1,605 | 1,950 | 6,766 |
| Travel | | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Public Relations | | 0 | 0 | 15,000 | 15,000 | 30,000 |
| Computer | | 0 | 0 | 0 | 0 | 0 |
| Supplies | | 600 | 600 | 600 | 600 | 2,400 |
| Web/Internet Presence Expansion | | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| Technical Support | | 6,300 | 6,300 | 6,300 | 6,300 | 25,200 |
| Professional Fees | | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Total G&A | | 99,270 | 96,269 | 126,731 | 126,741 | 449,011 |
| | | | | | | |
| Net Income | | 235,599 | (189,630) | 849,649 | 2,089,253 | 2,990,871 |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

| | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | TOTAL |
|---|---|---|---|---|---|---|
| | | 2000 | 2000 | 2000 | 2000 | 2000 |
| | | | | | | |
| **Sales Revenues** | | 2,680,810 | 1,718,710 | 5,810,695 | 8,989,485 | 19,199,700 |
| | | | | | | |
| **Operating Expenses:** | | | | | | |
| Cost of Goods Sold | | 298,980 | 183,763 | 565,267 | 860,039 | 1,908,048 |
| Sales Rep Commissions | | 11,821 | 9,986 | 27,030 | 49,086 | 97,922 |
| Royalties | | 8,880 | 5,820 | 15,640 | 23,760 | 54,100 |
| New packaging - Spuzzled? | | | | | | |
| Credit Card Expense @2.25% | 0.0225 | 60,318 | 38,671 | 130,741 | 202,263 | 431,993 |
| Debt Service | | | | | | |
| Accounts Payable-Prior bills | | | | | | |
| Warehousing | | 744 | 893 | 1,042 | 1,042 | 3,721 |
| Freight | | 26,180 | 20,860 | 52,815 | 74,865 | 174,720 |
| Development Expenses | | 175,000 | 345,000 | 170,000 | 0 | 690,000 |
| TV Pilot | | | | | | |
| Adv. Production Expenses | | 30,000 | 30,000 | 60,000 | 60,000 | 180,000 |
| Telemarketing | | 255,938 | 151,875 | 483,750 | 736,875 | 1,628,438 |
| Advertising/Eicoff Retainer | | 300,000 | 200,000 | 500,000 | 700,000 | 1,700,000 |
| | | | | | | |
| **Total Operating Expenses** | | 1,167,860 | 986,867 | 2,006,285 | 2,707,930 | 6,868,942 |
| | | | | | | |
| **Operating Profit** | | 1,512,950 | 731,843 | 3,804,411 | 6,281,555 | 12,330,758 |
| | | | | | | |
| **General & Administrative:** | | | | | | |
| Payroll | | 98,750 | 98,750 | 98,750 | 98,750 | 395,000 |
| Payroll Taxes | | 8,887 | 4,313 | 3,679 | 3,679 | 20,559 |
| Benefits | | 1,770 | 1,770 | 1,770 | 1,770 | 7,078 |
| COO Relocation | | 0 | 0 | 0 | 0 | 0 |
| Phone | | 3,969 | 3,969 | 3,969 | 3,969 | 15,876 |
| Utilities | | 1,323 | 1,323 | 1,323 | 1,323 | 5,292 |
| Rent | | 0 | 0 | 0 | 0 | 0 |
| Insurance | | 2,030 | 2,375 | 2,375 | 2,375 | 9,155 |
| Travel | | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| Public Relations | | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| Computer | | 0 | 0 | 0 | 0 | 0 |
| Supplies | | 600 | 600 | 600 | 600 | 2,400 |
| Web/Internet Presence Expansion | | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| Technical Support | | 6,615 | 6,615 | 6,615 | 6,615 | 26,460 |
| Professional Fees | | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Total G&A | | 148,943 | 144,715 | 144,081 | 144,081 | 581,820 |
| | | | | | | |
| **Net Income** | | 1,364,007 | 587,128 | 3,660,330 | 6,137,474 | 11,748,939 |
| | | | | | | |
| Increase/(Decrease) Loans/Investment | | | | | | |
| beginning bank balance 1/1/98 | | | | | | |
| cashflow | | 4,837,951 | 5,425,079 | 9,085,409 | 15,222,883 | |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

| | | QTR 1 2001 | QTR 2 2001 | QTR 3 2001 | QTR 4 2001 | TOTAL 2001 |
|---|---|---|---|---|---|---|
| **Sales Revenues** | | 5,279,380 | 3,311,655 | 9,136,320 | 13,321,345 | 31,048,700 |
| | | | | | | |
| **Operating Expenses:** | | | | | | |
| Cost of Goods Sold | | 550,396 | 336,980 | 903,296 | 1,304,300 | 3,094,972 |
| Sales Rep Commissions | | 30,544 | 27,404 | 62,979 | 98,683 | 219,610 |
| Royalties | | 14,760 | 6,380 | 21,720 | 31,160 | 74,020 |
| New packaging - Spuzzled? | | | | | | |
| Credit Card Expense @2.25% | 0.0225 | 118,786 | 74,512 | 205,567 | 299,730 | 698,596 |
| Debt Service | | | | | | |
| Accounts Payable-Prior bills | | | | | | |
| Warehousing | | 781 | 1,094 | 1,250 | 1,094 | 4,220 |
| Freight | | 62,720 | 50,330 | 109,620 | 145,740 | 368,410 |
| Development Expenses | | 175,000 | 420,000 | 245,000 | 0 | 840,000 |
| TV Pilot | | | | | | |
| Adv. Production Expenses | | 30,000 | 30,000 | 90,000 | 90,000 | 240,000 |
| Telemarketing | | 461,250 | 250,313 | 728,438 | 1,057,500 | 2,497,500 |
| Advertising/Eicoff Retainer | | 350,000 | 200,000 | 600,000 | 800,000 | 1,950,000 |
| | | | | | | |
| **Total Operating Expenses** | | 1,794,237 | 1,397,013 | 2,967,870 | 3,828,207 | 9,987,327 |
| | | | | | | |
| **Operating Profit** | | 3,485,143 | 1,914,642 | 6,168,450 | 9,493,138 | 21,061,373 |
| | | | | | | |
| **General & Administrative:** | | | | | | |
| Payroll | | 99,250 | 99,250 | 99,250 | 99,250 | 397,000 |
| Payroll Taxes | | 8,925 | 4,488 | 3,718 | 3,718 | 20,848 |
| Benefits | | 1,858 | 1,858 | 1,858 | 1,858 | 7,432 |
| COO Relocation | | 0 | 0 | 0 | 0 | 0 |
| Phone | | 4,167 | 4,167 | 4,167 | 4,167 | 16,670 |
| Utilities | | 1,389 | 1,389 | 1,389 | 1,389 | 5,557 |
| Rent | | 0 | 0 | 0 | 0 | 0 |
| Insurance | | 2,132 | 2,494 | 2,494 | 2,494 | 9,613 |
| Travel | | 6,000 | 6,000 | 6,000 | 6,000 | 24,000 |
| Public Relations | | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| Computer | | 500 | 500 | 500 | 500 | 2,000 |
| Supplies | | 600 | 600 | 600 | 600 | 2,400 |
| Web/Internet Presence Expansion | | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| Technical Support | | 6,946 | 6,946 | 6,946 | 6,946 | 27,783 |
| Professional Fees | | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Total G&A | | 151,767 | 147,692 | 146,922 | 146,922 | 593,302 |
| | | | | | | |
| **Net Income** | | 3,333,376 | 1,766,950 | 6,021,529 | 9,346,216 | 20,468,071 |
| | | | | | | |
| Increase/(Decrease) Loans/Investment | | | | | | |
| beginning bank balance 1/1/98 | | | | | | |
| cashflow | | 18,556,259 | 20,323,209 | 26,344,737 | 35,690,953 | |

**Kids Count Entertainment, L.L.C.**
**Business Plan Projections**

Statement of Income

| | | QTR 1 | QTR 2 | QTR 3 | QTR 4 | TOTAL |
|---|---|---|---|---|---|---|
| | | 2002 | 2002 | 2002 | 2002 | 2002 |
| | | | | | | |
| Sales Revenues | | 10,126,770 | 4,684,426 | 12,699,725 | 19,082,905 | 46,593,826 |
| | | | | | | |
| Operating Expenses: | | | | | | |
| Cost of Goods Sold | | 936,039 | 476,585 | 1,231,713 | 1,774,220 | 4,418,556 |
| Sales Rep Commissions | | 46,666 | 42,191 | 89,269 | 130,045 | 308,170 |
| Royalties | | 17,240 | 7,520 | 25,480 | 35,000 | 85,240 |
| New packaging - Spuzzled? | | | | | | |
| Credit Card Expense @2.25% | 0.0225 | 227,852 | 105,400 | 285,744 | 429,365 | 1,048,361 |
| Debt Service | | | | | | |
| Accounts Payable-Prior bills | | | | | | |
| Warehousing | | 985 | 1,313 | 1,313 | 1,149 | 4,759 |
| Freight | | 94,990 | 76,510 | 156,555 | 201,845 | 529,900 |
| Development Expenses | | 175,000 | 420,000 | 245,000 | 0 | 840,000 |
| TV Pilot | | | | | | |
| Adv. Production Expenses | | 30,000 | 30,000 | 90,000 | 90,000 | 240,000 |
| Telemarketing | | 812,813 | 341,719 | 975,938 | 1,437,188 | 3,567,656 |
| Advertising/Eicoff Retainer | | 350,000 | 200,000 | 650,000 | 850,000 | 2,050,000 |
| | | | | | | |
| Total Operating Expenses | | 2,691,583 | 1,701,236 | 3,751,011 | 4,948,812 | 13,092,642 |
| | | | | | | |
| Operating Profit | | 7,435,187 | 2,983,190 | 8,948,714 | 14,134,093 | 33,501,184 |
| | | | | | | |
| General & Administrative: | | | | | | |
| Payroll | | 100,520 | 100,520 | 100,520 | 100,520 | 402,080 |
| Payroll Taxes | | 9,030 | 4,714 | 3,815 | 3,815 | 21,373 |
| Benefits | | 1,951 | 1,951 | 1,951 | 1,951 | 7,804 |
| COO Relocation | | 0 | 0 | 0 | 0 | 0 |
| Phone | | 4,376 | 4,376 | 4,376 | 4,376 | 17,503 |
| Utilities | | 1,459 | 1,459 | 1,459 | 1,459 | 5,834 |
| Rent | | 0 | 0 | 0 | 0 | 0 |
| Insurance | | 2,238 | 2,618 | 2,618 | 2,618 | 10,093 |
| Travel | | 6,000 | 6,000 | 6,000 | 6,000 | 24,000 |
| Public Relations | | 15,000 | 15,000 | 15,000 | 15,000 | 60,000 |
| Computer | | 500 | 500 | 500 | 500 | 2,000 |
| Supplies | | 600 | 600 | 600 | 600 | 2,400 |
| Web/Internet Presence Expansion | | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| Technical Support | | 7,293 | 7,293 | 7,293 | 7,293 | 29,172 |
| Professional Fees | | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| Total G&A | | 153,966 | 150,031 | 149,132 | 149,132 | 602,260 |
| | | | | | | |
| Net Income | | 7,281,220 | 2,833,159 | 8,799,582 | 13,984,962 | 32,898,924 |
| | | | | | | |
| Increase/(Decrease) Loans/Investment | | | | | | |
| beginning bank balance 1/1/98 | | | | | | |
| cashflow | | 42,972,174 | 45,805,333 | 54,604,916 | 68,589,877 | |

## Financial Plan Assumptions

### Unit Sales and Revenues

- The Company currently sells two software titles and plans to release one new software title in 1st Qtr. 1999. Additionally, two new software titles will be released in 1999 (3rd and 4th quarters), three in 2000 (same release profile), four in 2001 (same release profile except two in the 4th quarter) and four titles in 2002 (same profile as 2001).

- The Company currently sells one workout video along with music (CD and cassette) and plans to release two videos along with music cassette/CD in 1999 (3rd, 4th quarters). Plans for the release of new titles include two per year (same release profile) in each year 2000 through 2002. CDs and cassettes will be bundled with videos when sold directly but will be sold separately via retail stores and catalogs. Additionally, unit and sales numbers only reflect two new releases of each product category although the company plans to produce and release three titles. Developmental costs reflect the three new releases, per category, each year.

- The Company plans to release two hard cover titles per year (one 3rd quarter, one 4th quarter) in each year 1999 through 2002. A soft cover cookbook will be released in the 3rd quarter of 1999.

- Unit sales of CD-ROM titles are typically seasonal with a relatively strong 1st quarter (reflecting computer purchases made during the holiday season), a relatively slower 2nd quarter, a 3rd quarter similar to the 1st quarter and the 4th quarter showing the strongest sales. Although new releases generally show relatively strong sales in the first months of release, the projections conservatively assume strong brand awareness does not materialize until two quarters have elapsed. During the first quarter of release unit sales are projected to be approximately 75-80% of normal, growing to 85-90% in the second quarter. Similar growth profiles are assumed for both videos and books.

- Unit sales of software (CD-ROM's) sold directly will grow 10-20% annually (quarter vs. comparable quarter one year prior) for the first three years and thereafter will fade 20-25% annually. Retail unit sales are assumed not to fade, but the retail price will be reduced 33% when the title reaches its third year of existence. Catalog sales are assumed to fade 10-20% in the third year of life.

- The Company plans to hire a VP Sales & Marketing 1st quarter 2000 and plans to capitalize on brand awareness built through direct sales beginning 3rd quarter 2000; normal rate of sales will be achieved in 1st quarter 2001.

11/05/98

## Cost of Goods Sold

- Manufacturing costs will continue to drop as the market becomes more competitive, but for conservatism, cost estimates have been held constant over the life of the Plan.

- CD-ROMs (software) and CDs (music) are costed assuming through the life of the product the minimal order quantity (2500 lots) will be purchased from the supplier due to quick turnaround time and to facilitate new version releases.  In reality, once the title is mature, the release of newer versions will be less frequent, permitting larger order quantities and lowering the cost of goods sold by 2-3%.    Other components, e.g., manual, jewel case, box, etc. are ordered in larger quantities which normally represent less than one quarter's shipments.

- When bundling titles via direct sales channel, COG's reflect fully loaded CD-ROM's packaged in retail box.  Products will be distributed in minimal packaging costing roughly .76 vs. $2.54 per unit.  Projections reflect higher COG's.

- Music for video/music packages (direct sales) is costed conservatively, assuming 50% CDs (40% higher cost vs. cassettes) and 50% cassettes although the actual sales split is likely to be similar to retail, i.e. 60-67% cassettes.  This would have the impact of increasing gross margins on this product by approximately 3-5%.


## Other Income (Expense)

- Revenues from OEM bundling have been $13k (Dec '97) and between $5.6K-$3.5K (Jan '98-current) from Gateway ($4.00 per unit). Although, the Company is currently featured in Gateway's bundle and other potential bundling agreements with Intel, Creative Labs, Phillips and Compaq are under discussion, OEM revenues are not reflected in Unit Sales.

- The Company has recently struck a deal with NAC Marketing to sell all current products during a 30-minute radio informercial.  NAC Marketing anticipates sales growing to 10,000 packages producing very substantial reveunes, between $280,000 - $357,000 per month.  No figures from NAC are reflected in the plan – since this deal was just solidified.

- The Company projects that funds generated by operations will be sufficient to meet all working capital requirements and operating expenses beginning in June of 1999.

- Additionally, the cash generated from operations during the years 1999 through 2002 will produce interest income of approximately $9K in 1999, $240K in 2000, $890K in 2001, and $2.0 million in 2002, again assuming no capital distributions are made. **(NEED TO CHECK)**  The financial projections, however, do not include any interest income throughout the Plan period.

11/05/98

## Operating Expenses

- Sales Rep commissions of 5% of revenues for retail, 10% for QVC.

- Artist's royalties of $.0350 per song if Operating Profit is 75-100% of retail price
  $.0175 per song if Operating Profit is 50-75% of retail price
  $.0000 if Operating Profit is below 50% of retail price

  factored down to $.02 per song (13 songs on Home CD, 10 songs on other CDs/cassettes).

- Freight costs are based on weight of shipments for catalog and retail sales only. Direct and QVC Sales customers will pay for freight and shipping and handling.

- Warehousing costs for 1998 are based on the number of pallets used to store goods. The quantities of pallets used are based on the volume of sales and assume the current capacity is adequate to support a sales volume of $4-6 million per quarter. Based on assumptions used in the COGS estimates, up to a quarter of the annual sales may be stored at one time, although inventory will be closely managed and duplicated "just-in-time". The Company's operations and warehousing are located in a 25,000 square foot facility. The company is not being charged for warehousing.

- Development costs (includes design and film for packaging):

  Software (CD-ROM)--$150K; expensed during two months prior to first revenues from title
  Spuzzled? (CD-ROM)--$50K expenses in 1998 2nd quarter, $20K 3rd quarter
  Music (CD/cassette)--$50K; expensed during three months prior to first revenues
  Video--$50K; expensed during three months prior to first revenues
  Books (Hard Cover)--$40K expensed during three months prior to first revenues
  Books (Soft Cover)--$15K expensed during three months prior to first revenues
  Kids Count Workout 2 (Video)--$50K expensed in 1999 2nd quarter
  Kids Count Workout 2 (Music)--$25K expensed in 1999 2nd quarter; included with video
  Existing titles -- previously developed in 1997

117

11/05/98

Production costs are assumed to be $30K per commercial spot based on quotes given the Company. The Company plans to produce two spots during the 4th quarter of 1998. Six spots during 1999 and 2000, seven during 2001 and 2002.

- Telemarketing expenses of $2.81 per unit sale of direct sale products are assumed. This reflects a cost of $2.25 per call handled and an 80% conversion rate.

## General & Administrative Expenses

- The Company currently employs a President.

- Payroll expenses are based on current headcount and the hire of:

    - Operations Manger                    (11/98)

    - V.P. Sales & Marketing              (6/99)

    - Producer                                    (1/2000)

- Payroll taxes are based on current rates and bases which are assumed to rise by 4% annually.  No increases in Federal and State unemployment tax rates or bases were assumed.  The maximum experience rate for State unemployment taxes was assumed.

- Benefits include individual health insurance coverage.  The President receives family coverage.    Expenses are based on current rates, annual 5% increases, and the assumption that all future hires are females (to reflect the higher insurance cost).  (All employees have a ninety-day period before insurance is in effect and will receive individual coverage.)

- All other G&A costs are assumed to be expensed.  Production and development costs which may be capitalized over the expected useful life of the products are assumed to be expensed to reflect a more conservative income statement.

## Please Note

Need to make an adjustment in "debt service" 1999.  Please speak with Vicki regarding this. Thanks!

11/05/98