IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. Plaintiffs, | ) ) ) ) | |
| | ) | |
| vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, Defendant. | ) ) | Judge Goldgar |

## **MOTION FOR LEAVE TO FILE AFFIDAVITS**

Now come the plaintiffs, Rollin J. Soskin, Eugene Terry, Nicole Terry and Terry's Company, Inc., by and through their attorney, Thomas C. Crooks, and asks leave to submit executed affidavits in support of plaintiffs' opposition to motion for summary judgment. In support of this motion, plaintiffs state as follows:

1. At the time of the filing of plaintiffs' opposition to defendant's motion for summary judgment certain affidavits were attached as exhibits, but were as yet unsigned.

2. Since the filing of the motion plaintiffs have received executed copies of the affidavits of Rollin J. Soskin, Peter Abruzzo, and Robert Blagman. (See attached affidavits.)

Wherefore, plaintiffs pray they be granted leave to file the affidavits of Rollin J. Soskin, Peter Abruzzo, and Robert Blagman in support of plaintiff's opposition to defendant's motion for summary judgment.

                                            Respectfully submitted,

                                            /s/ Thomas C. Crooks
                                           Thomas C. Crooks,
                                           Attorney for Plaintiffs

Thomas C. Crooks
Attorney for Plaintiffs
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602-4298
Office (312) 641-2260
Facsimile (312) 641-5220