IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| | |
| ROLLIN J. SOSKIN, EUGENE ) | |
| TERRY, NICOLE TERRY and ) | |
| TERRY'S COMPANY, INC. ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Adversary Proceeding |
| ) | No. 04 A 3774 |
| ) | |
| VICKI E. ESRALEW, ) | Judge Goldgar |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Cohen & Krol                                   Office of the U.S. Trustee
      105 W. Madison Street, Suite 1100              227 W. Monroe Street, Suite 3350
      Chicago, IL 60606                              Chicago, IL 60606

PLEASE TAKE NOTICE that on April 24, 2006 at 9:30 a.m. I shall appear before the Honorable Judge Goldgar in United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Room 613, Chicago, Illinois, and present Motion for Leave to File Affidavits.

/s/ Thomas C. Crooks
Thomas C. Crooks
Attorney for the Plaintiffs

Thomas C. Crooks
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602-4298
Office (312) 641-2260
Facsimile (312) 641-5220

CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2006 I electronically filed the foregoing Plaintiff's Motion for Leave to File Affidavits and Notice of Motion with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Cohen & Krol | Office of the U.S. Trustee |
| 105 W. Madison Street, Suite 1100 | 227 W. Monroe Street, Suite 3350 |
| Chicago, IL 60606 | Chicago, IL 60606 |

      /s/ Thomas C. Crooks
      Thomas C. Crooks
      Attorney for the Plaintiffs

Thomas C. Crooks
Attorney for Plaintiffs
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602-4298
Office (312) 641-2260
Facsimile (312) 641-5220