IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. Plaintiffs, | ) ) ) ) | |
| | ) | |
| vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, Defendant. | ) ) | Judge Goldgar |

## **ORDER**

This cause comes before the court on plaintiffs' Motion for Leave to File Affidavits. The court being fully advised in the premises, IT IS HEREBY ORDERED:

Plaintiff is granted leave to file the executed affidavits of Rollin J. Soskin, Peter Abruzzo, and Robert Blagman in support of plaintiff's opposition to defendant's motion for summary judgment.

_____           _____
    Dated                                    J U D G E