# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** A. Benjamin Goldgar        **Hearing Date** May 3, 2006

**Bankruptcy Case** Vicki Esralew        No. 04 B 24393

**Brief Statement of Motion**

Soskin, et al. v. Esralew, 04 A 3774

Order resetting ruling date on defendant's motion for summary judgment

**Names and Addresses of moving counsel**

**Representing**

## ORDER

On the court's own motion, the ruling on the motion of defendant Vicki Esralew for summary judgment is reset May 24, 2006, to July 10, 2006 at 10:00 a.m. The May 24, 2006 ruling date is stricken. A copy of this order will be sent to counsel for the parties by regular mail.