## Certificate of Service

Case No. 04 B 24393      Case Name: Vicki Esralew

(04 A 03774 - Rollin J. Soskin, et al. vs. Vicki E. Esralew, et al.

I, Nancy Castellano, Courtroom Deputy to Judge A. Benjamin Goldgar, hereby certify that on May 4, 2006 I caused to be served via First Class Mail a true and correct copy of Minute Order dated May 3, 2006 addressed to each of the following named individuals:

Thomas C. Crooks
3 First National Plaza
Suite 1950
Chicago, Illinois 60602

Gina B. Krol, Esq.
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602

Dated: May 4, 2006

_____
Nancy Castellano
Courtroom Deputy