**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | June 28, 2006 |
| **Bankruptcy Case** | Vicki E. Esralew | | No. 04 B 24393 |
| | Soskin v. Esralew, No. 04 A 3774 | | |

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

On the court's own motion, the ruling date on the pending motion of debtor for summary judgment is reset from July 10, 2006, to August 23, 2006, at 10:00 a.m. A copy of this order will be mailed to counsel of record.

*[signature]*

## Certificate of Service

Case No. 04 B 24393        Case Name: Vicki E. Esralew

(04 A 03774 - Rollin J. Soskin, Eugene Terry, Nicole Terry and Terry's Company, Inc.
vs. Vicki E. Esralew

I, Nancy Castellano, Courtroom Deputy to Judge A. Benjamin Goldgar, hereby certify that on June 29, 2006 I caused to be served via First Class Mail a true and correct copy of Minute Order dated June 28, 2006 addressed to each of the following named individuals:

Thomas C. Crooks
Three First National Plaza
Suite 1950
Chicago, Illinois 60602

Linda M. Kujaca
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602

Dated: June 29, 2006

Nancy Castellano
Courtroom Deputy