IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**AUG 2 3 2006**

**Judge A. Benjamin Goldgar**
**United States Bankruptcy Court**

| | | |
|---|---|---|
| IN RE: VICKI E. ESRALEW, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | 04 B 24393 |
| | ) | |
| ROLLIN SOSKIN, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| V. | ) | 04 A 03774 |
| | ) | |
| VICKI E. ESRALEW, et al, | ) | Judge A. Benjamin Goldgar |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Nancy Castellano, Courtroom Deputy to the Honorable A. Benjamin Goldgar, hereby certify that I caused to be mailed the attached Final Pretrial Order dated August 23, 2006 the parties listed below.

Thomas C. Crooks
3 First National Plaza
Suite 1950
Chicago, Illinois 60602

Gina B. Krol, Esq.
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, Illinois 60602

Dated: August 23, 2006

_____
Nancy Castellano
Courtroom Deputy