**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | August 23, 2006 |
| **Bankruptcy Case** | 04 B 24393 | **Adversary No.** | 04 A 03774 |
| **Title of Case** | Rollin J. Soskin, et al., vs. Vicki E. Esralew, et al. | | |

**Brief Statement of Motion:** Motion for Summary Judgment in Favor of Vicki E. Esralew and Against Plaintiffs

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

For the reasons stated on the record in open court on August 23, 2006, the motion for summary judgment is denied.

[signature]