IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VICKI E. ESRALEW,** | ) | No. 04 B 24393 |
| | ) | |
| Debtor(s). | ) | Adv. 04 A 3774 |

**N O T I C E**

TO:    Thomas C. Crooks, Three First National Plaza, 70 W. Madison St., Ste 1950, Chicago, IL 60602 (Fax: 312/641-5220)
Carey M. Stein, Ashman & Stein, 150 N. Wacker Dr., Ste 3000, Chicago, IL 60606 (Fax: 312/782-4279)
Vicki E. Esralew, 1735 RFD Country Club Dr., Long Grove, IL 60017 (Fax: 847/550-0810)

PLEASE TAKE NOTICE that on the 30th day of August, 2006, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **A. BENJAMIN GOLDGAR,** Bankruptcy Judge, in the Courtroom usually assigned to him, No. 613, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be sitting in his place and stead and shall then and there present the attached Application, at which time and place you may appear, if you so see fit.

/s/   Gina B. Krol
GINA B. KROL
105 W. Madison St., Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS    )
                                  ) SS
COUNTY OF COOK    )

GINA B. KROL, on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above, by telecopier, this 24th day of August, 2006

.                                                                       /s/   Gina B. Krol

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VICKI E. ESRALEW,** | ) | No.  04 B 24393 |
| | ) | |
| Debtor(s). | ) | |

### MOTION TO WITHDRAW AS ATTORNEYS FOR DEBTOR

TO THE HONORABLE **A. BENJAMIN GOLDGAR,**
   BANKRUPTCY JUDGE

Now comes GINA B. KROL and COHEN & KROL, moving this Court for authority to withdraw as attorney for Debtor, and in support states as follows:

1. That on June 29, 2004, COHEN & KROL filed a voluntary petition under Chapter 7 of the Bankruptcy Code on behalf of the above-named Debtor.

2. That the Debtor has now requested that GINA B. KROL and COHEN & KROL withdraw representation in this case.

3. That Debtor has now retained a new attorney to represent her in the pending Chapter 7 proceeding.

WHEREFORE, GINA B. KROL and COHEN & KROL, respectfully request that this Honorable Court allow GINA B. KROL and COHEN & KROL to withdraw as attorneys for the Debtor, and for such other and further relief as the Court shall deem proper.

GINA B. KROL
JOSEPH E. COHEN
LINDA M. KUJACA
COHEN & KROL     /s/   GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
(312) 368-0300