IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **VICKI E. ESRALEW,** | ) | No. 04 B 24393 |
| | ) | |
| Debtor(s). | ) | Adv. 04 A 3774 |

## ORDER TO WITHDRAW AS ATTORNEYS FOR DEBTOR

IN CHICAGO, ILLINOIS, IN SAID DISTRICT AND DIVISION
BEFORE THE HONORABLE **A. BENJAMIN GOLDGAR**, BANKRUPTCY JUDGE
THIS 30th DAY OF AUGUST, 2006

This cause coming on to be heard upon the Motion of GINA B. KROL and COHEN & KROL, to Withdraw as Attorneys for Debtor, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that GINA B. KROL and COHEN & KROL, are hereby allowed to withdraw as attorneys for the Debtor.

GINA B. KROL
JOSEPH E. COHEN
LINDA M. KUJACA
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
(312) 368-0300

_____
BANKRUPTCY JUDGE

**3 0 AUG 2006**