IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW | ) |
| Debtor, | ) |
| | |
| ROLLIN SOSKIN, et. al. | ) |
| Plaintiffs | ) No. 04 A 3774 |
| v. | ) Judge Goldgar |
| VICKI ESRALEW | ) |
| Defendant | ) |

**NOTICE OF MOTION**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 15 2006

KENNETH S. GARDNER, CLERK
PS REP. - RD

TO:   Thomas Crooks
      Three First National Plaza
      70 W. Washington
      Suite 1950
      Chicago, IL. 60602
      (Fax: 312-641-5220)

On __9/20/06__, at 9:30 a. m., or as soon thereafter as counsel may be heard, I shall appear before the Hon. Judge A. Benjamin Goldgar or any judge sitting in his stead, in the courtroom usually assigned to him, Room 613, at 219 South Dearborn, Chicago, Illinois 60604, and present then and there Defendant's Motion to Continue Trial Date, a copy of which is herewith served upon you.

_____
One of her Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\continue.not.wpd

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of this Notice to the aforesaid person(s) by fax and at the aforesaid address by First Class mail, by depositing the same in the U.S. Mail at 150 North Wacker Drive, Chicago, Illinois 60606 before 5:00 p.m. on the 15th day of September, 2006.

        Thomas Crooks
        Three First National Plaza
        70 W. Washington
        Suite 1950
        Chicago, IL 60602
        (Fax: 312-641-5220)

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\continue.not.wpd

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| VICKI ESRALEW | ) ) ) ) | |
| Debtor, | ) ) ) | |
| ROLLIN SOSKIN, et. al. | ) ) ) | |
| Plaintiffs | ) ) | No. 04 A 3774 |
| v. | ) ) ) | Judge Goldgar |
| VICKI ESRALEW | ) ) ) | |
| Defendant | ) | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 15 2006
KENNETH S. GARDNER, CLERK
PS REP. - RD

### DEFENDANT'S MOTION TO CONTINUE TRIAL DATE

NOW COMES the Defendant, VICKI ESRALEW, by her undersigned counsel, and in support of her Motion to Continue the Trial Date in this matter, states as follows:

1. On August 23, 2006, this Court denied Defendant's motion for summary judgment and contemporaneously enter a Pretrial Order setting this matter for trial on December 11, 2006. Said Order also sets forth the dates for submission of all related exhibits, witness list, stipulations and the like.

2. Coincident with the dismissal of her motion for summary judgment, as aforesaid, irreconcilable differences arose among Defendant and her counsel at the time concerning the defense of the Adversary Complaint before the Court; and it was not possible that Defendant and said counsel could reconcile their differences. Among other things, Defendant has discovered that certain conduct on the part of Defendant's said counsel such as, for example, said counsel's failure to respond to Plaintiff's Local Rule 7056-2 Statement, was an element in

the subsequent denial of her aforesaid motion for summary judgment.

3. As a result of such differences, on August 24, 2006, and at the instance of Defendant, Defendant's counsel withdrew from Defendant's representation herein and Defendant thereafter retained substitute counsel. Said substitute counsel is contemporaneously moving for leave to file his Appearance herein.

4. Although Defendant's former counsel's motion to withdraw was granted on August 30, 2006, it was not until the late afternoon of September 13, 2006, that her files were delivered to Defendant's new counsel.

5. Said files are contained in four (4) bankers boxes and are completely disorganized. Indeed, it will take weeks to simply put the documents and other papers therein into any semblance of order which would permit Defendant's said counsel to make the necessary determinations as to whether any are material to any of the issues in this case.

6. Pursuant to the Pretrial Order, all exhibits and exhibit lists must be filed at least twenty-one days prior to trial, a virtually impossible task to perform competently given the state of the file delivered to the undersigned counsel and said counsel's other responsibilities during the upcoming quarter.

7. Defendant's new counsel is presently handling a number of other litigated matters requiring his attention, including those pending both in the U.S. District Court for the Northern District of Illinois and in the State courts. For example, said counsel has a five (5) day trial scheduled before Judge Holderman in a case entitled *Ryl Kuchar v. Care Centers, Inc.*, 05 C 3223, beginning on October 13, 2006, but which is likely to be somewhat delayed depending on Judge Holderman's respective rulings on cross motions for summary judgment therein; said counsel also has a five (5) day trial scheduled in the Circuit Court of the Twelfth

Judicial Circuit (Will County, Illinois) entitled *Bailey v. Sunny Hill Rehab Center*, No. 03 L 371, scheduled to begin on December 11, 2006 (the same day the trial in the instant case is set to begin); and said counsel also has a trial in the Circuit Court of the Twentieth Judicial Circuit (St. Clair County, Illinois) entitled *Helget Gas Products, Inc. v Willow Creek Rehabilitation & Nursing Center, LLC, et. al.*, No. 04 L 608, scheduled to begin on January 8, 2007.

8.   Accordingly, Defendant requests that the scheduled trial date herein be continued for ninety (90) days and that this cause be reset for trial at any time on or after March 11, 2007.

9.   This motion is not brought for delay or for any other improper purpose, Plaintiff does not seek to extend any other dates set by the Court herein, and no party will be prejudiced by the granting of this motion. In addition, prior to filing this motion, Defendant's counsel first consulted with Plaintiffs' counsel to determine whether said counsel had any objection to the relief being sought herein. Plaintiffs' counsel had no objection, but deferred to his clients' wishes.

WHEREFORE, Defendant respectfully prays this Honorable Court for the entry of an Order continuing the trial date of December 11, 2006, and re-setting this cause for trial on a date certain on or after March 11, 2007.

Respectfully Submitted,

By: _____
One of Defendant's Attorneys

ASHMAN & STEIN #37710
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
312/782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\continue.wpd