IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW | ) |
| Debtor, | ) ) ) ) |
| ROLLIN SOSKIN, et. al. | ) ) ) |
| Plaintiffs | )   No. 04 A 3774 |
| v. | )   Judge Goldgar |
| VICKI ESRALEW | ) ) ) |
| Defendant | ) |

**ORDER**

THIS CAUSE coming on to be heard upon the Motion of Defendant VICKI ESRALEW to Continue the Trial Date in the above-captioned cause, due notice having been given to all parties in interest and the Court being fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The December 11, 2006 Trial Date previously set herein is vacated;

2. This matter is set for trial on _____.

3. Defendant's counsel, Carey M. Stein, of the firm Ashman & Stein, 150 North Wacker Drive, Chicago, Illinois, is granted leave to file his Appearance herein, instantor.

Prepared By:
Carey M. Stein
ASHMAN & STEIN #37710
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
312/782-3484

ENTER:

_____
Bankruptcy Judge

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\continue order.wpd