# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Vicki Esralew

Debtors

Rollin Soskin, et al

(Plaintiff)

v.

Vicki Esralew

(Defendant)

Bankruptcy Case No. 04-24393

Adversary Case No. 04 a 3774

## NOTICE OF HEARING OF RULE TO SHOW CAUSE
(Electronic Filing of Adversary Pleading)

To: Carey M Stein
Ashman & Stein
150 North Wacker Drive
Suite 300
Chicago, IL 60606

(Atty's name and address)

It appearing to the Clerk of Court that (1) [Defendent Motion To Continue Trail Date] was not filed electronically pursuant to *Notice of Mandatory Electronic Filing Effective July 1, 2005*; and (2) that counsel failed to comply with that notice:

You are hereby directed to appear before the Honorable Judge Eugene R. Wedoff, or any judge sitting in his place, in **Courtroom 744 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois at 10:00 a.m. on** Sept 26, 2006, to show cause why counsel should not be held in contempt of court. **Any failure to comply with this notice** may result in imposition of sanctions to enforce compliance (not to exceed $500 per day) or compensate the clerk of court for the additional expenses incurred as a result of the failure to file the pleading electronically.

Dated: Sept 15, 2006

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court

## CERTIFICATE OF SERVICE

I, Ray Delgado, certify that on Sept 15, 2006, I caused to be served the attached **RULE TO SHOW CAUSE** to the party listed by First Class U. S. Mail:

*/s/ Ray Delgado*
Public Service Clerk