## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable _Judge A. Benjamin Goldgar_     Hearing Date _9-20-06_

Bankruptcy Case No. _04 A 3774_     Adversary No. _____

Title of Case _SOSKIN V. ESRALEW_

Brief
Statement of
Motion   _DEFENDANT'S MOTION TO CONTINUE TRIAL DATE_

Names and
Addresses of   _ASHMAN & STEIN_
moving
counsel   _150 N. WACKER DRIVE SUITE 3000_
_CHICAGO, IL 60606_

Representing   _DEFENDANT VICKI ESRALEW_

### ORDER

## DENIED.

_C. Benjamin-Goldgar_