APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor(s)
Vicki E. Esralew                    ) Case No. 04A03774
                                    )
                                    )
                                    )

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT - 4 2006
KENNETH S. GARDNER, CLERK
PS REP. - RD

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

VICKI ESRALEW

---

Carey M. Stein
Print Name on this Line

_signature_
Signature
ATTORNEY ID NUMBER    37710

Ashman & Stein
Firm Name
FIRM ID NUMBER:    37710
150 North Wacker Drive
Street Address
Chicago,    Illinois    60606
City        State      Zip
Telephone   312-782-3484

Trial Attorneys*

Carey M. Stein
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: _____

TYPE OF DEFENSE COUNSEL:

CJA ____ , RETAINED ____ x , SELF ____ , NONE OTHER ____ , PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P _____  D _____  TP _____