IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW ) | |
| ) | |
| Debtor, ) | |
| _____) | |
| ) | |
| ROLLIN SOSKIN, et. al. ) | |
| ) | |
| Plaintiffs ) | No. 04 A 3774 |
| ) | |
| v. ) | Judge Goldgar |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
| Defendant ) | |

**ORDER**

    THIS CAUSE coming on to be heard upon Defendant VICKI ESRALEW Motion for Summary Judgment in the above-captioned cause, due notice having been given to all parties in interest and the Court being fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

Defendant's Motion for Summary Judgment is granted.   .

    ENTER:

    _____

    Bankruptcy Judge

Prepared By:
    Carey M. Stein
    ASHMAN & STEIN #37710
    150 North Wacker Drive
    Suite 3000
    Chicago, Illinois 60606
    312/782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\msj\msj order.wpd