IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW | )<br>)<br>)<br>) |
| Debtor, | )<br>) |
| _____ | )<br>) |
| ROLLIN SOSKIN, et. al. | )<br>) |
| Plaintiffs | )  No. 04 A 3774 |
| v. | )<br>)  Judge Goldgar |
| VICKI ESRALEW | )<br>)<br>) |
| Defendant | ) |

**INDEX OF EXHIBITS TO DEFENDANT'S LOCAL RULE 7056-1 STATEMENT**

Exhibit 1:   Excerpts of Deposition of Eugene Terry

Exhibit 2:   Excerpts of Deposition of Rollin Soskin

Exhibit 3:   Excerpts of Deposition of Vicki Esralew

Exhibit A:   Corporate documents regarding Kids Count Entertainment, Inc.

Exhibit B:   Corporate documents regarding Kids Count Entertainment LLC

Exhibit C:   Kids Count Entertainment LLC Operating Agreement

Exhibit D:   Corporate documents regarding Kids Count Entertainment, Inc.

Exhibit E:   Terry Memo dated 11/16/98

Exhibit F:   Memorandum Of Agreement

Exhibit G:   Terry Memo dated 12/2/98

Exhibit H:   Terry Memo dated 4/19/99

Exhibit I:     JoAnne Livingston Memo dated 4/12/99

Exhibit J:     Soskin Memo dated 3/2/99

Exhibit K:     Blagman Contract

Exhibit L:     Terry Memo dated 1/22/99

Exhibit M:     Terry Memo dated 1/21/99

Exhibit N:     Blagman Correspondence

Exhibit O:     Abuzzo Correspondence

Exhibit P:     Marlowe Correspondence

Exhibit Q:     Terry Memo dated 4/30/99

Exhibit R:     Terry Memo dated 5/4/99

Exhibit S:     Esralew letter to Terry dated 11/15/00

Exhibit T:     Kids Count Distribution and License Agreements