IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW | )<br>)<br>) |
| Debtor, | )<br>)<br>) |
| ROLLIN SOSKIN, et. al. | )<br>)<br>) |
| Plaintiffs | )    No. 04 A 3774 |
| v. | )    Judge Goldgar |
| VICKI ESRALEW | )<br>) |
| Defendant | )<br>) |

# EXHIBIT 3

1  that, and I'll let you finish your answer. In fact, if
2  later in the deposition you think of something that which
3  should have been included in an earlier answer, you can
4  bring that to my attention. I will let you add it. If the
5  answer to a question is yes or no, please say yes or no as
6  opposed to nodding your head or saying uh-huh or mm-hmm just
7  so it's clearly a yes or a no. If you need a break for any
8  reason, just let us know. We'll be happy to accommodate
9  you. If I ask a question badly and you don't understand it,
10 just tell me you don't understand it. I'll be happy to
11 rephrase the question or tell you what information I'm
12 looking for. If you go ahead and answer the question, I'll
13 assume you did understand it. Is that fair?
14     A. Fair.
15     Q. Okay. If you could, summarize your educational
16 background.
17     A. I graduated from University of Illinois in 1980.
18     Q. Was that here at Circle Campus or Champagne?
19     A. Champagne.
20     Q. And what was your degree in?
21     A. Communications, school.
22     Q. And that was a bachelor's degree?
23     A. Yes.
24     Q. Any graduate education?
25     A. No.

Page 6

1    Q. And what was your first employment when you got
2 out of school in 1980?
3    A. I worked at Blair Television.
4    Q. And what kind of work was that?
5    A. Secretarial.
6    Q. Those communication degrees are handy, huh?
7    A. Not much.
8    Q. How long did you work as a secretarial -- as a
9 secretary for Blair Television?
10    A. About 18 months.
11    Q. And what was your next job?
12    A. I worked at a media firm that I think's out of
13 business called Harrington Reuter and something.
14    Q. Where were they located?
15    A. Chicago.
16    Q. When you say media firm, what did they do?
17    A. I was a secretary. They did -- they bought media
18 time around the country.
19    Q. Like for advertising?
20    A. It was -- I was a secretary to -- yes, for
21 commercials for clients.
22    Q. Okay. Who did you directly do your secretarial
23 work for?
24    A. Somebody named Nina. I have no clue of her last
25 name. It was in 19 I don't know '82 maybe.

Page 7

1   Q.  Do you know the name of the principal person
2 involved in that entity?
3   A.  No clue.
4   Q.  Did they buy just television media time or radio
5 time as well?
6   A.  I'm not sure. They were a big company. I worked
7 in an office here. I think they were nationwide. I think.
8   Q.  Why did you leave that job?
9   A.  I went to go work at WGN radio.
10  Q.  What did you do for WGN?
11  A.  I was an account executive.
12  Q.  And what were you selling?
13  A.  Radio time.
14  Q.  Who was your supervisor?
15  A.  Somebody named Bob Sparr.
16  Q.  What was the last name?
17  A.  Sparr.
18  Q.  Do you know how to spell that?
19  A.  S-p-a-r-r I believe.
20  Q.  And how long did you have that position?
21  A.  I was there for about eight years, maybe eight and
22 a half years, maybe eight years.
23  Q.  And why did you leave that position?
24  A.  I left there because I wanted to write children's
25 books on validating feelings.

Page 8

1   Q.  Why did you have to leave your job in order to do
2   that?
3   A.  I worked about six days a week and I had no time
4   to -- it was just a dream of mine I wanted to pursue.
5   Q.  Now -- so that would be approximately 1990?
6   A.  Approximately '89 maybe.
7   Q.  Okay.  Were you married at the time?
8   A.  Yes.  I had just gotten married.
9   Q.  You married Bob Aren?
10  A.  Yes.
11  Q.  Where were you living at the time?
12  A.  Northbrook, Illinois.
13  Q.  Okay.  So did -- you left your job at WGN to write
14  children's books?
15  A.  Mm-hmm.
16  Q.  Did you write children's books?
17  A.  Years later.  I didn't write them then.
18  Q.  What did you do right after --
19  A.  One of my clients --
20  Q.  -- WGN?
21  A.  One of my clients who was Fannie May Candies asked
22  me to handle their advertising, so I started an ad agency.
23  Q.  What was the name of that ad agency?
24  A.  It was called Capital Advertising.
25  Q.  Did you have that plan in mind at the time you

Page 9

1  left WGN?

2     A.  Don't really remember. I wanted to write books
3  and they asked me to do it, and I needed to put food on the
4  table, so I started an ad agency.

5     Q.  Was your husband Bob working at the time?

6     A.  Yes, I believe he was a trader at the time.

7     Q.  And how long did your ad agency remain in
8  business?

9     A.  Until I'm guessing, to the best of my
10 recollection, maybe '96.

11    Q.  So approximately seven years?

12    A.  Mm-hmm.

13       RECORDER: Is that a yes?

14    A.  Approximately.

15       THE WITNESS: Pardon me?

16       RECORDER: If you could say yes or no instead of
17 mm-hmm.

18    A.  Approximately.

19    Q.  What did you do for the ad agency?

20    A.  I wrote commercials. I hired kids to do --
21 produce the commercials or adults to produce the
22 commercials. A lot of the commercials the personalities
23 just read out loud. I did -- I -- there wasn't really
24 invoicing. I'd get the invoice from the radio station. I'd
25 just put it in the envelope and give it to the client. I

1 wasn't really doing a lot of bookkeeping because I'm not a
2 bookkeeper, but I would just pass that along. And then I
3 bought radio time for them.
4    Q. Did you strictly do radio buying in your own ad
5 agency?
6    A. No.
7    Q. You did television time buying as well?
8    A. Maybe one percent. Maybe one time in the seven
9 years.
10   Q. And for what client was that?
11   A. I may have done one schedule for Nevada Bob's Golf
12 on TV. I might have done one television schedule, but I
13 think it was -- mostly it was radio, 99 percent of it was
14 radio. I think I did a few newspaper ads in local papers,
15 but radio was what I knew.
16   Q. Now other than Fannie May, did you have any other
17 customers or clients?
18   A. Nevada Bob's Golf.
19   Q. Nevada Bob's Golf. Anybody else?
20   A. I did a media schedule one time for somebody who
21 needed help with Kraft. I don't know where it came from,
22 but I remember checking the radio schedule for Kraft. And I
23 did a demo commercial, which didn't go anywhere, for
24 somebody at Sunbeam.
25   Q. Was that a TV commercial or radio commercial?

1   Q. Were you successful at Zany Brainy in terms of
2 sales?
3   A. I think successful's relative. I thought we were
4 because we sold through, primarily in the Northbrook stores
5 I thought it was very successful. But we were selling at
6 their other stores too. The software was the most
7 successful, Jack's Attic and Jack's House.
8   Q. Okay. What was the next thing that happened? You
9 had four to six meetings with the Terrys and Rollin Soskin
10 regarding an agreement. What was the next step?
11   A. We were talking to somebody about the direct
12 response commercial that I just told you what direct
13 response was.
14   Q. Right.
15   A. And the timing was getting very close.
16   Q. Who was the person you were talking to?
17   A. Robert Blagman.
18   Q. Okay.
19   A. He was recommended from somebody at Eikhoff (ph.)
20 because we talked to Eikhoff, and I believe Eikhoff thought
21 we were too small, thought Robert Blagman would be better.
22 And he was in Los Angeles.
23       So I don't recall when I started talking to
24 Robert. It could have September, it could have been
25 earlier, I don't recall. And he's a tremendous sales guy,

Page 104

1 and felt that we would do extremely well in direct
2 response. My concern was we didn't have enough time. And
3 because --
4    Q. Why -- why did you have that concern?
5    A. Because for us to do advertising Christmas,
6 there's certain periods of time -- because of my background
7 I knew media buy. There's certain periods of time that are
8 very slow periods, like the week after Christmas and New
9 Year's Eve is actually a very good time to be in media
10 because you can get rates for like 40 percent costs, things
11 like that that a lot of people don't sell. But in our case,
12 kids could get TVs or families could get TVs or kids can get
13 computers and then they want the software or they want the
14 video machines for it. So there's a lot of those sales that
15 go on right after Christmas in January.
16     Robert came in to shoot the commercial, and again
17 he's -- you know, he's a very -- he'd give me speeches about
18 it's like you're standing up for the academy award and
19 you're not grabbing the academy award. You've got to do
20 this, you've got to do this for Christmas and assured me
21 that we would be on for Christmas.
22    Q. When you say on for Christmas, are you talking
23 about this period after people have gotten their computers
24 and TVs --
25    A. No, before.

Page 108

1  assurances that he could get you on --
2     A. Mm-hmm.
3     Q. -- you hadn't made the TV commercial yet?
4     A. We had already started writing the commercial,
5  finished writing the commercial. They came in I remember
6  Thanksgiving break and we shot the commercial. They flew
7  out immediately and edited the commercial during their
8  Thanksgiving break and it would be on right after because he
9  said how quickly they could do everything, which they did.
10    Q. When did the commercial go on TV?
11    A. I don't recall when it went on TV. I would say
12 right at the beginning of December. Maybe it was the end of
13 November, but I don't recall. I could look. I have all the
14 -- I forget what you call it -- the invoices is not the
15 right name, but the affidavits of when they went on.
16    Q. So you were successful in getting the commercial
17 on in time to make sales for Christmas?
18    A. We didn't make sales, but the commercial was on.
19 They -- it wasn't -- it wasn't on where I was told it would
20 be on because I remember we had -- that's when a lot of
21 issues started with him because we kept pressing.
22       Rollin was -- we had trouble getting affidavits,
23 trouble getting any information from Blagman after he kind
24 of sold us. We had trouble getting the airtimes because you
25 -- you -- you can get them, like they post them and you can

Case 04-03774    Doc 68-4    Filed 11/14/06    Entered 11/14/06 12:41:21    Desc Exhibit
Page 11 of 15
TEXTNET Internet Court Reporters    888-TEXTNET Toll Free    www.textnet.com

Page 109

1  get them before the affidavits. You can have the station
2  email or fax you -- I guess email now, fax then -- when the
3  anticipated airtimes were. I had nothing to do with the
4  media buying, but I was aware of where we were promised it
5  would be on and when -- where it ran.
6      Q.  What was the difference between those two?
7      A.  Well, we were supposed to be on certain shows that
8  kids watch. And I just recall us being on at goofy times,
9  like three in the morning and six in the morning when kids
10 are not watching shows or shouldn't be watching shows.
11     Q.  So it was the time of day that was different as
12 opposed to the time of the season?
13     A.  Right, mm-hmm.
14     Q.  All right. So you did have a need to raise funds
15 to pay for the commercial?
16     A.  That was the whole point. It was to test out this
17 commercial, and we really thought the commercial would be
18 our savior because whenever I had been on TV or the product
19 was promoted, that's when -- you know, if it was in a local
20 newspaper, that's when we sold through Zany Brainy. It was
21 -- I was on the local Channel 5 news, it sold through Zany
22 Brainy. So -- and just in our travels, even some of the
23 retailers said you should do direct response. It was just
24 because we can be there and talk about the message and have
25 it -- you know, people respond, you have your 1-800 number

Case 04-03774   Doc 68-4   Filed 11/14/06   Entered 11/14/06 12:41:21   Desc Exhibit
Page 12 of 15
TEXTNET Internet Court Reporters    888-TEXTNET Toll Free    www.textnet.com

Page 123

1  of a sentence. And I don't have the skill set. I wouldn't
2  trust myself. I don't know that kind of stuff. I would ask
3  my attorney.
4      Q. At the time you were talking to Rollin Soskin and
5  the Terrys about entering into this memorandum of agreement
6  --
7      A. Mm-hmm.
8      Q. -- the products you had -- Kids Count had were
9  basically, am I correct, Jack's House and Jack's Attic, and
10 there was an exercise video --
11     A. Video.
12     Q. -- and any other product?
13     A. Music called Home.
14     Q. Okay.
15     A. And Spuzzled, but Spuzzled was never finished.
16     Q. Okay.
17     A. Spuzzled was a CD-Rom game, but --
18     Q. All right. It hadn't been finished at the time.
19 Was it at the stage where it looked like it wasn't going to
20 be finished or --
21     A. I thought it could be --
22     Q. -- were you still actively working --
23     A. -- finished.
24     Q. -- on it?
25     A. I mean we thought it could be finished because it

TEXTNET Internet Court Reporters  888-TEXTNET Toll Free  www.textnet.com

Page 124

1 was a -- it was not my project. It was somebody else's
2 dream to do this thing. And it -- it looked very cool, but
3 you have to go from looking --
4     Q. All right.
5     A. -- very cool to making it functional, and I
6 thought it was almost done, and so did everybody else, but
7 it -- it wasn't.
8     Q. What products did you develop after you entered
9 into the memorandum of agreement?
10     A. With Rollin? We did the TV commercial and that
11 was a lot of money. I mean that was a product I guess you'd
12 call it.
13     Q. All right. I --
14     A. There were two TV commercials.
15     Q. What I mean by product is I mean something your
16 company sells.
17     A. I think -- we never finished Spuzzled. I'm sure
18 Jack's Attic was done because we could advertise it on the
19 TV. I don't think we made another product because it was
20 short-lived. They came in in November, October, and the
21 commercial we didn't get results. I think there was one
22 spot that we all got real excited about, but that was at the
23 end of the thing. I think there was one spot like in
24 Cartoon Network or one spot where we thought all the spots
25 would be or the majority of them would be. And the -- the

Textnet Internet Court Reporters  888-TEXTNET Toll Free  www.textnet.com

1  emails that we had no money, we had no this. Rollin was in
2  charge of the accounts payable, the accounts receivable.
3  Nothing could go in or out without his approval. He --
4  Joanne would always say that Rollin would get back at 5:15
5  because she left at 5:00. So days would turn into weeks.
6  And I remember her sending a pleading letter to Gene and
7  Nicole I saw afterwards and I was like -- you know, it was
8  just can someone help here, Vicki's, you know, killing
9  herself, working so hard. It was just --
10     Q. What were you --
11     A. -- hard.
12     Q. -- doing?
13     A. I was trying to un -- over -- unturn any
14  opportunity I could to bring in an opportunity to sell the
15  product and to raise money.
16     Q. Raise money for what?
17     A. Raise money for what? There was a business, Kids
18  Count, and by the business having money we could either do
19  more commercials, we could have market development funds to
20  go into retail, we could hire someone to run the business.
21  So any operational thing you'd think you'd need with a
22  business.
23     Q. What creative efforts were you engaged in from
24  November through May -- November of '98 through November of
25  -- through May of '99?

Page 133

1 operating agreement at the time you were meeting with Soskin
2 and the Terrys in November of 1998?
3     A. I would think so, but I don't recall.
4     Q. Do you recall producing it to them?
5     A. I don't recall.
6     Q. Do you recall telling them that you couldn't find
7 it after the move and not producing it for a period of
8 months after you entered into an agreement with them?
9     A. I don't. That sounds odd, and I don't recall.
10    Q. All right. Just so that I'm clear, are you
11 denying that that happened, or just don't recall one way or
12 another?
13    A. I'm not denying. I don't recall.
14    Q. Okay.
15    A. I don't know why I wouldn't show an agreement. Is
16 -- is Rollin saying he doesn't have an agreement?
17    Q. What went wrong in May of 1999? You said
18 everything changed. What changed?
19    A. We had a -- there was probably numerous emails
20 that everybody has seen in discovery from Joanne
21 Livingston. And then I had sent some to Rollin just
22 begging, like something's got to move here because we
23 weren't allowed to pay bills, so we had people that were
24 very pissed at us. Which if you don't pay the bills, you
25 can't -- you can't -- if you don't pay your phone bills,