03061674

Form **BCA-10.30** | ARTICLES OF AMENDMENT
(Rev. Jan. 1991)

File # D 5605-770-6

George H. Ryan
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 782-6961

**FILED**
NOV 18 1993
GEORGE H. RYAN
SECRETARY OF STATE

SUBMIT IN DUPLICATE

This space for use by Secretary of State
Date 11-19-93
Franchise Tax $
Filing Fee $ 25.00
Penalty $
Approved: [signature]

Remit payment in check or money order, payable to "Secretary of State."

1. CORPORATE NAME: __IMAGINE SOFTWARE CORPORATION__
(Note 1)

2. MANNER OF ADOPTION:

    The following amendment of the Articles of Incorporation was adopted on __Sept. 27__,
    19 _93_ in the manner indicated below. ("X" one box only)

    ☐ By a majority of the incorporators, provided no directors were named in the articles of incorporation and no directors have been elected; or by a majority of the board of directors, in accordance with Section 10.10, the corporation having issued no shares as of the time of adoption of this amendment;
    (Note 2)

    ☐ By a majority of the board of directors, in accordance with Section 10.15, shares having been issued by shareholder action not being required for the adoption of the amendment;
    (Note 3)

    ☒ By the shareholders, in accordance with Section 10.20, a resolution of the board of directors having been duly adopted and submitted to the shareholders. At a meeting of shareholders, not less than the minimum number of votes required by statute and by the articles of incorporation were voted in favor of the amendment;
    (Note 4)

    ☐ By the shareholders, in accordance with Sections 10.20 and 7.10, a resolution of the board of directors having been duly adopted and submitted to the shareholders. A consent in writing has been signed by shareholders having not less than the minimum number of votes required by statute and by the articles of incorporation. Shareholders who have not consented in writing have been given notice in accordance with Section 7.10;
    (Note 4)

    ☐ By the shareholders, in accordance with Sections 10.20 and 7.10, a resolution of the board of directors having been duly adopted and submitted to the shareholders. A consent in writing has been signed by all the shareholders entitled to vote on this amendment.
    (Note 4)

(INSERT AMENDMENT)

(Any article being amended is required to be set forth in its entirety.) (Suggested language for an amendment to change the corporate name is RESOLVED, that the Articles of Incorporation be amended to read as follows:)

__KIDS COUNT ENTERTAINMENT, INC.__
(NEW NAME)

DEPT-01 RECORDING           $29.50
T#6688  TRAN 3645 12/27/93 12:52:00
#6779 #  *-03-061674
COOK COUNTY RECORDER

All changes... page 2

EXHIBIT A

00382

Resolution

00383

## NOTES and INSTRUCTIONS

NOTE 1: State the true exact corporate name as it appears on the records of the office of the Secretary of State, BEFORE any amendments herein reported.

NOTE 2: Incorporators are permitted to adopt amendments ONLY before any shares have been issued and before any directors have been named or elected. (§ 10.10)

NOTE 3: Directors may adopt amendments without shareholder approval in only six instances, as follows:
   (a) to remove the names and addresses of directors named in the articles of incorporation;
   (b) to remove the name and address of the initial registered agent and registered office, provided a statement pursuant to § 5.10 is also filed;
   (c) to split the issued whole shares and unissued authorized shares by multiplying them by a whole number, so long as no class or series is adversely affected thereby;
   (d) to change the corporate name by substituting the word "corporation", "incorporated", "company", "limited", or the abbreviation "corp.", "inc.", "co.", or "ltd." for a similar word or abbreviation in the name, or by adding a geographical attribution to the name;
   (e) to reduce the authorized shares of any class pursuant to a cancellation statement filed in accordance with § 9.05.
   (f) to restate the articles of incorporation as currently amended. (§ 10.15)

NOTE 4: All amendments not adopted under § 10.10 or § 10.15 require (1) that the board of directors adopt a resolution setting forth the proposed amendment and (2) that the shareholders approve the amendment.

Shareholder approval may be (1) by vote at a shareholders' meeting (either annual or special) or (2) by consent, in writing, without a meeting.

To be adopted, the amendment must receive the affirmative vote or consent of the holders of at least 2/3 of the outstanding shares entitled to vote on the amendment (but if class voting applies, then also at least a 2/3 vote within each class is required).

The articles of incorporation may supercede the 2/3 vote requirement by specifying any smaller or larger vote requirement not less than a majority of the outstanding shares entitled to vote and not less than a majority within each class when class voting applies. (§ 10.20)

NOTE 5: When shareholder approval is by consent, all shareholders must be given notice of the proposed amendment at least 5 days before the consent is signed. If the amendment is adopted, shareholders who have not signed the consent must be promptly notified of the passage of the amendment. (§§ 7.10 & 10.20)

C-173.4

03061675

00384

3. The manner in which any exchange, reclassification or cancellation of issued shares, or a reduction of the number of authorized shares of any class below the number of issued shares of that class, provided for or effected by this amendment, is as follows: *(If not applicable, insert "No change")*

No Change

4. (a) The manner in which said amendment effects a change in the amount of paid-in capital (Paid-in capital replaces the terms Stated Capital and Paid-in Surplus and is equal to the total of these accounts) is as follows: *(If not applicable, insert "No change")*

No Change

(b) The amount of paid-in capital (Paid-in Capital replaces the terms Stated Capital and Paid-in Surplus and is equal to the total of these accounts) as changed by this amendment is as follows: *(If not applicable, insert "No change")*

No Change

|  | Before Amendment | After Amendment |
|---|---|---|
| Paid-in Capital | $_____ | $_____ |

(Complete either Item 5 or 6 below)

5. The undersigned corporation has caused this statement to be signed by its duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true.

Dated SEPT. 27, 19 93    Imagine Software Corporation
                          *(Exact Name of Corporation)*

attested by _(Signature)_     by X _(Signature)_
*(Signature of Secretary or Assistant Secretary)*   *(Signature of President or Vice President)*

Rollin I. Soskin, Assistant Secretary    Vicki Esralew Aren, President
*(Type or Print Name and Title)*   *(Type or Print Name and Title)*

6. If amendment is authorized by the incorporators, the incorporators must sign below.

OR

If amendment is authorized by the directors and there are no officers, then a majority of the directors or such directors as may be designated by the board, must sign below.

The undersigned affirms, under the penalties of perjury, that the facts stated herein are true.

Dated _____, 19 ____

03061675

_____    _____
_____    _____
_____    _____

00385

| Form **BCA-5.10** **NFP-105.10** (Rev. Jan. 1991) | STATEMENT OF CHANGE OF REGISTERED AGENT AND/OR REGISTERED OFFICE | 93809583 File # 5605-770-6 |
|---|---|---|
| George H. Ryan Secretary of State Department of Business Services Springfield, IL 62756 Telephone (217) 782-3647 Remit payment in check or money order, payable to "Secretary of State." | **FILED** SEP 21 1993 GEORGE H. RYAN SECRETARY OF STATE | SUBMIT IN DUPLICATE This space for use by Secretary of State Date 9/21/93 Filing Fee $5 Approved: AM |

1. CORPORATE NAME: Imagine Software, Inc. f/k/a Enivar Roads, Inc.

2. STATE OR COUNTRY OF INCORPORATION: Illinois

3. Name and address of the registered agent and registered office as they appear on the records of the office of the Secretary of State (before change):

   Registered Agent: Rollin (First Name) J. (Middle Name) Soskin (Last Name)
   Registered Office: 180 (Number) N. LaSalle Street (Street) Suite 2401 (Suite No. (A P.O. Box alone is not acceptable))
   Chicago (City) 60601 (Zip Code) Cook (County)

4. Name and address of the registered agent and registered office shall be (after all changes herein reported):

   Registered Agent: Rollin (First Name) J. (Middle Name) Soskin (Last Name)
   Registered Office: 9933 (Number) Lawler Avenue (Street) Suite 312 (Suite No. (A P.O. Box alone is not acceptable))
   Skokie (City) 60077 (Zip Code) Cook (County)

   [Stamp: MAIL TO]

5. The address of the registered office and the address of the business office of the registered agent, as changed, will be identical.

6. The above change was authorized by: ("X" one box only)
   a. ☐ By resolution duly adopted by the board of directors. (Note 5)
   b. ☒ By action of the registered agent. (Note 6)

NOTE: When the registered agent changes, the signatures of both president and secretary are required.

7. (If authorized by the board of directors, sign here. See Note 5)
   The undersigned corporation has caused this statement to be signed by its duly authorized officers, each of whom affirms, under penalties of perjury, that the facts stated herein are true.

Dated _____ 19, ____       _____
                                 (Exact Name of Corporation)

attested by _____  by _____
         (Signature of Secretary or Assistant Secretary)    (Signature of President or Vice President)

         _____        _____
         (Type or Print Name and Title)          (Type or Print Name and Title)

(If change of registered office by registered agent, sign here. See Note 6)
The undersigned, under penalties of perjury, affirms that the facts stated herein are true.

Dated  9-13  19, 93   [Signature]
                      (Signature of Registered Agent of Record)

003862 3-50