CORPORATE CERTIFICATE OF GOOD STANDING                                    Page 1 of 1



### LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | KIDS COUNT ENTERTAINMENT, L.L.C. | File Number | 00109568 |
| Status | GOODSTANDING | On | 08/16/2006 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 03/21/1997 | Jurisdiction | IL |
| Agent Name | VICKI ESRALEW | Agent Change Date | 04/30/1999 |
| Agent Street Address | 1735 COUNTRY CLUB DR | Principal Office | 1735 COUNTRY CLUB DR LONG GROVE 60047 |
| Agent City | LONG GROVE | Management Type | MGR |
| Agent Zip | 60047 | Dissolution Date | 12/31/2046 |
| Annual Report Filing Date | 08/16/2006 | For Year | 2006 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing
(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT B

http://www.ilsos.net/corporatellc/CorporateLlcController