

## CORPORATION FILE DETAIL REPORT

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | KIDS COUNT ENTERTAINMENT, INC. | File Number | 56057706 |
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 06/02/1990 | State | ILLINOIS |
| Agent Name | VICKI ESRALEW | Agent Change Date | 12/20/2000 |
| Agent Street Address | 1735 RFD | President Name & Address | VICKI ESRALEW 1735 RFD LONG GROVE 60047 |
| Agent City | LONG GROVE | Secretary Name & Address | INVOLUNTARY DISSOLUTION 01 03 06 |
| Agent Zip | 60047 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2005 |
| Old Corp Name | 07/22/1993 - ENIVAR ROADS, INC.<br>11/18/1993 - IMAGINE SOFTWARE CORPORATION | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



http://www.ilsos.gov/corporatellc/CorporateLlcController                                           11/12/2006