| To Rollin Soskin | From E. TERRY |
|---|---|
| Co. | Co. |
| Dept. | Phone # |
| Fax # | Fax # |

**MEMORANDUM**

TO : Rollin Soskin, Atty

FROM : Eugene Terry, 450 Central Ave #214, Highland Park, Ill. 60035-2659 U.S.A.
Tel 847-266-1032 Fax 847-266-1034

SUBJECT: Kids Count Proposal

Date : November 16, 1998

1) Nicole and I have reviewed our meetings with Vicki and you, the business plan, the various products and the 6 month cash projections. We propose the following investment and it's conditions, subject to satisfactory answers to the questions designated by letter paragraphs A+ which follows our proposal.

2) We will invest $200,000 to $250,000, as December thru February 1999's cash flow shall require. For tax reasons I explained to you I would hope that a portion of the investment would be thru Terry's Company, Inc. which would secure the "inventory" and sell it to Kids Count (KC) as is ordered by them. The price would be a sum that gives us a 10% PA return on the investment. The balance of the investment would be a loan at 10%PA interest. We will need a UCC filing. The purpose of our investment is to fund the commercials, purchase of time and required inventory. The operational expenses for November should come out of the A/R for November.

?

DEC fund from TV sales

3) I have modified the 6 month cash flow to which I hope we will all agree. I have added a $21,000 per month cash expenditure for the service (West) which will handle the calls, (7000 units x $3.). I have reduced Rollin's expense to a retainer of $2,000 per month and Vicki's salary from $15,000 to $12,000 per month. In November I have reduced the cost of the commercial to $80,000 and added $17,000 to December as the cost to "tweek" the commercial. The main purpose of our investment is to generate long term working capital for the company. After 6 months we should agree to another 6 month plan based upon experience not mere projections. Our program should be to build a company with multiple products selling into and thru various markets that shows a positive cash flow after supporting development of new products. Remember that if we adopt a program to reduce the million +/- debt over 5 years, that will drain $200,000 + interest per year. It will be tough to build up sizeable working capital

10,000 - 5000 - accrue exp. + pay or convert to stock

Too Low, Pay 5000 Min.

Take as loan repmt ? + accrue sal ?

4) In return for our investment we will need a 5 year option to purchase 10% of the issued and outstanding shares of the Corporation or Partnership, if that is the entity you decide upon, for $250,000. We can pay this by cash and /or cancellation of our loan. Should Vicki at anytime decide to dispose of her shares so that she no longer has control

EXHIBIT
E

02943

tag along rts

(50+%) she should agree to a "piggy back" for us.

6) We recognize you as the attorney for Vicki and KC and we will handle, at our expense, any of our legal work.

7) This proposal contemplates many legal documents which can be drafted and negotiated after January 30, 1999 when we both have more accurate facts and figures since the commercials will have run. We are willing to deposit the money and make the investment before all the documents are executed, Since the Xmas season is aproaching time is of the essence. However our time table to complete them should be by February 28.

These are the questions we have:

A) The 6 month cash flow contemplates a total of 30,000 payment on loans. Isn't there a $25,000 payment due on one of the loans, in addition to the $30,000?

B) Has Vicki reviewed the 6 month cash flow and does it make sense to here?

C) The Balance Sheet shows Inventory. Is this finished goods, do you have a list or breakdown?

D) B/S shows Equipment. Is this only the computers or what other assets?

E) What is the Fiscal Year? Calendar

F) B/S shows "accrued payables" Is this accrued interest? What is it?

G) In regard to the Long Term Debt on the B/S can you outline the general terms,conditions,and if the debit is against a note or document, and of course, is on demand"

1) Jim Terra, $75,000.

2) Harris Bank $150,000

3) 1st Nat Bank $74,000

4) Hudsuckers $325,000

5) Vicki $200,000

6) Fells Good $50,000

H) Stockholders; ~~Please list~~ who they are and what they own. On the B/S it shows Vicki, Bob Leeper, Kids Count and Steve Santowski.

I) Directors: Who are they and how many are required?

J) Officers; Who are they and do they have salary contracts or what do they draw?

K) P/L shows "Bad Debt". What is this?

L) Insurance. What do they have now, including medical, life etc.

M) P/L shows "placement fee". What is this?

N) In the P/L I do not see tech support at $2000 per month. Where is it?

O) P/L shows "interest expense" at $1900 per month. Who gets this and on which loans?

Hope all the above is clear.

6 Month Cash Flow Encl.

Sch #1 Kids Count 6 mo. Pro Forma

| Orig. Order | Cash Disbursements | Cash Nov | Inv Dec Usage | Cash Out Dec | Inv Rem Units (12/31) | Inv Jan Usage | Cash Out Jan | Inv Rem Units (1/31) | Inv Feb Usage | Cash Out Feb | Inv Rem Units (2/28) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Produce Commercial | 100000 | | | | | | | | | |
| | Registration Cards | 5000 | | | | | | | | | |
| | Replenish Inventory | | | | | | | | | | |
| | CD inlays + manuals | | | | | | | | | | |
| 25000 | Jack's House | 3400 | <2050> | | 22950 | <2050> | | 20900 | <2050> | | 18850 |
| 25000 | Jack's Attic | 3400 | <3550> | | 21450 | <7550> | | 13900 | <2550> | | 11350 |
| | CD boxes + covers | | | | | | | | | | |
| 10000 | Jack's House | 10500 | <2050> | | 7950 | <2050> | | 5900 | <2050> | | 3850 |
| 20000 | Jack's Attic | 10500 | <2550> | | 17450 | <2550> * | | 14900 | <2550> | 10500 | 12350 |
| | CD discs + cases | | | | | | | | | | |
| 10000 | Jack's House | 9000 | <2050> | | 7950 | <2050> | | 5900 | <2050> | 9000 | 3850 |
| 10000 | Jack's Attic | 8000 | <2550> | 8000 | 7450 | <8550> | | 8900 | <2550> | | 6350 |
| 16000 | Video Tapes + Boxes | 12000 | <4000> | | 6000 | <4000> | 12000 | 14000 | <4000> | | 10000 |
| | Music CDs + Cassettes | | | | | | | | | | |
| 10000 | CD inlays | 1900 | <2000> | | 8000 | <2000> | | 6000 | <2000> | | 4000 |
| 10000 | CD discs assorted | 8000 | <2000> | | 8000 | <2000> | | 6000 | <2000> | | 4000 |
| 8000 | Cassettes + inlays | 4000 | <2000> | | 6000 | <2000> | | 4000 | <2000> | 4000 | 10000 |
| | TV Air Time | 45000 | | 90000 | | | 90000 | | | 90000 | |
| 3% disc | credit card costs | | | 6300 | | | 6300 | | | 6300 | |
| | overhead * | | | 35000 | | | 35000 | | | 35000 | |
| | debt service | | | 5400 | | | 5400 | | | 5000 | |
| | warehouse/fulfillment | | | 5000 | | | 5000 | | | 5000 | |
| | | 219300 | | 149300<br>21<br>170,300 | | | 153300<br>21<br>174300 | | | 163800<br>21<br>184800 | |

* We have box to file in detail

We'll minimize

* overhead:

| | |
|---|---|
| Salaries + gross tax | 25000 |
| Other payroll | 2500 |
| Ins, benefits, taxes | 4000 |
| Phone + utility | [illegible] |
| Travel | 1,000 |
| Technical support | 1,000 |
| misc | 1500 |
| | 35000 |

Repayment Loan Principal

Sch A!

| ...nge | Cash out March | 3/31 Inv Rem Value | Inv Usage April | Cash out April | 4/30 Inv Rem Units | Inv Usage May | Cash out May | 5/31 Inv Rem Units |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 5000 | |
| <2050> <2550> | | 16800 8800 | <2050> <2550> | | 14350 6450 | <2050> <2550> | 3400 | 12,300 28900 |
| <2050> <2550> | 10500 | 11800 9800 | <2050> <2550> | | 9750 7250 | <2050> <2550> | | 7200 4700 |
| <2550> <4000> | 9000 8200 14000 | 11800 13800 14000 | <2550> <4000> | | 11250 10000 | <2550> <4000> | 14000 | 8700 16000 |
| <3000> <4000> <5000> | 11300 8900 | 14000 11000 8000 | <3000> <4000> <5000> | | 10000 14000 6000 | <2000> <2000> <4000> | | 8000 PUR 4000 |
| | 90000 6400 35000 5000 5000 | | | 94000 6300 35000 5000 5000 | | | 90000 6300 35000 5000 5000 | |
| | 189,700 21 | | | 141,300 21 | | | 166,700 21 | |
| | 210,100 | | | 162,300 | | | 187,301 | |

C2947

KIDS COUNT 6 MONTH PROFORMA

| | NOV | DEC | JAN | FEB | MAR | APR | MAY | |
|---|---|---|---|---|---|---|---|---|
| CASH REC SALES | -0- | 212855 | 218385 | 248385 | 230185 | 230385 | 230385 | |
| CASH DISB (w/ 3rd qtr 7,000 wks) | 219700 | 149300 / 21,000 / 170,300 | 153300 / 21,000 / 174,300 | 163800 / 21,000 / 184,800 | 189700 / 21,000 / 210,000 | 141300 / 21,000 / 162,300 | 161,700 / 21,000 / 182,700 | |
| CASH FLOW SURPLUS (DEFICIT) | (219700) | 56,555 / 73,555 | 53,985 / 74,985 | 83,185 / 54,085 | 20,385 / 40,085 | 68,085 / 89,085 | 47,685 / 68,685 | ? 312,290 |
| CUMULATIVE | (219700) | (146,145) / (161,145) | (74,160) / (159,160) | 13,425 / (93,575) | 53,410 / (23,170) | 143,195 / 44,495 | 241,880 / 72,580 | |
| (*) Rent [illegible] 8,000/month | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | |
| [illegible] 3,000/month | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | |

# KIDS COUNT 6 MO PRO FORMA

| CASH RECEIPTS FROM SALES | (2) TV | (1) Radio | (3) Discovery Toys | Zany Brainy | Total Sales |
|---|---|---|---|---|---|
| NOV 98 | -0- | -0- | -0- | -0- | -0- |
| DEC 98 | 210000 | -0- | 14285 | 0 | 224285 |
| JAN 99 | 210000 | 14000 | 4285 | 0 | 228285 |
| FEB 99 | 210000 | 14000 | 22285 | 2100 | 248385 |
| MARCH 99 | 210000 | 14000 | 4285 | 2100 | 230385 |
| APRIL 99 | 210000 | 14000 | 4285 | 2100 | 230385 |
| MAY 99 | 210000 | 14000 | 4285 | 2100 | 230385 |

(1) Radio Sales
1000 units/mo x $14
30 days to pay
begin Dec.

(2) TV Sales
7000 units/mo x $30 are paid
immediately [illegible] by
credit card

(3) Discovery Toys
1500 units/mo x $9.57 = 14285
30 days to pay

* [illegible] x 2.00 for Feb 18000
(Net sales [illegible])

(4) Zany Brainy
100/mo [illegible] @ 21
60 days