Sent by:E TERRY       12-Feb-98 06:29A       from 8472661034>       Page 1/1

# FAX

**From:** EUGENE TERRY, 450 Central Ave #214, Highland Park, IL 60035-2659 USA
Fax 847-266-1034, Tel 847-266-1032

**FOR:** ROLLIN SOSKIN, VICKI, BOB and all the ships at sea!

**SUBJECT:** Monthly Meeting/ Reports

**DATE:** Dec 2, 1998

**PAGES:** First Of __1__ Pages

1) I would like to suggest that we meet twice a month, evening, 2-3 hours, at someones office or home and ☺☺ROLLIN☺☺ buy dinner or bring it in.

2) Since we should have monthly financials or reports I suggest the first meeting be on the 7th of each month and the 21st and if that date falls on a Friday, Sat or Sunday it falls over to the next monday.

3) By the 7th the financials or reports should be ready. We can determine which reports we want but they should include a cash flow for the month and next 2 months, list of A/R and A/P, inventory, loans outstanding and maybe a P/L. We can be briefed on the programs and activity proposed for the month.

4) On the 21st we can review the operations for the month etc. Meeting notes can be kept so we know to what we all agreed or what the issues were.

5) I have found that if we each keep a list of items to be discussed it saves a lot of impulse calls during the month and helps set up an agenda for the meeting. Nicole or I can maintain the meeting notes.

That's my suggestion for today. Does it turn on a





203208