Sent by:E TERRY          Apr-19-99 10:19am    from 8472661034→          Page 1/1

## TO: ROLLIN SOSKIN

COPY     COPY

### FAX

FROM : Terry's Company, Inc.   450 Central Ave. #214, Highland Park, Ill. 60035 USA
Tel 847-266-1032   Fax 847-266-1034

TO    : Kids Count   847-550-8061

FOR   : Jo Ann

SUBJECT : Payments

DATE  : April 19, 1999

PAGES : First Of One Page

1) Thanks for your fax of April 16, 1999 concerning payment of bills

2) At our meeting with Vicki on April 15 we made the following suggestions to her based upon the fact that we all wished to keep KC operating thru April, that the A/R had been assigned to us to partialy secure our investments, and that it appeared that in April we would not generate any new A/R against which we might consider substituting for existing A/R. We suggested the following:

A) We transfer $700. From the Cole Taylor account into LaSalle Account which has a little over $4000 in cash. KC repay $5000 of our loan from that account. We then loan back $5000 to be used towards payment of the $6000 you feel is the minimum to get thru the month. (We have deposit slips)

B) As checks are received for the $16,000 +/- of the existing A/R that they be endorsed over to Terry's Company, Inc., to be credited towards loan repayments. We would then lend back the additional $1000 to give you $6000 with which to work.

C) I tried to explain that, though this sysytem of finacing is cumbersome, it protects our claim to the A/R, which claim we have not surrendered.

D) That should get us thru the month. In early May you will have to again estimate what is needed, but the situation may be different and you may be putting new A/R on the books.

We hope this gives you enough to work with thru April and that Vicki and you will make use of our suggestions.



03506