April 12, 1999

To: Gene & Nicole

From: Jo Ann

Happy Monday!!

Need your help please.

It is my understanding Rollin Soskin is the attorney for Kids Count. I have seen nothing stating he no longer represents us. Yet, he is putting the company in jeopardy by not allowing the bills to be paid and from the limited correspondence we receive from him, appears to be representing you. I'm most confused as this appears to be a conflict of interest - by contract representing Kids Count and in actuality appearing to represent you.

Both Cindy and I have tried to work with Rollin, by faxing important information as it comes in, so he can give directions. The faxes have, in the majority of cases, gone unanswered or were responded to in a most untimely manner. If you are interested, Nicole, we have faxes that date back to January that remain unanswered. I know he is busy, as is everyone, but maybe he should have thought about the time that would be involved in "running" Kids Count. I can honestly say, he has spent minimal time over the past 3 months helping Cindy and I. He demands that he see everything, yet seldom responds. I have run a multi-million dollar business and am most capable of making the simple decisions associated with Kids Count. Rollin appear to be marching to a different agenda, not one with the best interest of Kids Count in mind.

Vicki is out trying to save the company by raising money and it's getting so I'm having to keep the wolves away. No one wants Vicki and Kids Count to succeed more than I do, but it certainly sounds like Rollin is ready to take the company down. This strategy doesn't sound like it's consistent with Gene & Nicole, who Vicki so warmly talks about and were willing to help her and Kids Count succeed. As you can see, I'm most confused by this situation.

Anyway, the issues at hand are the following items:

Taxes
$405.00 – Illinois Dept. of Employment Security
$ 56.00 – Federal Unemployment
$ 75.00 – Illinois Dept. of Revenue – 1st qtr. Payroll withholding
All payments are due before the end of the month.


EXHIBIT
I

| | |
|---|---|
| Payables | The following are bills that are due and need to be paid to keep the company open<br>$307.39 – Ameritech<br>$263.30 – Cellular One<br>$114.88 – MCI<br>$408.00 – Federal Express |

Black Sheep, the technical support company who answers customers questions on a daily basis has not been paid for a month. They just completed beta testing on both Jack's House And Jack's Attic so we can have an accurate updated list of all the items that are not working properly and need to be corrected when we have money. This includes reinstalling the Save function in Jack's Attic and updating Jack's House for Mac system 7 & 8 compatibility. Lack of both of these items are big issues with companies like Discovery Toys & Zany Brainy. As you can see by the accompanying Aged Payables report, we owe them $13,560 – of which $5000 is 90+ days past due. Rollin has seen no need to pay them.

Received a call from West Telemarketing requesting payment of outstanding bills - $542.43. The call needs to be returned, can I give them your name and number so you can explain why the bills are not being paid? Rollin has again seen no need to pay them.

Thill, the Fulfillment Company, has also called requesting payment of $235.82.

Chicago Video - $120.00 made duplicates of the commercials. They were given to parents & children who appeared in the commercial and have been sent to potential investors. I'm sure they will be calling soon requesting payment.

Thanks for listening. Any direction you can give would be greatly appreciated.

Kids Count Entertainment, LLC
PO Box 5108
Buffalo Grove, IL 60089-5108

## Aged Payables

### 3/31/99

4/9/99
2:37:01 PM
Page 1

| Name | Total Due | 0-30 | 31-60 | 61-90 | 90+ |
|---|---|---|---|---|---|
| Altschuler, Melvoin & | $16,541.00 | $0.00 | $0.00 | $0.00 | $16,541.00 |
| Ameritech | $307.39 | $307.39 | $0.00 | $0.00 | $0.00 |
| Anthony J. Kirk C.P.A. | $1,837.50 | $0.00 | $0.00 | $0.00 | $1,837.50 |
| Atomic Imaging, Corp. | $12,541.66 | $0.00 | $0.00 | $0.00 | $12,541.66 |
| Black Sheep | $13,560.00 | $3,872.50 | $2,000.00 | $2,910.00 | $4,777.50 |
| Cellular One - Chicago | $263.30 | $263.30 | $0.00 | $0.00 | $0.00 |
| Chicago Video | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 |
| Citibank Advantage | $9,792.00 | $295.20 | $140.83 | $0.00 | $9,355.97 |
| Cole Taylor Bank | $954.10 | $60.00 | $13.09 | $881.01 | $0.00 |
| Federal Express | $408.00 | $408.00 | $0.00 | $0.00 | $0.00 |
| First Chicago | $1,002.64 | $510.12 | $492.52 | $0.00 | $0.00 |
| Foley & Lardner | $8,576.70 | $0.00 | $0.00 | $0.00 | $8,576.70 |
| Harris Bank | $1,540.61 | $1,540.61 | $0.00 | $0.00 | $0.00 |
| Laser Tech Color, Inc. | $2,087.00 | $0.00 | $0.00 | $2,087.00 | $0.00 |
| MCI | $114.88 | $114.88 | $0.00 | $0.00 | $0.00 |
| Lee James Noren | $560.00 | $0.00 | $560.00 | $0.00 | $0.00 |
| PC Medic, Inc. | $5,451.93 | $0.00 | $0.00 | $0.00 | $5,451.93 |
| Kenneth Peters | $2,100.00 | $0.00 | $0.00 | $2,100.00 | $0.00 |
| Sanwa Leasing Corporat | $356.60 | $0.00 | $0.00 | $356.60 | $0.00 |
| Terry's Company | $6,842.89 | $0.00 | $0.00 | $3,341.50 | $3,501.39 |
| Thill & Company | $235.82 | $235.82 | $0.00 | $0.00 | $0.00 |
| Ungaretti & Harris | $5,346.40 | $0.00 | $0.00 | $5,346.40 | $0.00 |
| West Telemarketing Cor | $542.43 | $113.44 | $428.99 | $0.00 | $0.00 |
| **Total** | **$91,082.85** | **$7,841.26** | **$3,635.43** | **$17,022.61** | **$62,583.55** |
| Aging Percent | | 8.6% | 4.0% | 18.7% | 68.7% |

1093.57

TOTAL P.03

012EA