# Memorandum

**To:** Gene, Nicole, Bob and Vicki

**From:** RJS

**Date:** March 2, 1999

**Re:** Contracts

---

I spoke with Cindy on February 26, 1999. She advised me that our good receivables now are approximately as follows:

| | |
|---|---|
| Discovery Toys | 17,360 |
| Zainy Brainy | 5,880 |
| Other Misc | 1,900 |
| Total | 25,140 |

Cindy also advised me that the payments made by Gene & Nicole to LaSalle Bank total $177,099, of which I believe $39,000 were receivable advances ($27,000 November, 1998 and $12,000 February, 1999).

In addition, Cindy advises me that Terry's Company has made purchases on behalf of the company of approximately $19,700 of which $12,855 has been repaid.

Cindy also advised me that we currently have in the bank approximately $7,000 at LaSalle and $5,000 in the money market at Cole Taylor Bank. It was Cindy's and my assumption that there was nothing else left in Cole Taylor Bank after the $4,200 was paid to Harris Bank.

Based on the foregoing, it appears to me that Gene & Nicole's receivable loans are uncovered to the extent of about $14,000 and that all receivables of the company already belong to him. It appears to me that there is debt to Terry's Company for merchandise purchased and not paid for of about $6,845 ($19,700 minus $12,855). It looks like Gene's loans to the company total $177,099 of which $39,000 is theoretically, secured by our receivables, this is in addition to the $6,845 owed to Terry's Company for inventory purchases.

Based on $12,000 in the bank and an expectation that we will need about $1,900 to pay Cindy and JoAnn on Monday or Tuesday, I authorized a "stop gap" distribution to Bob and Vicki of $3,100 from the Cole Taylor Bank money market account and $1,900 from the account at LaSalle Bank. We know this will not carry them through the entire month, but we will need some money remaining in the bank for other expenses.



02759