# BLAGMAN
## MEDIA INTERNATIONAL

Vicki Esralew
Kids Count
3100 Dundee Rd
Suite 205
Northbrook, Il 60062

September 23, 1998

Dear Vicki;

The following, when signed by you in the space provided below and returned to us, will constitute an agreement under which we will provide exclusive advertising and marketing services to Kids Count. This is our standard agreement with clients, please make alterations or suggestion so that we can get rolling in a way that works for you. (Hard copy to follow).

I. <u>Exclusive Agency for Placement Services</u>

You have engaged Blagman Media International to be the exclusive direct response advertising and marketing agency for Kids Count.
(E) + for television

II. <u>Charges for Placement Services</u>

Our compensation for handling the advertising of your products will be the normal agency commission allowed us by various media, 15%. (If we buy television time for which such media provides no agency commission, you will pay us the contract price plus a 17.65% agency commission - this is a rare occurrence). Commissions are earned on all media negotiated and placed.

A.  <u>Media</u> - All media will be billed in advance of the month in which it runs based on contracts (purchase orders) entered into with stations. A reconciliation invoice will be issued subsequently for each month based on final station invoices/affidavits. Detailed media reports displaying all results and analysis will be faxed and / or e-mailed on a weekly basis (with daily reports made available as needed).

All media is payable at least 17 days prior to the first air date for the entire test flight for applicable media providers. All media that follows the test whether it be a secondary test or rollout is due for each month, two weeks prior to the first air date of that month's media schedule. All stations will be paid in advance of their air dates (industry standard).

1901 AVENUE OF THE STARS, SUITE 1710  •  LOS ANGELES, CALIFORNIA 90067   PHONE 310.788.5444   FAX 310.788.5440

00136

B. $3,300 per month (for the initial two months, payable in advance, first payment upon signing, each subsequent payment due the first of each month) creative consultation, commercial and offer development, telemarketing and fulfillment set-up and maintenance and all other aspects over and above commissions due for media planning and buying and post buy reporting. Each month thereafter will be considered on a month by month basis since much of the work will have already been determined and set-up. Generally the fee drops to $1,000 for the ongoing consultation and maintenance if needed as determined by Kids Count.

C. Creative charges are to be determined. The fee is generally $5,000 - $7,000 for general script consultation and "call to action" scripting. This fee is waived for Kids Count and absorbed in the previous compensation.

III. Other Charges

A. All out-of-pocket expenses incurred in servicing your account including, but not limited to, shipping charges, messenger service/air freight and authorized travel by agency personnel outside our immediate area will be billed at our net cost with documentation.

B. You agree to provide Blagman Media International with such financial statements and other evidence of creditworthiness as Blagman Media International may, from time to time, request. Blagman Media International reserves the right to require payment in advance and or other form of credit protection acceptable to Blagman Media International in the event it determines that your financial condition or liquidity creates an uncertainty as to your ability to comply with payment terms of the Agreement. All direct response advertising is payable in advance.

IV. Submission, Warranties, and Indemnities

We agree to submit all advertising and related materials to you prior to release to any media. You agree and warrant that your approval of such material verifies that the content therein is truthful and legal and that your product will perform as indicated within said material. If any lawsuit or other proceeding, whether instituted by any governmental body or any other person or organization is brought or threatened against Blagman Media International, or any of its affiliates, executives, or employees, you will

indemnify and hold harmless Blagman Media International, or its affiliates, executives, or employees, as appropriate, for any and all damages resulting therefrom, including, but not limited to, actual damages, punitive damages and fines and the legal fees and other costs incurred in defending the said lawsuit or other proceeding. Blagman Media International hereby indemnifies Kids Count in the event that Kids Count incurs damages due to the invasion of privacy or liable/slander committed by Blagman Media International.

V. Legal

Blagman Media International reserves the right, in the event any amounts claimed by Blagman Media International hereunder remain unpaid, to institute arbitration proceedings at the written election of Blagman Media International, which proceedings shall be conducted in Los Angeles, California under the then current rules of the American Arbitration Association, and any award rendered therein in favor of Blagman Media International may be enforced in any court of competent jurisdiction. Nothing contained in this paragraph shall limit or deprive Blagman Media International of its rights to resort to judicial enforcement of any of your obligations incurred hereunder.

This agreement shall be interpreted in accordance with the laws of the State of California or the State of Illinois. In the event legal action becomes necessary to enforce any portion of this agreement, the nonbreaching party will be entitled to reasonable attorney's fees in addition to any relief awarded.

VI. Publicity

Any and all news releases or other public disclosures of Blagman Media International's relationship with Kids Count must first have authorization from either party.

VII. Term

Your appointment of Blagman Media International as your exclusive broadcast advertising agency for those products that are assigned to us shall commence upon the date hereof and shall continue until this agreement is terminated. This agreement may be terminated by either party at any time upon 60 days written notice, except that the warranties and indemnities provided herein shall survive the cancellation of this agreement.

00128

If the above meets with your approval, we would appreciate your signing this acceptance and returning it to us at your earliest convenience. If you have any changes or modifications, please call us so that we may discuss them.

We look forward to a long and mutually profitable relationship.

Sincerely yours,

*[signature]*
Robert Bignion
President

ACCEPTED THIS 26 DAY OF September 19 98

_Kids Count Entertainment_
For: (Print company name - Kids Count)

_Vicki Esralew_
By: (Print name - Vicki Esralew)

*[signature]*
(Signature of Vicki Esralew)