Case 04-03774   Doc 68-16   Filed 11/14/06   Entered 11/14/06 12:41:21   Desc Exhibit
Page 1 of 2

# FAX

From:   EUGENE TERRY, 450 Central Ave #214, Highland Park, Ill.60035-2659 USA
        Fax 847-266-1034,   Tel 847-266-1032

FOR:    VICKI & BOB, Kids Count     fax 847-550-8061
        ROLLIN SOSKIN               fax 847-674-8938
        ROBERT BLAGMAN              fax 310-788-5440

SUBJECT: Telephone Meeting Jan 22, 1999  ET, NT, Rollin S and Robert B.

DATE.    Jan 22, 1999

PAGES:   First Of TWO Pages


Robert reported as follows:

1) Normally one tests product on T-V for two weeks at cost $25-50,000. Then analyse the results and run second test at another substantial cost. When tests are done and changes made in ad etc then is roll out and "sucess". However, money is limited so he is running very limited, very slow and very conservative first test. We are entering second test phase.

2) We did not receive enough calls first week. Changed the ad, and second week received "lots of calls". BUT  70% inquiries, 30% conversion. Should be 65-70% conversions!!"Bizarre West and he investigated what questions were asked. Surveyed Tele-Marketers. Realized big issue with viewer is what age child is the product for? Will change the script to first ask childs age and then recommend Jack's Attic or House.

3) Believe up-sells are turning off some customers. Can't yet answer why. West has 100-150 tele-marketers to survey. Script may be confusing. Will get results of survey.

4) Confusion over price. Many see $19.99 and don't catch "2 payments". Wife may feel has authority to order $20.00 but must consult with Husband for sum over that amount.

5) To correct some of these problems may have to tweak the ad. Might get the change free If not could cost $4-5,000. Is investigating how to handle.

6) STEP 1; Change West scrip. Try new scrip in same and a few new areas. Tone down up sell. Surprised that most calls are from women, since experience is that software is mainly purchased by Husband who knows the computer, and is his depart.. But this is good sign. He believes it may be because Vicki is prominent in the ad. However, men are



03107

more prone to spend larger amount of $ without consulting with spouse than are women. This may affect turn off with up-sell.

7) Crt T-V and Learning Channel seem best so far. Received on one ad ,49 calls but only 10 orders. Should have received 30-40 orders.

8) The new commercial with hook has only run a few times. Is investigating if it produces more. West and Rbt feel commercial is great and will eventually produce.

9) May have to change the ending of commercial to say in effect " we have a similar product for 2-6 year olds, Jacks House". Could cost up to $5,000 to make change.

10) All agreed Rbt is to change scrip and up sell. Will send to Vicki for final OK. He can not yet pick the shows or actual time but is on "rotation" which makes it impossible to insure repetition of ad.

11) We are NOT on this week-end. Rbt wants more info before selecting spots.

12) Has not yet made determination of which times, are best for spots

13) We have spent to date "about" Week one = $9505; week two = $8070, of budget.

14) May have tele-marketer try to get phone numbers of a referal and we can call them.

15) ET brought up fact that his West reports for week end Jan 17 show 110 orders and Blagman's report shows only 75. He will check to see why.

16) May be over priced on video since public is used to paying $10 at stores. There is now an encyclopedia in a t-v ad for $9.99. West can not divulge details.

17) Remember that our market is limited, customer need computer and certain age children. Have to market to them.

18) Price of a celebrity to endorse product in ad is about $25,000 and/or 1-3% of after sales.

19) If were to list in yellow pages under one word, "Software", 2 words, software educational, 3 words ,softare educational children.

20) Rbt to send us ad schedule for next week so maybe we can see ad and NT wants to call and see how scrip sounds.

21) We All Thanked Rbt For Being So Careful With Our ssssssssssssss

03108