*Rollin Soslein*

Disc EAC "Analys

# FAX

From: EUGENE TERRY, 450 Central Ave #214, Highland Park, IL 60035-2659 USA
Fax 847-266-1034, Tel 847-266-1032

FOR: Vicki & Bob, Rollin and Nicole

SUBJECT: Strategy Analysis

DATE: Jan 21, 1999

PAGES: First Of Two Pages

1) At our Jan 19 meeting with Peter, one of his conclusions caused me to re-analyse our strategy. He stated "you are in the entertainment business". By that I think we mean that our customers want to see personalities, to have their interest stimulated, as against wanting to be educated or lectured to. If he is correct then we may presently be going in the wrong direction.

2) It was our thinking that direct sales would produce a substantial cash flow within the first month. This was based upon our assumption that there was a "need" by parents for which we had a solution. It was my understanding that the "need" was for parents to find non-violent children's videos and games that also educated, and that would fill the child's need for computer entertainment. From the video taped interviews I reviewed of Vicki on talk shows that was, to me, the brunt of her argument. We were to attempt to fill that "vaccum". The fact that it was also educational was a plus. The newspapers, columnists, etc etc have raised the violence issue ( and kids becoming Couch Potatoes )with the general public (and television producers) and helped to creat the 'need".

3) There is also a "need" for educational programs but those needs may require another element. That element is an educator or known educational organization to promote your program. In selling many medicines it's a doctor, or one who appears to be a medical person, promoting the product. It might not be enough to say,"do you have a headache, here's a medicine" It might be necessary to say "do you have a headache, here's this doctors solution, etc etc". If you recall, Robert felt the original ad, where Vicki says "I..." meant nothing to the viewer because" who was Vicki". So we changed it to say it's educational, raises school averages, etc but still the viewer wants to know why Vicki is the maven! Educational programs may be a market (like medicine, relaxation tapes,books etc) whose need must be promoted by an expert as against those commercial products which the viewer already has the need and is seeking a product. When a person needs a new auto, showing him your product, which is "transparent" i.e, can be inspected before being purchased, is all the advertiseing you need. The viewer will make the decision re purchasing. He is the expert and knows what he wants (needs).



EXHIBIT M

4) Another way to sell is by being promoted by someone the public knows and believes is an expert. Jordan sells gym shoes. There are plenty of different shoes out there, but his is endorsed by him "the expert". We do not have such a known expert in our promotions.

5) Another way is to use a well know person to catch your attention so you watch the ad, which is generally a "transparent" product, (i.e. the product can be inspected before purchase) such as autos, clothing etc. Even a catalogue has picture and description. Most ads using a personality have him refer or introduce an expert on the matter, such as a Dr for a medicine, or an expert in physical therapy etc. You may still need the expert

6) There may be products out there for which only they can solve the need. The ad that claims it fixes problems with Windows, (very successful per Rbt) is probably the only such software product like that on the market, and probably is still endorsed by an expert. (I'm guessing since I never saw the ad)

7) If the above discussion has merit and some truth then our program, at this time with direct sales, will not produce a positive cash flow! We are going at it all wrong, or rather have the horse before the cart. The program should be to build Vicki, over the next year, into the known expert, to promote the product via T-V, in retail sales, catalogues etc. It could be that an expert will tell us it takes more than a year to build such a personality. Another route is to hire an educational expert or organization to endorse the product, then re do the ad. Or perhaps the ad must be redone to stress non-violence etc. All of this requires more funds than we have or to which we have access. Vicki has done a fantastic job getting us this far. We have a product (s) that are good and are developing more. We know how to produce them, Sanyo etc etc. We have great packaging. We're selling to some retail. We will be in a catalogue. We have tested the market, retail, direct sale etc and learned from it. Vicki is the kind of personality that can be promoted and who is dedicated to the concept. She has raised over a million to get us this far. However, the next step may be to hold back for a period and to seek out those investors that have the several millions necessary to promote Vicki, or hire a known expert to promote our product etc etc. Most important I would hope the investors would have some experience in the "entertainment" world or would be willing to retain someone, with that type of experience, to drive the program.

8) I am awaiting Rbt's report and conclusions since he is the expert "on board", before I develop a mind set !! I suggest we discuss the matters I raised.

♥