## LAW OFFICES OF
## ROLLIN J. SOSKIN & ASSOCIATES
9933 LAWLER AVENUE • SUITE 312
SKOKIE, ILLINOIS 60077-3703
FAX (847) 674-8938
TELEPHONE (847) 329-9991

May 3, 1999

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Mr. Robert Blagman
Blagman Media International
1901 Avenue of the Stars
Suite 1710
Los Angeles, California 90067

Re: Kids Count

Dear Robert:

It has been quite some time since we have spoken. I would request that you contact me immediately upon receipt of this letter. I have been asked to file claims against you for breach of contract, breach of fiduciary duty, and conversion of funds. While the actual dollars involved may not seem large enough to merit your serious attention, you should certainly keep in mind that if suit were filed, it would involve a claim of damages for lost profits and opportunities. That amount could be quite substantial, if not staggering.

I urge you to please contact me promptly in order that we may explore together where this matter is headed and whether there exists any opportunity for an amicable resolution.

Very truly yours,

Rollin J. Soskin

RJS\ml

cc: Eugene and Nicole Terry
    Robert Aren and Vicki Esralew


EXHIBIT N

# BLAGMAN
## MEDIA INTERNATIONAL

May 9, 1999

Mr. Rollin Soskin
Rollin Soskin & Associates
9933 Lawler Ave
Skokie, Illinois 60077

Dear Rollin,

I want to reaffirm my intention in aiding you, Gene and Nicole in resolving the issues. Our conversation last week helped put things in perspective. The letter aside (and my reaction to it), I will set an advertising plan to create the possibilities of recovering a proper and long lasting return. You can count on my entire agency and all our strategic alliances to get Kids Count on the right road.

Within the next week I will have completed a review of the campaign and spending to address the issues in the letter. In addition, I will reveal the many issues the three of you were not aware of that helped contribute to the situation you are now faced with. Since my original call to Vicki last week, I have not and will not communicate with her. I am now clear what needs to be done and with whom.

I will be making calls and setting up some meetings to put a marketing agenda together for Kids Count. As mentioned this will involve the Home Shopping Network and Per Inquiry (free) air time throughout the country. We can feature the product on HSN in a variety of ways. Since the product is "king", it may be better to immediately start positioning the software and associated products alone and without Vicki. Strategically this may take Kids Count to a higher level. This is not to slight Vicki, it is just quite hard to sell the product and her at the same time(we tried that - it didn't work).

Rollin, the call we had the other day was remarkable. I was very upset. I believe you helped guide me get beyond that trauma and set us on a course of success. Your directness, honesty and patience is very much appreciated. Gene and Nicole are lucky to have you in their life. I look forward to working with you as we move ahead.

Sincerely,

Robert Blagman

PS...can I keep the cigars (at least for now?)

1901 Avenue of the Stars, Suite 1710  Los Angeles, California 90067  Phone 310.785-5446  Fax 310.785-5440  E-mail blagcy@aol.com