LAW OFFICES OF
# ROLLIN J. SOSKIN & ASSOCIATES
9933 LAWLER AVENUE • SUITE 312

SKOKIE, ILLINOIS 60077-3703

FAX (847) 674-8938

TELEPHONE (847) 329-9991

March 19, 1999

To:    Peter
From:  Nicole, Gene and Rollin

    Thanks for your memo and your offer to help get Kids Count off the ground. We're excited to have a dealmaker like you on our side. With respect to your memo, we have no objection to Numbers 1, 2, 3, 5, and 8. We have no problem with Number 4, but it is our understanding that you will be raising at least $1.5 million, an amount sufficient to pay off all existing debt, including the amounts due Rollin. With respect to Number 6, we do not believe that Number 6 is necessary if a sum equal to the amount necessary to pay existing creditors off is raised. With respect to Number 7, it should be understood that once you become president of the company, Rollin should be under no further obligation to perform services, except for reasonable compensation to be agreed upon between you, Vicki, and Rollin.

    Thanks for your offer to put in additional funds matched by Gene and Nicole, but Gene and Nicole are not prepared to invest any further funds in Kids Count at this time.

    It is our understanding from the conversations which we had with you on Wednesday, that we are not required to modify any existing agreements until such time as the funding is obtained.

    We are excited to have you involved and we wish you nothing but success in your endeavors, which we hope will result in mutual profit.

Nicole, Gene and Rollin


EXHIBIT O

03041