LAW OFFICES OF
# ROLLIN J. SOSKIN & ASSOCIATES
9933 LAWLER AVENUE • SUITE 312
SKOKIE, ILLINOIS 60077-3703
FAX (847) 674-8938
TELEPHONE (847) 329-9991

February 11, 1999

BY FACSIMILE - (847) 490-8084

Joanne Marlowe, Managing Director
O.I.I., Incorporated
2300 North Barrington Road
Suite 160
Hoffman Estates, Illinois 60195

Dear Joanne:

Bob and I very much enjoyed our meeting with you and Walker on Tuesday, February 9, 1999. I believe it was a very important and productive step for us to meet face to face so that we may began to build our mutual comfort level with a view toward the possibility of working together in the future. It was certainly a pleasant surprise to learn that both you and your husband attended Niles West High School, which Bob and I also attended.

When Tuesday's meeting was arranged, I had two major goals to accomplish, namely, a better understanding of how it is you obtain the funds which you propose to invest in a company such as Kids Count, and to obtain the necessary information with which to do some preliminary "due diligence".

I believe that I now have a rudimentary understanding of how you generate your funds. If I am correct in understanding a simplistic description of your business model, one of your corporations, Intarsia International, Inc. or Origami Investment International, Inc., issues insured corporate bonds. In order to obtain the insurance, you are required to have a business purpose for the use of the bond proceeds. As a protection for the bond investors and the insurance company, you keep the principal sum on deposit at your project manager bank at all times. The project manager bank, because of its assurance of a long term deposit of such size, lends you, at a below market rate, an amount which is a multiple of the amount which you agree to keep on deposit on a day by day basis as needed, for your use in purchasing investments such as 360-day banker's acceptances, which you, as a result of your expertise and contacts, are able to buy at a lower percentage of par than the percentage at which



00762

Joanne Marlowe - page 2
February 11, 1999

you can pre-sell such investments, thus making an immediate profit on the spread. Because the purchase and sale of the investment vehicles are settled and funded within your project manager bank, the funds never leave the bank and you lock in your profit immediately. It is the profit funds which you then invest, while the loan, interest and bank fees are repaid at settlement, and the interest on the underlying deposit pays the interest on the corporate bonds.

You explained that although the corporate bonds are not issued for the purpose of making short term hedge transactions, you are able to invest money as you deem prudent during the pendency of your review and examination of business investment vehicles such as Kids Count.

One thing I did not quite understand from our conversation was how you can invest those corporate funds and take title personally, as though it is your personal investment rather than the investment of the corporation issuing the bonds, but perhaps we can save that for another conversation. I can only presume that with KPMG and your attorneys reviewing these transactions, and with counsel for the bank and the insurer reviewing these transactions, you have been assured that these transactions are legal, that the investments you propose to make with the funds are appropriate and will not violate any of the covenants or conditions of the bonds which you issue, and that you are fully aware of the income tax and other legal ramifications of these types of transactions.

What we did not obtain from you during our conversation was information with which to began our due diligence process. As you can surely understand, we are excited about what Vicki and Kids Count have accomplished so far and about their prospects for the future. We must, accordingly, be cautious in choosing strategic partners with which to go forward. In that regard, I would request that you provide us with as much of the following information as possible, for us to at least began an initial review:

1) The name, address and telephone number of the partner or other principal in charge of your account with KPMG;

2) The name, address and telephone number of your current accountant if you no longer use KPMG;

3) The name, address and telephone number of the attorneys whom you have used to document your prior transactions;

4) Audited (if available) financial statements of O.I.I., Intarsia, Origami and any other entities which you would propose to involve in the transaction with us or which may be reflective of your prior transactions;

00763

Joanne Marlowe – page 3
February 11, 1999

5) The name, address and telephone number of the bank or banks which you have used as project managers for transactions of this nature in the past, and the individual at such institution(s) who would be familiar with your account and these types of transactions;

6) The name, address and telephone number of your contact at Lloyds of London or their counsel.

7) Copies of a sample of the corporate bonds you issue for these transactions (preferably copies of a bond or bonds you have issued in the past), and the related disclosures made to investors in those securities;

8) A copy of your own business plan, if any;

9) Copies of any other document which you believe would be of assistance to us in further understanding and appreciating your prior accomplishments and future goals.

If you will provide us with as much of the foregoing as possible in the next few days, we will be able to use the time between now and our next meeting, which you have suggested be in approximately 10 days, to move forward on our side in evaluating the "fit" between your interests and ours.

Thank you in advance for your prompt attention to these matters. Please do not hesitate to call me if you have any questions. Please feel free to fax any of the foregoing information to me at the facsimile number shown above. We look forward to meeting with you again after you have further refined your own analysis and interest.

Very truly yours,

Collin

Rollin J. Soskin

RJS:kbs

cc: Vicki Esralew
    Eugene Terry

00764

# FAX TRANSMISSION



Date: 11 February, 1999   No. of Pages: 1
Firm: Soskin & Associates   Subject: Kids Count
Attn: Mr. Rollin Soskin   Sender: Ms. Joanne Marlowe
Rec'r Fax: 847 674 8938   Sender Fax:
Rec'r Tel: 847 329 9991   Sender Tel:

If any portion of this transmission is illegible, please contact sender IMMEDIATELY.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Dear Mr. Soskin:

We are in receipt of your facsimile of this date.

It is apparent from your letter that you have the desire to conduct substantial "due diligence", however, I find the bulk of your inquiry highly inappropriate. You have approached our proposed involvement with Kids Count, both during our meeting and within the context of your facsimile which contains your explicit requirements for disclosure, as if it were a license to attempt to dissect and understand every aspect of our proprietary internal business operation as well as communicate with a vast selection of our professional associates.

Perhaps in the future you and your client would be better served to realize first that a proposed investor has no obligation to provide disclosures except so far as to document its capability, demonstrate its good origin of funds, and evidence professional references of its own choosing sufficient to support its good standing. Indeed, you seem to misunderstand which side of the fence you are on in this proposed investment transaction, which in this case is wholly unfortunate for your client.

With this in mind, I wish you the best of good fortune in furthering the interests of Kids Count as I maintain resounding support for Ms. Esralew's accomplishments, but we regrettably withdraw our interest in proceeding further with these discussions.

Sincerely,

Joanne Marlowe
Managing Director

cc: V. Esralew

**O.I.I.**
Incorporated
2300 N. Barrington Road, Suite 160, Hoffman Estates, IL 60195 • Tel: (847) 490-8080 • Fax: (847) 490-8084

00759