ROLLIN SOSKIN

## MEMORANDUM

TO :  Vicki and Bob, Kids Count

FROM: Eugene Terry,    450 Central Ave #214, Highland Park, Ill. 60035-2659 U.S.A.
Tel 847-266-1032   Fax 847-266-1034

SUBJECT: Finances

Date :    April 30, 1999

1) At our April 28th meeting I thought that we had agreed to "start" putting in effect and agreeing to a back up plan for KC, in the event that none of the financing came thru in the next few weeks. A back up plan would insure we made the best use of the assets we have, put us in control of our situation as best we could, and explain to the creditors our exact economic condition.

2) Such a plan necessitates cutting back, even further on expenses, such as office personnel etc. The list of disbursements for May, I received, does not show that we are to cut back on help. Have you discussed part time with Jo Ann for May ? If she quits do you have a plan re phones etc.

3) We suggested a meeting of the major creditors to insure they know the situation and to get what their intentions will be. You vetoed that. What do you intend to tell them, if they call, and what should Rollin say? We need to guage their intentions in order to develope a back up plan. That is impossible now.

4) How do you intend to pay the $10-11,000 required in May per JoAnn? The A/R you may collect have been purchased by us, and at least the first $13,000 collected is to go to us. How do you intend to pay bills in May?

5) We wanted to talk with the other secured credit,. To develop a plan we must know his intentions after he is appraised of the facts. You vetoed such a meeting.

6) We know of no sales in the hopper for May.

7) We suggested that we talk to our past customers, in person, to guage the possibility of satisfying the secured creditor by operating as a "basement operation". You do not seem to have any plan for that or letting any one of us contact them. We also suggested getting some ads out of Blackman but you vetoed that.



03516

8) Frankly, we are frustrated and feel you are not handling our situation in a objective business manner. I feel much of your pain (only you can feel the full extent of it). I hope you will reconsider your approach, as hard as it will be. You felt that within 60 days the finances will arrive. If not, you are not the type to just throw in the towel, and therefore you will have another group interested for which you will need another 60 days. However, at that time, we will probably be in a worse financial situation and have had no plan to help soften the blows.

9) May I have a note from you, of what your thinking is on each of the matters above, if your assumption that the finances will arrive does not pan out. I am confused by your thinking and frustrated as how to influence you. I am confident that a independant consultant would advise you as we have.

♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥

03517