TERRY'S COMPANY, INC.  
450 Central Avenue #214  
Highland Park, IL 60035-2651

terry1.doc

Telephone: (847) 266 1032  
Facsimile : (847) 266 1034

## FAXSIMILE

Date: 5/4/99  
To:  
Fax #                    Tel#  
Re:  
No pages including this sheet: 2 of 2 pages

MINUTES OF MEETING AT LINCOLNSHIRE MARIOTT, 4/28/99  
    VICKIE AND BOB,  
    ROLLIN SOSKIN  
    GENE AND NICOLE TERRY

1- Barasch Insurance: was decided to cancel. Employers liability coverage. Rollin took care of it.

2- Need to cut our debt : how?  Bankruptcy  
                        Assignment for benefit of creditors  
                        UCC creditors sale  
If cannot pay them off, must do something to terminate the rights of the lenders (except for the UCC lenders).  
Creditors can take their loss  
        or take assets (name, advertising, everything).

3- Set a deadline for when to finish  
                      Bankruptcy  
                      ABC

4- Loans with UCC: Bob Leeper ( Harris Bank)  
                   Terry Co Inc.( Gene)



03534

Minutes 4/28/99 page 2/2

5- WE NEED A BACK UP PLAN:
KC NEEDS 60 DAYS TO GET MORE $. IF THIS DOES NOT WORK, THEN WHAT?

A/ Build from what we have. What does Vickie say? What kind of commitment does Vickie want to make?
Vickie says she needs to get paid or get a job.
Bob: "this assumes that no one is coming in with loans".

B/ Rekindling all present accounts. Nicole offered to go with Vickie to see major clients.

C/ Robert: give him an ultimatum and have him give us free time for our ads (as a settlement) did not get the right treatment from him and we never had a real test, scattered hours, no continuation etc… It was agreed that Rollin would send him such a letter.

6- Mortgage from LaSalle Bank on house : 635,000.
Extra loan at time of above by LSNB: $100,000. due next week; (this is the money Vickie and family have been living on), but it is all used up. They are now living on income from refunds from 98 returns.

7- If he would, Bob Leeper could write off his $300,000. Vickie talked to him a week ago, and as per Vickie, his main concern is for Vickie.
It was agreed that Vickie would talk to Bob Leeper and tell him we will be calling him. Vickie will call on Monday May 3.

8- Steve Santulsky and Michael Resnick have choice: law suit or wait to see if $ come in.

9- Creditors: we talked about meeting with all creditors. Bob and Vickie want to think about this

10- Bob: Does not want to file yet, so he can sell the car. Bob spoke to a bankr. attorney Joe Cohen who told him he must wait 60 days to file, after selling the car.

11- Peter: need to send him a letter to confirm that he is out of it and will not look for compensation later. Rollin will take care of it

03535