IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW ) | |
| ) | |
| Debtor, ) | |
| _____) | |
| ) | |
| ROLLIN SOSKIN, et. al. ) | |
| ) | |
| Plaintiffs ) | No. 04 A 3774 |
| ) | |
| v. ) | Judge Goldgar |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
| Defendant ) | |

## NOTICE OF MOTION

TO:    Thomas Crooks
        Three First National Plaza
        70 W. Washington
        Suite 1950
        Chicago, IL. 60602
        (Fax: 312-641-5220)

      On November 20, 2006, at 9:30 a. m., or as soon thereafter as counsel may be heard, I shall appear before the Hon. Judge A. Benjamin Goldgar or any judge sitting in his stead, in the courtroom usually assigned to him, Room 613, at 219 South Dearborn, Chicago, Illinois 60604, and present then and there Defendant's Motion For Summary Judgment, Defendant's Memorandum of Law in Support of Defendant's Motion for Summary Judgment, and Defendant's Local Rule 7056-1 Statement, copies of each of which is herewith served upon you.

                                              /s/ Carey M. Stein
                                              One of her Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\msj\not.wpd

## **CERTIFICATE OF SERVICE**

 The undersigned attorney certifies that a copy of the within notice and motion was served electronically through the Court's ECF filing system on

        Thomas Crooks
        Three First National Plaza
        70 W. Washington
        Suite 1950
        Chicago, IL. 60602
        (Fax: 312-641-5220)

            /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484


\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\msj\not.wpd