IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW ) | |
| ) | |
| Debtor, ) | |
| _____) | |
| ) | |
| ROLLIN SOSKIN, et. al. ) | |
| ) | |
| Plaintiffs ) | No. 04 A 3774 |
| ) | |
| v. ) | Judge Goldgar |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S EXHIBIT LIST**

Exhibit 1:   Statement of Change of Registered Agent of Imagine Software Corporation fka Enviar Roads, Inc. dated 9/21/93

Exhibit 2:   Articles of Amendment for Imagine Software dated 11/18/93

Exhibit 3:   Contribution Agreement among Kids Count Entertainment, Inc and Kids Count LLC ('Kids Count") dated 3/24/97

Exhibit 4:   Kids Count Operating Agreement amended as of 3/20/98

Exhibit 5:   Terry memo dated 11/16/98

Exhibit 6:   Memorandum of Agreement

Exhibit 7:   Terry memo dated 12/2/98

Exhibit 8:   Soskin memo dated 12/2/98

Exhibit 9:   Esralew memo dated 12/15/98

Exhibit 10:  Memorandum of Meeting dated 12/19/98

Exhibit 11:   Terry memo dated 1/22/99

Exhibit 12:   Soskin letter dated 2/24/99

Exhibit 13:   Soskin memo dated 3/2/99

Exhibit 14:   Terry memo to Nicole Terry dated 4/12/99

Exhibit 15:   Terry memo dated 4/19/99

Exhibit 16:   Terry memo dated 4/30/99

Exhibit 17:   Terry memo dated 5/1/99

Exhibit 18:   Terry memo dated 5/4/99

Exhibit 19:   Soskin letter to Esralew dated 5/5/99

Exhibit 20:   Memo to Nicole Terry dated 7/15/99

Exhibit 21:   Nasharr letter dated 8/12/99

Exhibit 22:   Terry letter to Nasharr dated 8/17/99

Exhibit 23:   Soskin letter to Nasharr dated 8/31/99

Exhibit 24:   Terry memo dated 10/6/99

Exhibit 25:   Memo to Gene Terry dated 10/7/99

Exhibit 26:   Esralew letter dated 11/15/00

Exhibit 27:   Contract among Kids Count and Blagman Media International ("Blagman")

Exhibit 28:   Blagman overview of Kids Count Project dated 9/24/98

Exhibit 29:   Blagman status report of Kids Count Project dated 10/21/98

Exhibit 30:   Blagman memo dated 11/8/98

Exhibit 31:   Contract among Kids Count and The Film Syndicate dated 11/18/98

Exhibit 32:   Blagman memo dated 12/2/98

Exhibit 33:   Soskin letter Blagman dated 5/3/99

Exhibit 34:   Blagman e-mail dated 5/5/99

Exhibit 35:   Blagman letter to Soskin dated 5/9/99

Exhibit 36:   Blagman memo dated 5/16/99

Exhibit 37:   Blagman memo dated 5/23/99

Exhibit 38:   Soskin "to-do" list dated 3/24/99

Exhibit 39:   Livingston memo dated 4/5/99

Exhibit 40:   Esralew memo dated 4/7/99

Exhibit 41:   Livingston memo dated 4/12/99

Exhibit 42:   Livingston memo dated 4/14/99

Exhibit 43:   Esralew memo dated 1/20/99

Exhibit 44:   Terry memo dated 1/21/99

Exhibit 45:   Abruzzo proposal dated 2/12/99

Exhibit 46:   Notes re: Abruzzo dated 3/18/99

Exhibit 47:   Abruzzo letter and proposal dated 3/18/99

Exhibit 48:   Soskin letter to Abruzzo dated 3/19/99

Exhibit 49:   Filler letter and proposal re: Abruzzo dated 3/29/99

Exhibit 50:   Soskin letter to Filler dated 4/2/99

Exhibit 51:   Proposed Abruzzo Contract of 4/20/99

Exhibit 52:   Soskin letter to Abruzzo dated 5/3/99

Exhibit 53:   Soskin memo re Marlowe dated 1/29/99

Exhibit 54:   Soskin letter to Marlowe dated 2/11/99

Exhibit 55:   Marlowe letter to Soskin dated 2/11/99

Exhibit 56:   Distribution Agreement among Kids Count and Vickilew, Inc. dated 1/1/00

Exhibit 57:   License Agreement among Kids Count and Vickilew, Inc. dated 6/1/01

Exhibit 58:   License Agreement among Kids Count and Vickilew, Inc. dated 1/2/02

Exhibit 59:   License Agreement among Kids Count and Good Sector dated 4/14/04

        Respectfully Submitted

        Vicki Esralew

        By:/s/ Carey M. Stein
          One of her attorneys

Carey M. Stein
ASHMAN & STEIN #37710
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
312/782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\Trial Exhibits\exhibit list.wpd