IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| VICKI ESRALEW | ) | |
| Debtor, | ) ) ) | |
|  | ) | |
| ROLLIN SOSKIN, et. al. | ) ) | |
| Plaintiffs | ) ) | No. 04 A 3774 |
| v. | ) ) | Judge Goldgar |
| VICKI ESRALEW | ) ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO:   Thomas Crooks
      Three First National Plaza
      70 W. Washington
      Suite 1950
      Chicago, IL. 60602
      (Fax: 312-641-5220)


    PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on November 16, 2006, we filed with the Clerk of the United States Bankruptcy, DEFENDANT'S EXHIBIT LIST, a copy of which is attached hereto.


                                    /s/ Carey M. Stein
                                    One of Defendant's Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\Trial Exhibits\exhibitlistnof.wpd

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that a copy of the within notice and Exhibit List was served electronically through the Court's ECF filing system on

       Thomas Crooks
       Three First National Plaza
       70 W. Washington
       Suite 1950
       Chicago, IL. 60602
       (Fax: 312-641-5220)

              /s/Carey M. Stein


Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484


\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\Trial Exhibits\exhibitlistnof.wpd