IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW | ) |
| Debtor, | ) |
| | ) |
| ROLLIN SOSKIN, et. al. | ) |
| Plaintiffs | )   No. 04 A 3774 |
| v. | )   Judge Goldgar |
| VICKI ESRALEW | ) |
| Defendant | ) |

## DEFENDANT'S WITNESS LIST

Defendant **will** call the following witnesses:

1. Vicki Esralew - will testify as to all aspects of Plaintiffs' case and her defenses.

2. JoAnne Livingston - will testify as to Kids Count failure and/or inability to pay its creditors on a timely basis due to Plaintiff Soskin's inattention to Kids Count's business and the refusal of Plaintiff Terry's to advance funds to Kids Count.

3. Eugene Terry - Defendant intends to call Terry as an adverse witness. Terry is expected to testify as to his: (a) experience in legal and business matters, (b) examination of Kids Count's business and prospects prior to and after November 22, 1998, (c) preparation of a Kids Count infomercial, (d) dealings with Robert Blagman, (e) knowledge of Kids Count's efforts to attract additional investors in 1999, and (f) Kids Count's proposal to license its products to others after May 1999.

4. Rollin Soskin - Defendant intends to call Soskin as an adverse witness. Soskin is expected to testify as to his: (a) experience in legal and business matters, (b) examination of Kids Count's business and prospects prior to and after November 22, 1998, (c) management of, and failure to manage, Kids Count, (d) preparation of a Kids Count infomercial (e) dealings with Robert Blagman, (f) knowledge of Kids Count's efforts to

        attract additional investors in 1999, and (g) efforts to put Kids Count into a forced bankruptcy after May of 1999.

Defendant **may** call the following witnesses:

1. Nicole Terry - If called, Defendant intends to call Nicole Terry as an adverse witness. Nicole Terry is expected to testify as to her: (a) knowledge of Kids Count's business and prospects prior to and after November 22, 1998, (b) preparation of a Kids Count infomercial (c) dealings with Robert Blagman, and (d) knowledge of Kids Count's efforts to attract additional investors in 1999.

2. Robert Arens - if called, Arens is expected to testify as to all aspects of Plaintiffs' case and Esralew's defenses.

3.. Joanne Marlowe - if called, Marlowe will testify as to her dealings with Soskin in connection with a potential investment in Kids Count.

4. Michael Resnick - If called, Resnick will testify as to Soskin's efforts to put Kids Count into a forced bankruptcy during the summer of 1999, and as to Soskin's request that he submit an affidavit in connection with the instant case.

5. Bob Leeper - If called, Leeper will testify as to Soskin's efforts to put Kids Count into a forced bankruptcy during the summer of 1999.

6. Anthony Nassharr - If called, Nassharr will testify as to Kids Count's status in the second half of 1999, Kids Count's efforts to repay the Terrys and his dealings with the Plaintiffs on behalf of Esralew and/or Kids Count.

Defendant further reserves the right to call any witness listed by Plaintiffs in their witness list, regardless of whether such witness is called by Plaintiffs at trial. Defendant also reserves the right to call such other witnesses (who are not presently identifiable) as may be required in rebuttal, without prior notice to Plaintiffs.

                                            Respectfully Submitted

                                            Vicki Esralew

                                            By: /s/ Carey M. Stein
                                                 One of her attorneys

Carey M. Stein
ASHMAN & STEIN #37710
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
312/782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\witness list.wpd