**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

## PLAINTIFF'S EXHIBIT LIST

1. Kids Count Business Plan (120 pages—exhibit 14 at Esralew deposition).

2. Class "A" membership Interest Investment Proposal Term Sheet.

3. Memo dated November 16, 1998 from Eugene Terry to Rollin Soskin, faxed to Esralew.

4. Faxed draft Memorandum of Agreement from Soskin to Gene, Nicole, Vicki & Bob dated 11/18/98.

5. Memo to Rollin from Vicki & Bob dated November 19, 1998.

6. Faxed edited draft Memorandum of Agreement dated 11/19/98.

7. Faxed letter dated November 20, 1998 sending latest draft of Memorandum of Agreement.

8. Soskin hand written notes, 3 pages (bates 03154, 03155, 03156).

9. Executed Memorandum of Agreement with signed letters of waiver dated February 24, 1999.

10. Memo dated January 12, 1999 from Soskin to Esralew.

11. January 14, 1999 letter from Rothschild to Soskin, with enclosure.

12. Letter to Esralew and Aren from Soskin dated May 5, 1999.

13. Soskin's notes dated 5/9/99 and 4/23.

14. Fax dated April 8, 1999 from Soskin to JoAnn.

15. May 16, 1999 memo from Vicki to Nicole, Gene & Rollin.

16. May 23, 1999 memo from Blagman to Soskin and Terrys, with attachment.

17. May 25, 1999 letter from Soskin to the Terrys.

18. August 23, 1999 letter from Nasharr to Eugene Terry.

19. Kids Count Entertainment, L.L.C. 1999 solicitation.

20. Vickilew Confidential Private Placement Memorandum.

21. Interests Purchase Agreement by and Between Kids Count, L.L.C., Feels Good, L.L.C. and Kids Count, Inc.

22. Non-competition and Intellectual Property Rights Agreement.

23. UCC filing dated 1/25/99.

24. Aren and Esralew Federal tax returns for 2002, 2003, 2004.

25. Federal tax return for 1998.

26. Defendant's Answer to Plaintiff's first Amended Complaint.

                                            s/Thomas C. Crooks  
                                            Thomas C. Crooks  
                                            Attorney for Plaintiff

Thomas C. Crooks  
Three First National Plaza, Suite 1950  
Chicago, Illinois 60602  
Telephone: (312) 641-2260  
Facsimile:   (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 20, 2006, the foregoing Plaintiff's Exhibit List was served electronically through the Court's ECF filing system on:

>Mr. Carey M. Stein
>Ashman & Stein
>150 N. Wacker Drive, Suite 3000
>Chicago, Illinois 60606

>s/Thomas C. Crooks_____
>Thomas C. Crooks
>Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:   (312) 641-5220