**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE | ) | |
| TERRY, NICOLE TERRY and | ) | |
| TERRY'S COMPANY, INC. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Adversary Proceeding |
| | ) | No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

NOTICE OF FILING PLAINTIFF'S EXHIBIT LIST

TO:  Mr. Carey M. Stein
     Ashman & Stein
     150 N. Wacker Drive, Suite 3000
     Chicago, Illinois 60606

Please take notice that on November 20, 2006, we electronically filed with the Clerk of the United States Bankruptcy Court, Plaintiff's Exhibit List, a copy of which is attached hereto.

                                    s/Thomas C. Crooks_____
                                    Thomas C. Crooks
                                    Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on November 20, 2006 the within notice and exhibit list was served electronically through the Court's ECF filing system on:

    Mr. Carey M. Stein
    Ashman & Stein
    150 N. Wacker Drive, Suite 3000
    Chicago, Illinois 60606

            s/Thomas C. Crooks_____
            Thomas C. Crooks
            Attorney for Plaintiff