**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

PLAINTIFF'S WITNESS LIST

1. Vicki Esralew - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties. It is anticipated that Esralew will testify consistent with her deposition.

2. Robert Aren - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendant's fraud, breach of contract and breach of fiduciary duties. It is anticipated that Eran will testify consistent with her deposition.

3. Peter Abruzzo - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

4. Robert Blagman - facts surrounding entry into agreement and advisors consulted;

Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

5. Rollin Soskin - facts surrounding entry into agreement; Esralew's sophistication, unclean hands, including but not limited to evidence that Esralew never intended to honor the agreement of the parties, Eralew's fraudulent inducement of Plaintiffs, Esralew's statements against interest, fraud, breach of contract and breach of fiduciary duties; including but not limited to any subjects he testified about at his deposition

6. Eugene Terry - facts surrounding entry into agreement; Esralew's sophistication, unclean hands, including but not limited to evidence that Esralew never intended to honor the agreement of the parties, Eralew's fraudulent inducement of Plaintiffs, Esralew's statements against interest, fraud, breach of contract and breach of fiduciary duties; including but not limited to any subjects he testified about at his deposition

7. Nicole Terry - facts surrounding entry into agreement; Esralew's sophistication, unclean hands, including but not limited to evidence that Esralew never intended to honor the agreement of the parties, Eralew's fraudulent inducement of Plaintiffs, Esralew's statements against interest, fraud, breach of contract and breach of fiduciary duties; including but not limited to any subjects Nicole testified about at her deposition

    s/Thomas C. Crooks_____
    Thomas C. Crooks
    Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:   (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 20, 2006, the foregoing Witness List was served electronically through the Court's ECF filing system on:

    Mr. Carey M. Stein
    Ashman & Stein
    150 N. Wacker Drive, Suite 3000
    Chicago, Illinois 60606

                                       s/Thomas C. Crooks
                                       Thomas C. Crooks
                                       Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220