**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE | ) | |
| TERRY, NICOLE TERRY and | ) | |
| TERRY'S COMPANY, INC. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Adversary Proceeding |
| | ) | No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

NOTICE OF FILING PLAINTIFF'S WITNESS LIST

TO:  Mr. Carey M. Stein
     Ashman & Stein
     150 N. Wacker Drive, Suite 3000
     Chicago, Illinois 60606

    Please take notice that on November 20, 2006, we electronically filed with the Clerk of

the United States Bankruptcy Court, Plaintiff's Witness List, a copy of which is attached hereto.


                                    s/Thomas C. Crooks_____
                                    Thomas C. Crooks
                                    Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 20, 2006, the foregoing Notice and Plaintiff's Witness List was served electronically through the Court's ECF filing system on:

> Mr. Carey M. Stein
> Ashman & Stein
> 150 N. Wacker Drive, Suite 3000
> Chicago, Illinois 60606

> s/Thomas C. Crooks_____
> Thomas C. Crooks
> Attorney for Plaintiff