TCC:jp06/11/21

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

Now come the plaintiffs, by and through their attorney, Thomas C. Crooks, and object to defendant's exhibits as follows:

Exhibit 1: Statement of Change of Registered Agent of Imagine Software Corporation fka Enviar Roads, Inc. dated 9/21/93

Response: Irrelevant, immaterial.

Exhibit 2: Articles of Amendment for Imagine Software dated 11/18/93

Response: Irrelevant, immaterial.

Exhibit 3: Contribution Agreement among Kids Count Entertainment, Inc and Kids Count LLC ('Kids Count") dated 3/24/97

Response: Irrelevant, immaterial.

Exhibit 4: Kids Count Operating Agreement amended as of 3/20/98

Response: No objection.

Exhibit 5:      Terry memo dated 11/16/98

Response:       No objection.

Exhibit 6:      Memorandum of Agreement

Response:       No objection.

Exhibit 7:      Terry memo dated 12/2/98

Response:       Irrelevant, immaterial.

Exhibit 8:      Soskin memo dated 12/2/98

Response:       No objection.

Exhibit 9:      Esralew memo dated 12/15/98

Response:       No objection.

Exhibit 10:     Memorandum of Meeting dated 12/19/98

Response:       No objection.

Exhibit 11:     Terry memo dated 1/22/99

Response:       No objection.

Exhibit 12:     Soskin letter dated 2/24/99

Response:       No objection.

Exhibit 13:     Soskin memo dated 3/2/99

Response:       No objection.

Exhibit 14:     Terry memo to Nicole Terry dated 4/12/99

Response:       No objection.

Exhibit 15:     Terry memo dated 4/19/99

Response:	No objection.

Exhibit 16:	Terry memo dated 4/30/99

Response:	No objection.

Exhibit 17:	Terry memo dated 5/1/99

Response:	No objection.

Exhibit 18:	Terry memo dated 5/4/99

Response:	No objection.

Exhibit 19:	Soskin letter to Esralew dated 5/5/99

Response:	No objection.

Exhibit 20:	Memo to Nicole Terry dated 7/15/99

Response:	Irrelevant, immaterial, foundation.

Exhibit 21:	Nasharr letter dated 8/12/99

Response:	Heresay, foundation, settlement privilege.

Exhibit 22:	Terry letter to Nasharr dated 8/17/99

Response:	Settlement privilege.

Exhibit 23:	Soskin letter to Nasharr dated 8/31/99

Response:	Settlement privilege.

Exhibit 24:	Terry memo dated 10/6/99

Response:	Settlement privilege.

Exhibit 25:	Memo to Gene Terry dated 10/7/99

Response:	Settlement privilege.

Exhibit 26:     Esralew letter dated 11/15/00

Response:      Settlement privilege.

Exhibit 27:     Contract among Kids Count and Blagman Media International ("Blagman")

Response:      No objection.

Exhibit 28:     Blagman overview of Kids Count Project dated 9/24/98

Response:      No objection.

Exhibit 29:     Blagman status report of Kids Count Project dated 10/21/98

Response:      No objection.

Exhibit 30:     Blagman memo dated 11/8/98

Response:      No objection.

Exhibit 31:     Contract among Kids Count and The Film Syndicate dated 11/18/98

Response:      No objection.

Exhibit 32:     Blagman memo dated 12/2/98

Response:      Irrelevant, immaterial.

Exhibit 33:     Soskin letter Blagman dated 5/3/99

Response:      No objection.

Exhibit 34:     Blagman e-mail dated 5/5/99

Response:      No objection.

Exhibit 35:     Blagman letter to Soskin dated 5/9/99

Response:      No objection.

Exhibit 36:     Blagman memo dated 5/16/99

Response:        No objection.

Exhibit 37:     Blagman memo dated 5/23/99

Response:        No objection.

Exhibit 38:     Soskin "to-do" list dated 3/24/99

Response:        Foundation, irrelevant, immaterial, heresay.

Exhibit 39:     Livingston memo dated 4/5/99

Response:        Irrelevant, immaterial.

Exhibit 40:     Esralew memo dated 4/7/99

Response:        Irrelevant, immaterial.

Exhibit 41:     Livingston memo dated 4/12/99

Response:        Foundation, irrelevant, immaterial.

Exhibit 42:     Livingston memo dated 4/14/99

Response:        Foundation, irrelevant, immaterial.

Exhibit 43:     Esralew memo dated 1/20/99

Response:        No objection.

Exhibit 44:     Terry memo dated 1/21/99

Response:        No objection.

Exhibit 45:     Abruzzo proposal dated 2/12/99

Response:        No objection.

Exhibit 46:     Notes re: Abruzzo dated 3/18/99

Response:        Irrelevant and immaterial.

Exhibit 47:     Abruzzo letter and proposal dated 3/18/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 48:     Soskin letter to Abruzzo dated 3/19/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 49:     Filler letter and proposal re: Abruzzo dated 3/29/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 50:     Soskin letter to Filler dated 4/2/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 51:     Proposed Abruzzo Contract of 4/20/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 52:     Soskin letter to Abruzzo dated 5/3/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 53:     Soskin memo re Marlowe dated 1/29/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 54:     Soskin letter to Marlowe dated 2/11/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 55*:*     Marlowe letter to Soskin dated 2/11/99

<u>Response</u>:     Irrelevant and immaterial

Exhibit 56:     Distribution Agreement among Kids Count and Vickilew, Inc. dated 1/1/00

<u>Response</u>:     Irrelevant and immaterial

Exhibit 57:     License Agreement among Kids Count and Vickilew, Inc. dated 6/1/01

Response:     No objection.

Exhibit 58:   License Agreement among Kids Count and Vickilew, Inc. dated 1/2/02

Response:     No objection.

Exhibit 59:   License Agreement among Kids Count and Good Sector dated 4/14/04

Response:     No objection.

                Respectfully Submitted

                s/Thomas C. Crooks_____
                Thomas C. Crooks
                Attorney for Plaintiffs

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:   (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

<u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on November 22, 2006, the foregoing was served by U.S. Mail to the address below and electronically through the Court's ECF filing system on:

    Mr. Carey M. Stein
    Ashman & Stein
    150 N. Wacker Drive, Suite 3000
    Chicago, Illinois 60606


    s/Thomas C. Crooks
    Thomas C. Crooks
    Attorney for Plaintiffs


Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:   (312) 641-5220

\\Ma01\data - client\Crooks, Thomas\Kid's count\Bankruptcy\Trial\Objection to defendant's exhibits.doc