A. It's actually -- at least one time is part of the response to Joanne Livingston to her whole laundry list. I would say it was around April of 1999.

Q. Take a look at subparagraph "d". It alleges that Vicki refused to permit you and the Terrys to participate in the management of the company.

A. That's right.

Q. What time are we talking about?

A. From about late February 1999 going forward.

Q. After May of 1999, did the business continue to operate? Kids Count.

A. Define "operate." Apparently, if you have a royalty agreement and was paid royalties that continue to exist and have cash flow.

Q. Did it continue to manufacture, produce and sell children's products?

A. I have no idea. We asked for information and were never provided any.

Of course, I saw that our products that were owned by that company were sold on a web site, so I hope there was money coming in.

EXHIBIT A

CAROL RABER & ASSOCIATES (312) 446-6926