IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW ) | |
| ) | |
| Debtor, ) | |
| _____ ) | |
| ) | |
| ROLLIN SOSKIN, et. al. ) | |
| ) | |
| Plaintiffs ) | No. 04 A 3774 |
| ) | |
| v. ) | Judge Goldgar |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
| Defendant ) | |

## NOTICE OF FILING

TO:   Thomas Crooks
      Three First National Plaza
      70 W. Washington
      Suite 1950
      Chicago, IL. 60602
      (Fax: 312-641-5220)


        PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on November 22, 2006, we filed with the Clerk of the United States Bankruptcy Court, DEFENDANT'S OBJECTION AND MOTION *IN LIMINE* TO EXCLUDE PLAINTIFFS' EXHIBITS 20 AND 24 , a copy of which is attached hereto.


                                        /s/ Carey M. Stein
                                        One of Defendant's Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\limine ex20.24.nof.wpd

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that a copy of the within notice and Exhibit List was served electronically through the Court's ECF filing system on

                Thomas Crooks
                Three First National Plaza
                70 W. Washington
                Suite 1950
                Chicago, IL. 60602
                (Fax: 312-641-5220)

                            /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\limine ex20.24.nof.wpd