IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW ) | |
| ) | |
| Debtor, ) | |
| ) | |
| ) | |
| ROLLIN SOSKIN, et. al. ) | |
| ) | |
| Plaintiffs ) | No. 04 A 3774 |
| ) | |
| v. ) | Judge Goldgar |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
| Defendant ) | |

## CORRECTED NOTICE OF FILING

TO:   Thomas Crooks
      Three First National Plaza
      70 W. Washington
      Suite 1950
      Chicago, IL. 60602
      (Fax: 312-641-5220)


       PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on November 22, 2006, we filed with the Clerk of the United States Bankruptcy Court, DEFENDANT'S OBJECTION AND MOTION *IN LIMINE* TO EXCLUDE PLAINTIFFS' EXHIBITS 20 AND 24 , a copy of which is attached hereto.


                                          /s/ Carey M. Stein
                                          One of Defendant's Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\limine ex20.24.nof.wpd

## CORRECTED CERTIFICATE OF SERVICE

 The undersigned attorney certifies that a copy of the within notice and motion was served electronically through the Court's ECF filing system on

        Thomas Crooks
        Three First National Plaza
        70 W. Washington
        Suite 1950
        Chicago, IL. 60602
        (Fax: 312-641-5220)

            /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\limine ex20.24.nof.wpd