IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
|    Debtor, ) | |
| _____ ) | |
| ) | No. 04 A 3774 |
| ROLLIN SOSKIN, et. al. ) | |
| ) | Judge Goldgar |
|    Plaintiffs ) | |
| ) | |
|    v. ) | |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
|    Defendant ) | |

### DEFENDANT'S OBJECTIONS TO
### PLAINTIFFS' EXHIBITS

Defendant, VICKI ESRALEW ("Esralew"), by and through her attorneys, ASHMAN & STEIN, respectfully objects to Plaintiffs' Exhibits 1, 2, 4 - 8, 11, 13, 15 -19, 20, 21, 22, 24 and 25.

Plaintiffs allege in their adversary complaint that Esralew fraudulently induced Plaintiffs to invest in Kids Count; and also committed fraud and a breach her fiduciary duties with respect to the operation of Kids Count subsequent to Plaintiffs' investment. Plaintiffs now propose to introduce 26 exhibits in support of their case. Defendant has already filed her motion in limine objecting to Plaintiffs' Exhibits 20 and 24. The following objections relate to all exhibits listed by Plaintiffs:

Exhibit 1:    Kids Count Business Plan

        a.    Fed. R. Evid. 401, 402, 403 [relevance]

        b.    Fed. R. Evid. 801, 802 [hearsay]

    c. Fed. R. Evid. 901, 1002 [authenticity.]

Exhibit 2: Class "A" membership Interest Investment Proposal Term Sheet

    a. Fed. R. Evid. 401, 402, 403 [relevance]

    b. Fed. R. Evid. 801, 802 [hearsay]

    c. Fed.R.Evid.901, 1002 [authenticity (handwriting, unsigned document)]

Exhibit 4: Faxed Draft Memorandum of Agreement

    a. Fed. R. Evid. 401, 402, 403 [relevance]

    b. Fed. R. Evid. 801, 802 [hearsay]

    c. Fed. R. Evid. 901, 1002 [authenticity]

Exhibit 5: Memo to Rollin dated November 19, 1998: Fed. R. Evid.901, 1002 [authenticity (handwriting)]

Exhibit 6: Faxed edited draft Memorandum of Agreement;

    a. Fed. R. Evid. 401, 402, 403 [relevance]

    b. Fed. R. Evid. 901, 1002 [authenticity (handwriting)]

Exhibit 7: Faxed letter dated 11/20 /98 sending draft of Memorandum of Agreement:

    a. Fed. R. Evid. 401, 402, 403 [relevance]

    b. Fed. R. Evid. 901, 1002 [authenticity]

Exhibit 8: Soskin handwritten notes

    a. Fed. R. Evid. 401, 402, 403 [relevance ]

    b. Fed. R. Evid. 901, 1002 [ authenticity ]

Exhibit 11: January 14, 1999 letter of Jonathan Rothschild

    a. Fed. R. Evid. 401, 402, 403 [relevance ]

        b.        Fed. R. Evid. 801, 802 [hearsay]

        c.        Fed. R. Evid. 901, 1002 [authenticity]

Exhibit 13:    Soskin notes dated 5/9/99 and 4/23

        a.        Fed. R. Evid. 401, 402, 403 [relevance ]

        b.        Fed. R. Evid. 801, 802 [hearsay]

        c.        Fed. R. Evid. 901, 1002 [authenticity]

Exhibit 15:    May 16, 1999 e-mail: Fed. R. Evid. 401, 402, 403 [relevance]

Exhibit 16:    May 23, 1999 memo from Blagman

        a.        Fed. R. Evid. 401, 402, 403 [relevance ]

        b.        Fed. R. Evid. 801, 802 [hearsay]

        c.        Fed. R. Evid. 901, 1002 [authenticity]

        d.        Also see Defendant's motion in limine filed contemporaneously herewith.

Exhibit 17:    May 25, 1999 letter from Soskin

        a.        Fed. R. Evid. 801, 802 [hearsay]

        b.        Fed. R. Evid. 901, 1002 [authenticity (incomplete)]

Exhibit 18:    August 23, 1999 letter from Nasharr

        a.        Fed. R. Evid. 408 [offer of compromise]

        b.        Fed. R. Evid. 901, 1002 [authenticity]

Exhibit 19:    Kids Count Entertainment, LLC 1999 solicitation

        a.        Fed. R. Evid. 401, 402, 403 [relevance]

        b.        Fed. R. Evid. 801, 802 [hearsay as to exhibits]

        c.        Fed. R. Evid. 901, 1002 [authenticity.]

Exhibit 20:    Vickilew Confidential Private Placement Memorandum

        a.        Fed. R. Evid. 401, 402, 403 [relevance]

        b.        Fed. R. Evid. 801, 802 [hearsay]

        c.        Fed. R. Evid. 901, 1002 [authenticity.]

Exhibit 21:    Interests Purchase Agreement by and Between Kids Count , LLC., Feels Good, LLC. and Kids Count, Inc.

        a.        Fed. R. Evid. 401, 402, 403 [relevance]

        b.        Fed. R. Evid. 801, 802 [hearsay]

        c.        Fed. R. Evid. 901, 1002 [authenticity]

        d.        Also see Defendant's previously filed motion in limine.

Exhibit 22:    Non-competition and Intellectual Property Rights Agreement

        a.        Fed. R. Evid. 401, 402, 403 [relevance]

        b.        Fed. R. Evid. 801, 802 [hearsay]

        c.        Fed. R. Evid. 901, 1002 [authenticity]

Exhibit 24:    Aren and Esralew Federal Tax returns for 2002, 2003, 2004

        a.        Fed. R. Evid. 401, 402, 403 [relevance]

        b.        Fed. R. Evid. 801, 802 [hearsay; no signatures]

        c.        Fed. R. Evid. 901, 1002 [authenticity]

        d.        Also see Defendant's previously filed motion in limine

Exhibit 25:    Federal Tax return for 1998

        a.        Fed. R. Evid. 801, 802 [hearsay]

   b.  Fed. R. Evid. 901, 1002 [authenticity]

               Respectfully submitted,

              BY: <u>/s/Carey M. Stein</u>
              One of Plaintiff's attorneys

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\Defendant's objections.wpd