IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. Plaintiffs, | ) ) ) ) ) | |
| vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, Defendant. | ) ) | Judge Goldgar |

## PLAINTIFFS' ANSWERS TO INTERROGATORIES

NOW COME the Plaintiffs, Rollin J. Soskin, Eugene Terry, Nicole Terry and Terry's Company, by and through their attorney, Thomas C. Crooks, and in answer to defendant's first set of interrogatories, state as follows:

## INTERROGATORIES

1. State the full name of the individual answering, assisting in the answering of signing of these interrogatories, as well as their current residence address, date of birth and social security number.

ANSWER: Rollin J. Soskin, 9933 Lawler Avenue, Suite 312, Skokie, Illinois 60077; Eugene Terry, 1891 Old Briar, Highland Park, Illinois, 60038.

2. Identify each person who witnessed or claims to have witnessed or otherwise has information regarding any occurrence that is the subject of the adversary complaint.

ANSWER: Plaintiffs, Vicki Esralew, Robert Aren, Peter Abruzzo, Bernard Filler, Anthony Nasharr, Robert Blagman, Leonard Makowka, Stephen Santowski, Alan Young, Arthur Evans, Michael Resnick, Robert Leeper, David Dorfman, Lori Brandel, Helene Esralew, Howard Esralew, Jordan Berger, Edward Chalfie, Gary Levenstein, Wesley Nissen, E. Michael Ciesla, Mark Robbins, Jo Ann Livingston, Bruce Rosenblum, Josh Harris, Peter Weil, Jonathan Rothschild, Jerry Barasch, Bruce Brandel, Beryl Wolk, Jim Robinson, Jennifer Merlin, Neil Reisman, Howard Samuels, Cindy Capitani. Plaintiff, Investigation continues.

3. For each person identified in response to interrogatory no. 2, please state with specificity the event(s) they claim or are believed to have witnessed and state with specificity the information you believe they possess.

ANSWER: Plaintiff's object to interrogatory no. 3 as it calls for a narrative and is best answered via deposition. Without waiving this objection plaintiffs state as follows:

Vicki Esralew - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties.

Robert Aren - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendant's fraud, breach of contract and breach of fiduciary duties.

2

Peter Abruzzo - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Bernard Filler - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Anthony Nasharr - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Robert Blagman - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Leonard Makowka - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Stephen Santowski - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Alan Young - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Arthur Evans - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Michael Resnick - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Robert Leeper - - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Jordan Berger - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Edward Chalfie - - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Gary Levenstein - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Wesley Nissen - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

E. Michael Ciesla - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Mark Robbins - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Jo Ann Livingston - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Peter Weil - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs,

Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Jonathan Rothschild - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Bruce Brandel - - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Beryl Wolk - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Jim Robinson - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Jennifer Merlin - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Neil Reisman- Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Howard Samuels - Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Cindy Capitani Defendants' sophistication, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Plaintiffs - facts surrounding entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Investigation continues.

4. Please provide the name and address of each opinion witness who will offer any testimony and state:

    (a) The subject matter on which the opinion witness is expected to testify;

    (b) The conclusions and/or opinions of the opinion witness and the basis therefore, including reports of the witness, if any;

    (c) The qualifications of each opinion witness, including a curriculum vitae and /or resume, if and;

    (d) The identity of any written reports of the opinion witness regarding this occurrence.

ANSWER: None at this time, investigation continues.

5. Please identify anyone you believe may be in possession of documents relevant to any issue in the adversary complaint. For each person identify with specificity what documents you believe to be in their possession.

ANSWER: Defendants - company and personal records relating to entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants'

6

fraudulent inducement of Plaintiffs, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Neil Reisman - records relating to assets converted and opportunities diverted from Kids Count Entertainment, L.L.C. and creative efforts of Vicki Esralew which were contractually the property of Kids Count.

Vickilew, Inc. - records relating to assets converted and opportunities diverted from Kids Count Entertainment, L.L.C. and creative efforts of Vicki Esralew which were contractually the property of Kids Count.

Robert Leeper - records relating to assets converted and opportunities diverted from Kids Count Entertainment, L.L.C. and creative efforts of Vicki Esralew which were contractually the property of Kids Count.

Robert Blagman - company and personal records relating to entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiff and the Terrys, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Anthony Nasharr - records relating to assets converted and opportunities diverted from Kids Count Entertainment, L.L.C. and creative efforts of Vicki Esralew which were contractually the property of Kids Count.

Peter Abruzzo - company and personal records relating to entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants'

7

fraudulent inducement of Plaintiff and the Terrys, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Peter Weil - company and personal records relating to entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiff and the Terrys, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Bruce Brandel - company and personal records relating to entry into agreement and advisors consulted; Defendants' sophistication, unclean hands, including but not limited to evidence that Defendants never intended to honor the agreement of the parties, Defendants' fraudulent inducement of Plaintiff and the Terrys, Defendants' statements against interest, Defendants' fraud, breach of contract and breach of fiduciary duties

Investigation continues.

6. Identify all lawsuits in which you have been a defendant from 1988 to present. For each lawsuit please state the following:

(a) the court in which the suit was filed and the case number;

(b) the parties to the lawsuit;

(c) the nature of the allegations which formed the basis of the lawsuit;

(d) the outcome of the lawsuit;

(e) state whether discovery was taken and identify all depositions taken.

ANSWER:   None.

_____
Rollin J. Soskin

_____
Eugene Terry

_____
Nicole Terry

_____
Terry's Company

Thomas C. Crooks
Attorney for Plaintiff
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602-4205
Office (312) 641-2260
Facsimile (312) 641-5220

\\Ma01\data - clients\Crooks, Thomas\Kid's count\Bankruptcy\discovery\answers, interrogatories.doc

_____
Rollin J. Soskin

_____
Eugene Terry

_____
Nicole Terry

_____
Eugene Terry, President
Terry's Company, Inc.

Thomas C. Crooks
Attorney for Plaintiff
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602-4205
Office (312) 641-2260
Facsimile (312) 641-5220

\\Ma01\data - clients\Crooks, Thomas\Kid's court\Bankruptcy\discovery\answers, interrogatories.doc