IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW | ) |
| Debtor, | ) |
| | ) |
| ROLLIN SOSKIN, et. al. | ) |
| Plaintiffs | ) No. 04 A 3774 |
| v. | ) Judge Goldgar |
| VICKI ESRALEW | ) |
| Defendant | ) |

## NOTICE OF FILING

TO:   Thomas Crooks
Three First National Plaza
70 W. Washington
Suite 1950
Chicago, IL. 60602
(Fax: 312-641-5220)

PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on November 27, 2006, we filed with the Clerk of the United States Bankruptcy Court:

(a)   DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBITS 1, 2, 4 - 8, 11, 13, 15 -19, 20, 21, 22, 24 and 25;

(b)   DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO UNRELATED BUSINESS VENTURES**;**

(c)   DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ROBERT BLAGMAN AND PETER ABRUZZO

a copy of each of which is attached hereto.

/s/ Carey M. Stein
One of Defendant's Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\l11-27.nof.wpd

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a copy of the within notice and motions were served electronically through the Court's ECF filing system on

>Thomas Crooks
>Three First National Plaza
>70 W. Washington
>Suite 1950
>Chicago, IL. 60602
>(Fax: 312-641-5220)

>/s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\l11-27.nof.wpd