IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW )<br>)<br>Debtor, )<br>_____) <br>)<br>ROLLIN SOSKIN, et. al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>VICKI ESRALEW )<br>)<br>Defendant ) | No. 04 A 3774<br><br>Judge Goldgar |

## ORDER

THIS CAUSE coming on to be heard upon Defendant VICKI ESRALEW Motions in Limine in the above-captioned cause, due notice having been given to all parties in interest and the Court being fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion in Limine to Exclude Plaintiffs' Exhibit 20 and 24 is granted.
.
2. Defendant's Motion in Limine to Exclude Evidence relating to Unrelated Business Ventures is granted.

3. Defendant's Motion in Limine to Exclude Testimony of Robert Blagman and Peter Abruzzo is granted.

ENTER:

_____
Bankruptcy Judge

Prepared By:
    Carey M. Stein
    ASHMAN & STEIN #37710
    150 North Wacker Drive
    Suite 3000
    Chicago, Illinois 60606
    312/782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\order.wpd