IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |  |
|---|---|---|
| VICKI ESRALEW | ) | |
| Debtor, | ) ) ) | |
|  | ) | |
| ROLLIN SOSKIN, et. al. | ) ) | |
| Plaintiffs | ) ) | No. 04 A 3774 |
| v. | ) | Judge Goldgar |
| VICKI ESRALEW | ) ) | |
| Defendant | ) ) | |

**NOTICE OF FILING**

TO:     Thomas Crooks
        Three First National Plaza
        70 W. Washington
        Suite 1950
        Chicago, IL. 60602
        (Fax: 312-641-5220)

PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on November 27, 2006, we filed with the Clerk of the United States Bankruptcy Court, Defendant's Proposed Order granting:

(a)     DEFENDANT'S OBJECTION AND MOTION *IN LIMINE* TO EXCLUDE PLAINTIFFS' EXHIBITS 20 AND 24;

(b)     DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO UNRELATED BUSINESS VENTURES; and

(c)     DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF ROBERT BLAGMAN AND PETER ABRUZZO

a copy of which is attached hereto.

/s/ Carey M. Stein
One of Defendant's Attorneys

ASHMAN & STEIN

150 North Wacker Drive

Suite 3000

Chicago, Illinois 606060

(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\l11-27.nof2.wpd

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the within notice and proposed order were served electronically through the Court's ECF filing system on

> Thomas Crooks
> Three First National Plaza
> 70 W. Washington
> Suite 1950
> Chicago, IL. 60602
> (Fax: 312-641-5220)

/s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\limine\l11-27.nof2.wpd