**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE | ) | |
| TERRY, NICOLE TERRY and | ) | |
| TERRY'S COMPANY, INC. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | Adversary Proceeding |
| | ) | No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

NOTICE OF FILING PLAINTIFF'S MOTION IN LIMINE

TO:   Mr. Carey M. Stein
      Ashman & Stein
      150 N. Wacker Drive, Suite 3000
      Chicago, Illinois 60606

Please take notice that on November 27, 2006, we electronically filed with the Clerk of the

United States Bankruptcy Court, Plaintiff's Motion in Limine, a copy of which shall be served upon

you through the Court's ECF filing system.

                              s/Thomas C. Crooks_____
                              Thomas C. Crooks
                              Attorney for Plaintiff

Thomas C. Crooks
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 27, 2006 the foregoing was served

electronically through the Court's ECF filing system on:

> Mr. Carey M. Stein
> Ashman & Stein
> 150 N. Wacker Drive, Suite 3000
> Chicago, Illinois 60606


s/Thomas C. Crooks_____
Thomas C. Crooks
Attorney for Plaintiff