IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

## NOTICE OF FILING PLAINTIFFS' TRIAL BRIEF

To:   Mr. Carey M. Stein
      Ashman & Stein
      150 N. Wacker Drive, Suite 3000
      Chicago, Illinois 60606

Please take notice that on December 4, 2006, I electronically filed with the Clerk of the United States Bankruptcy Court Plaintiff's Trial Brief, a copy of which shall be served upon you through the Court's ECF filing system.

                                        /s/ Thomas C. Crooks_____
                                        Thomas C. Crooks, Attorney for Plaintiffs

Thomas C. Crooks
Attorney for Plaintiff
ARDC #00547336
Three First National Plaza, Suite 1950
Chicago, IL 60602-4205
Office (312) 641-2260
Facsimile (312) 641-5220

CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2006 I electronically filed the foregoing Plaintiff's Trial Brief with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

      Mr. Carey M. Stein
      Ashman & Stein
      150 N. Wacker Drive, Suite 3000
      Chicago, Illinois 60606

      /s/ Thomas C. Crooks
      Thomas C. Crooks
      Attorney for the Plaintiffs