**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case No. 04-B-24393 |
| VICKI E. ESRALEW | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| ROLLIN J. SOSKIN, EUGENE TERRY, NICOLE TERRY and TERRY'S COMPANY, INC. | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) ) | Adversary Proceeding No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | Judge Goldgar |
| Defendant. | ) | |

NOTICE OF FILING

TO:   Mr. Carey M. Stein
       Ashman & Stein
       150 N. Wacker Drive, Suite 3000
       Chicago, Illinois 60606

   Please take notice that on December 4, 2006, we electronically filed with the Clerk of the United States Bankruptcy Court the following:

   1.   Plaintiff's Response to Defendant's Objection and Motion in Limine to Exclude Plaintiff's Exhibits 20 and 24;

   2.   Plaintiff's Response to Defendant's Motion in Limine to Exclude Evidence Relating to Other Business Ventures;

   3.   Plaintiff's Response to Defendant's Motion in Limine to Exclude Testimony of Robert Blagman and Peter Abruzzo,

copies of which shall be served upon you through the Court's ECF filing system.

                                                s/Thomas C. Crooks_____
                                                Thomas C. Crooks, Attorney for Plaintiffs

Thomas C. Crooks
Attorney at Law
Three First National Plaza, Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile: (312) 641-5220

Rollin J. Soskin
Rollin J. Soskin & Associates
9933 Lawler Avenue, Suite 312
Skokie, Illinois 60077
Telephone: (847) 329-9991

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on December 4, 2006 the foregoing was served electronically through the Court's ECF filing system on:

>Mr. Carey M. Stein
>Ashman & Stein
>150 N. Wacker Drive, Suite 3000
>Chicago, Illinois 60606

        s/Thomas C. Crooks_____
        Thomas C. Crooks
        Attorney for Plaintiff