IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| VICKI ESRALEW ) | |
| ) | |
| Debtor, ) | |
| ) | |
| ROLLIN SOSKIN, et. al. ) | |
| ) | |
| Plaintiffs ) | No. 04 A 3774 |
| ) | |
| v. ) | Judge Goldgar |
| ) | |
| VICKI ESRALEW ) | |
| ) | |
| Defendant ) | |

## NOTICE OF FILING

TO:  Thomas Crooks
     Three First National Plaza
     70 W. Washington
     Suite 1950
     Chicago, IL. 60602
     (Fax: 312-641-5220)

PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on December 4, 2006, we filed with the Clerk of the United States Bankruptcy Court, DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION IN LIMINE, a copy of which is attached hereto.

                                        /s/ Carey M. Stein
                                        One of Defendant's Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\plaintiffs' limine\plaintifflimine.nof2.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that a copy of the within notice and Response were served electronically through the Court's ECF filing system on

                            Thomas Crooks
                            Three First National Plaza
                            70 W. Washington
                            Suite 1950
                            Chicago, IL. 60602
                            (Fax: 312-641-5220)

                                                  /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\plaintiffs' limine\plaintifflimine.nof2.wpd