IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| VICKI ESRALEW | ) | |
| Debtor, | ) ) ) | |
| ROLLIN SOSKIN, et. al. | ) ) ) | |
| Plaintiffs | ) ) | No. 04 A 3774 |
| v. | ) | Judge Goldgar |
| VICKI ESRALEW | ) ) ) | |
| Defendant | ) | |

## NOTICE OF FILING

TO: Thomas Crooks
Three First National Plaza
70 W. Washington
Suite 1950
Chicago, IL. 60602
(Fax: 312-641-5220)

    PLEASE TAKE NOTICE that pursuant to the Final Pretrial Order herein, on December 4, 2006, we filed with the Clerk of the United States Bankruptcy Court, DEFENDANT'S TRIAL BRIEF, a copy of which is attached hereto.

                                                /s/ Carey M. Stein
                                                One of Defendant's Attorneys

ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois 606060
(312) 782-3484
\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\trialbriefnof.wpd

**CERTIFICATE OF SERVICE**

 The undersigned attorney certifies that a copy of the within notice and Trial Brief were served electronically through the Court's ECF filing system on

        Thomas Crooks
        Three First National Plaza
        70 W. Washington
        Suite 1950
        Chicago, IL. 60602
        (Fax: 312-641-5220)

              /s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\Trial\trialbriefnof.wpd