IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| VICKI ESRALEW | ) | |
| Debtor, | ) | |
| | ) | |
| ROLLIN SOSKIN, et. al. | ) | |
| Plaintiffs | ) | No. 04 A 3774 |
| v. | ) | Judge Goldgar |
| VICKI ESRALEW | ) | |
| Defendant | ) | |

**ORDER**

THIS CAUSE coming on to be heard upon the Motion of Defendant VICKI ESRALEW For Leave to Amend her Affirmative Defenses in the above-captioned cause, due notice having been given to all parties in interest and the Court being fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Defendant is granted leave to amend her Affirmative Defenses herein to add her Affirmative Defense that certain of Plaintiffs' claims are barred by the statute of limitations.

Prepared By:
  Carey M. Stein
  ASHMAN & STEIN #37710
  150 North Wacker Drive
  Suite 3000
  Chicago, Illinois 60606
  312/782-3484

ENTER:

_____
Bankruptcy Judge

\\Workgroup\disk 1\carey\ACTIVE\esralew adv soskin\defendant motions\statute of limitations\order.wpd