## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | December 11, 1006 |
| **Bankruptcy Case** | 04 B 24393 | **Adversary No.** | 04 A 03774 |
| **Title of Case** | Rollin J. Soskins, et al. vs. Vicki E. Esralew, et al. | | |

**Brief Statement of Motion:** Defendant's Motion In Limine to Exclude Evidence Relating to Unrelated Business Ventures     Re: Docket entry #84

**Names and Addresses of moving counsel:**
Ashman & Stein
150 N. Wacker Dr. Ste. 3000
Chicago, Illinois 60606

**Representing:** Defendants

## ORDER

Motion is denied for the reasons stated on the record in open court.

*/s/ A. Benjamin Goldgar*