UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | December 11, 1006 |
| **Bankruptcy Case** | 04 B 24393 | **Adversary No.** | 04 A 03774 |
| **Title of Case** | Rollin J. Soskins, et al. vs. Vicki E. Esralew, et al. | | |

**Brief Statement of Motion**

Plaintiffs' Motion In Limine to Exclude Certain Evidence from Admissin at Trial

Re: Docket entry #89

**Names and Addresses of moving counsel**

Thomas C. Crooks

Three First National Plaza #1950

Chicago, Illinois 60602

**Representing**  Plaintiffs

## ORDER

Motion is denied for the reasons stated on the record in open court.

*/s/ A. Benjamin Goldgar*