## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | December 11, 1006 |
| Bankruptcy Case | 04 B 24393 | Adversary No. | 04 A 03774 |
| Title of Case | Rollin J. Soskins, et al. vs. Vicki E. Esralew, et al. | | |

**Brief Statement of Motion**

Defendant's Motion for Leave to Amend her Answer and Affirmative Defenses

Re: Docket entry #105

**Names and Addresses of moving counsel**

Ashman & Stein

150 N. Wacker Dr. Ste. 3000

Chicago, Illinois 60606

**Representing** Defendants

## ORDER

Motion is denied for the reasons stated on the record in open court.

*[signature]*