## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ROLLIN SOSKIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | |
| | ) | |
| Defendant. | ) | Judge Goldgar |

### ORDER GRANTING ORAL MOTION FOR JUDGMENT

This matter came on for trial.  At the close of the plaintiffs' case, defendant made an oral

motion for judgment on partial findings on all counts of the complaint pursuant to Rule 52(c),

Fed. R. Civ. P. 52(c) (made applicable by Fed. R. Bankr. P. 7052).  For the reasons stated on the

record yesterday and today, IT IS HEREBY ORDERED:

Defendant's motion for judgment on partial findings on the complaint is granted in its

entirety.  A separate judgment will be entered in accordance with Bankruptcy Rule 9021.

Dated:  December 15, 2006

A. Benjamin Goldgar
United States Bankruptcy Judge