## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| VICKI E. ESRALEW, | ) | No. 04 B 24393 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ROLLIN SOSKIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04 A 3774 |
| | ) | |
| VICKI E. ESRALEW, | ) | |
| | ) | |
| Defendant. | ) | Judge Goldgar |

### RULE 9021 JUDGMENT

This matter came on for trial. At the close of the plaintiffs' case, defendant moved for judgment on partial findings on the complaint, and the court granted the motion. Accordingly, IT IS HEREBY ORDERED:

Judgment on the complaint is entered in favor of defendant Vickie E. Esralew and against plaintiffs Rollin Soskin, Eugene Terry, Nicole Terry, and Terry's Co. The complaint is dismissed.

Dated: December 15, 2006

_____
A. Benjamin Goldgar
United States Bankruptcy Judge